## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF NEW YORK

## AFFIDAVIT OF SERVICE

Index No: 06 CV 6473 L(P)
Date Index Number Purchased: 09/21/2006

| | |
|---|---|
| Plaintiff/Petitioner: | Fahad Siddiqui, et al |
| Defendant/Respondent: | Airlie Opportunity Master Fund, LTD., ARH Mortgaga Inc., WDM Fund, L.P., Steve Y. Khoshabe, Joseph Khoshabe, and Jason K. Schiffman |

STATE OF ILLINOIS
COUNTY OF DU PAGE         ss.:

**George J. Pierce**, being duly sworn, says: that deponent is not a party herein; that he is over the age of eighteen (18) years; and that he resides in the County of Du Page, State of Illinois.

That on **10/26/2006** at **11:55 AM**, deponent served the within **SUMMONS IN A CIVIL ACTION &CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL** on Jason K. Schiffman at 1029 119th Street, Lemont, IL 60439 in the manner indicated below:

☑ SUITABLE AGE: By delivering a true copy of each to **Janelle Schiffman, Spouse**, a person of suitable age and discretion. Said premised is recipient's ☐ actual place of business ☑ dwelling house (usual place of abode) within the state.

A description of the recipient, or other person served on behalf of the recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | White | Brown | 35-49 | 5'9"-6'0" | 100-129lbs |
| Other features: **Glasses** | | | | | |

☑ MIL. SRVC. Your deponent asked the person spoken to whether defendant was in the active military service of the United States and received a negative reply. Upon information and belief I have; being based on the conversations and observations above narrated, defendant is not in the military service.

Sworn to and subscribed before me this
**20th** day of **October**, 20**06**
by an affiant who is personally known to
me or produced identification.

_____
NOTARY PUBLIC
My Commission Expires: 6/21/09

OFFICIAL SEAL
CATHY ANN MARRON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/21/09

_____
George J. Pierce - Lic#: 115-001381
Simply Served Process Servers, Inc.
1425 Jefferson Road
Rochester, NY 14623-3139
Office: (866) 411-6799
Fax: (585) 427-0056
Email: pvazquez@simplyserved.com

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

FAHAD SIDDIQUI, et al

                PLAINTIFF,

v.

AIRLIE OPPORTUNITY MASTER FUND,
LTD., ARH MORTGAGE INC., WDM FUND,
L.P., STEVE Y. KHOSHABE, JOSEPH
KHOSHABE, AND JASON K. SCHIFFMAN

                DEFENDANTS.

AFFIDAVIT OF MAILING

CASE NO. 06-CV-6473L(P)

STATE OF NEW YORK   )
COUNTY OF MONROE   ) ss.:

PETERSON A. VAZQUEZ, being duly sworn, says:

That deponent is not a party herein; that he is over the age of eighteen (18) years; and that he resides in the County of Monroe, State of New York.

That on **October 30, 2006**, deponent completed service of the within **Summons in a Civil Action & Complaint and Demand for Jury Trial** on **Jason K. Schiffman** (hereinafter "Recipient") therein named,

- Mailing    by deponent enclosing a copy of same in a postpaid envelope properly addressed to the Recipient at the Recipient's **Actual Place of Residence** at **1029 119th Street, Lemont, Illinois 60439** and deposited said envelope in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York. The envelope bore the legend "**personal and confidential**" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the Recipient.

Subscribed and Sworn to before me on this
___ day of November 2006.

_Kristine M Demo_
Notary Public

KRISTINE M. DEMO
NOTARY PUBLIC, State of New York
Monroe County, #01DE6106309
Commission Expires 3/1/20___

PETERSON A. VAZQUEZ
Simply Served Process Servers, Inc.
1425 Jefferson Avenue
Rochester, NY 14623-3139
Office: (866) 411-6799
Fax:   (585) 427-0056
E-mail: pvazquez@simplyserved.com