UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

FAHAD SIDDIQUI, ET AL.,

                        *Plaintiffs,*

v.

AIRLIE OPPORTUNITY MASTER FUND, LTD.,
ARH MORTGAGE INC., WDM FUND, L.P.,
STEVE Y. KHOSHABE, JOSEPH KHOSHABE AND
JASON K. SCHIFFMAN,

                        *Defendants.*

NOTICE OF MOTION
FOR DEFAULT AND
DEFAULT JUDGMENT

Civil Action No.
06-CV-6473 L (P)

| | |
|---|---|
| **MOTION BY:** | Plaintiffs, Fahad Siddiqui, et al. |
| **RELIEF REQUESTED:** | An Order declaring that defendants Jason K. Schiffman, Steve Y. Khoshabe and Joseph Khoshabe have failed to defend this action; granting default judgment against Steve Y. Khoshabe, Joseph Khoshabe and Jason K. Schiffman; awarding plaintiff damages against Steve Y. Khoshabe, Joseph Khoshabe and Jason K. Schiffman; and any further relief deemed proper by the Court. |
| **BASIS FOR RELIEF REQUESTED:** | Federal Rule of Civil Procedure 55 |
| **SUPPORTING PAPERS:** | Affirmation of Michael J. Lingle, Esq. and Memorandum of Law in Support of Motion for Default and Default Judgment |
| **PLACE:** | United States District Court<br>Western District of New York<br>2330 United States Courthouse<br>100 State Street<br>Rochester, New York 14614 |
| **DATE AND TIME:** | To be determined by the Court |
| **REPLY PAPERS:** | Pursuant to Local Rule 7.1(c), plaintiffs intend to file and serve reply papers and therefore defendant is required to file and serve opposing |

papers at least eight business days prior to the return date.

Dated: December 11, 2006

                     **DOLIN, THOMAS & SOLOMON LLP**

By:   s/ Michael J. Lingle
       J. Nelson Thomas, Esq.
       Michael J. Lingle, Esq.
       *Attorney for Plaintiffs*
       693 East Avenue
       Rochester, New York 14607
       Telephone: (585) 272-0540
       nthomas@theemploymentattorneys.com
       mlingle@theemploymentattorneys.com