UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

FAHAD SIDDIQUI, ET AL.,

                              *Plaintiffs,*

v.

AIRLIE OPPORTUNITY MASTER FUND, LTD.,
ARH MORTGAGE INC., WDM FUND, L.P.,
STEVE Y. KHOSHABE, JOSEPH KHOSHABE AND
JASON K. SCHIFFMAN,

                              *Defendants.*

AFFIRMATION IN SUPPORT OF PLAINTIFFS' MOTION FOR DEFAULT AND DEFAULT JUDGMENT

Civil Action No.
06-CV-6473 L (P)

**MICHAEL J. LINGLE**, being duly sworn, deposes and says:

    1.    I am associated with the law firm of Dolin, Thomas & Solomon LLP, and the firm represents the plaintiffs in this action.

    2.    I am familiar with the facts underlying this motion.

    3.    Plaintiffs commenced the current action on or about September 21, 2006 by filing a Complaint with the Western District of New York, and the individual defendants were served thereafter.

    4.    Specifically, a receptionist of suitable age and discretion was served at Steve Y. Khoshabe's actual place of employment located at 815 Commerce Drive, Suite 100, Oak Brook, Illinois, and on October 30, 2006 the summons was mailed in an envelope marked personal and confidential to Steve Y. Khoshabe's actual place of employment located at 815 Commerce Drive, Suite 100, Oak Brook, Illinois. Attached hereto and marked as <u>Exhibit A</u> are copies of the Affidavit of Service and the Affidavit of Mailing for Steve Y. Khoshabe.

5. A receptionist of suitable age and discretion was served at Joseph Khoshabe's actual place of employment located at 815 Commerce Drive, Suite 100, Oak Brook, Illinois, and on October 30, 2006, the summons was mailed in an envelope marked personal and confidential to Joseph Khoshabe's actual place of employment located at 815 Commerce Drive, Suite 100, Oak Brook Illinois.  Attached hereto and marked as <u>Exhibit B</u> are copies of the Affidavit of Service and the Affidavit of Mailing for Joseph Khoshabe.

6. Jason Schiffman's spouse was served at his usual place of abode located at 1029 119th Street, Lemont, Illinois 60439, and on October 30, 2006, the summons was mailed in an envelope marked personal and confidential to Jason Schiffman at his usual place of abode located at 1029 119th Street, Lemont, Illinois 60439.  Attached hereto and marked as <u>Exhibit C</u> are copies of the Affidavit of Service and the Affidavit of Mailing for Jason Schiffman.

7. According to the Federal Rules of Civil Procedure, such defendants were required to serve an answer within 20 days after being served with the Complaint. *See* FED. R. CIV. P. 12(a).

8. Therefore defendants had 20 days from October 30, 2006 or until November 20, 2006 to serve their answer or make an appropriate motion.

9. Defendants Steve Y. Khoshabe, Joseph Khoshabe and Jason Schiffman have not requested an extension of time to answer nor has one been granted.  The defendants have not filed an Answer.

10. No prior motion for similar relief has been made.

11. Plaintiffs respectfully request that a default and a default judgment be entered against defendants Steve Y. Khoshabe, Joseph Khoshabe and Jason Schiffman in accordance with Federal Rule of Civil Procedure 55.

I declare under penalty of perjury that the foregoing is true and correct.

s/ Michael J. Lingle
**MICHAEL J. LINGLE**

# EXHIBIT A

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF NEW YORK

### AFFIDAVIT OF SERVICE

Index No: 06 CV 6473 L(P)
Date Index Number Purchased: 09/21/2006

| | |
|---|---|
| Plaintiff/Petitioner: | Fahad Siddiqui, et al |
| Defendant/Respondent: | Airlie Opportunity Master Fund, LTD., ARH Mortgaga Inc., WDM Fund, L.P., Steve Y. Khoshabe, Joseph Khoshabe, and Jason K. Schiffman |

STATE OF ILLINOIS
COUNTY OF DU PAGE   ss.:

George J. Pierce, being duly sworn, says: that deponent is not a party herein; that he is over the age of eighteen (18) years; and that he resides in the County of Du Page, State of Illinois.

That on **10/25/2006 at 1:35 PM**, deponent served the within **SUMMONS IN A CIVIL ACTION &CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL** on **Steve Y. Khoshabe, President and Chief Executive Officer** at **815 Commerce Drive, Suite 100, Oak Brook, IL 60523** in the manner indicated below:

☑ **SUITABLE AGE:** By delivering a true copy of each to **Cindy Riordon, Receptionist**, a person of suitable age and discretion. Said premised is recipient's ☑ actual place of business ☐ dwelling house (usual place of abode) within the state.

A description of the recipient, or other person served on behalf of the recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | White | Red | 35-49 | 5'4"-5'8" | 130-159lbs |
| Other features: Glasses | | | | | |

☑ **MIL. SRVC.** Your deponent asked the person spoken to whether defendant was in the active military service of the United States and received a negative reply. Upon information and belief I have; being based on the conversations and observations above narrated, defendant is not in the military service.

Sworn to and subscribed before me this
25th day of October, 20 06
by an affiant who is personally known to
me or produced identification.

_Sandra Prado_
NOTARY PUBLIC
My Commission Expires: 1/21/2009

George J. Pierce – Lic#: 115-001381
Simply Served Process Servers, Inc.
1425 Jefferson Road
Rochester, NY 14623-3139
Office: (866) 411-6799
Fax: (585) 427-0056
Email: pvazquez@simplyserved.com

"OFFICIAL SEAL"
SANDRA PRADO
Notary Public, State of Illinois
My Commission Expires 01/21/2009

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

FAHAD SIDDIQUI, et al

        PLAINTIFF,

v.

AIRLIE OPPORTUNITY MASTER FUND, LTD., ARH MORTGAGE INC., WDM FUND, L.P., STEVE Y. KHOSHABE, JOSEPH KHOSHABE, AND JASON K. SCHIFFMAN

        DEFENDANTS.

AFFIDAVIT OF MAILING

CASE NO. 06-CV-6473L(P)

STATE OF NEW YORK  )
COUNTY OF MONROE   ) ss.:

PETERSON A. VAZQUEZ, being duly sworn, says:

That deponent is not a party herein; that he is over the age of eighteen (18) years; and that he resides in the County of Monroe, State of New York.

That on **October 30, 2006**, deponent completed service of the within **Summons in a Civil Action & Complaint and Demand for Jury Trial on Steve Y. Khoshabe, President and Chief Executive Officer** (hereinafter "Recipient") therein named,

- Mailing    by deponent enclosing a copy of same in a postpaid envelope properly addressed to the Recipient at the Recipient's **Actual Place of Employment**, at **815 Commerce Drive, Suite 100, Oak Brook, Illinois 60523** and deposited said envelope in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York. The envelope bore the legend "**personal and confidential**" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the Recipient.

*[signature]*
PETERSON A. VAZQUEZ
Simply Served Process Servers, Inc.
1425 Jefferson Avenue
Rochester, NY 14623-3139
Office: (866) 411-6799
Fax:   (585) 427-0056
E-mail: pvazquez@simplyserved.com

Subscribed and Sworn to before me on this
2 day of November, 2006.

*[signature]*
Notary Public

KRISTINE M. DEMO
NOTARY PUBLIC, State of New York
Monroe County, #01DE6106309
Commission Expires 3/1/20__

# EXHIBIT B

Oct 25 2006 3:30PM   Simply Served Process Ser   (585) 427-0056   p.1

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NEW YORK

AFFIDAVIT OF SERVICE

Index No: 06 CV 6473 L(P)
Date Index Number Purchased: 09/21/2006

| Plaintiff/Petitioner: | Fahad Siddiqui, et al |
|---|---|
| Defendant/Respondent: | Airlie Opportunity Master Fund, LTD., ARH Mortgaga Inc., WDM Fund, L.P., Steve Y. Khoshabe, Joseph Khoshabe, and Jason K. Schiffman |

STATE OF ILLINOIS
COUNTY OF DU PAGE      ss.:

**George J. Pierce**, being duly sworn, says: that deponent is not a party herein; that he is over the age of eighteen (18) years; and that he resides in the County of Du Page, State of Illinois.

That on **10/25/2006** at **1:35 PM**, deponent served the within **SUMMONS IN A CIVIL ACTION &CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL** on **Joseph Khoshabe, Chairman** at **815 Commerce Drive, Suite 100, Oak Brook, IL 60523** in the manner indicated below:

☑ **SUITABLE AGE**: By delivering a true copy of each to **Cindy Riordon, Receptionist**, a person of suitable age and discretion. Said premises is recipient's ☑ actual place of business ☐ dwelling house (usual place of abode) within the state.

A description of the recipient, or other person served on behalf of the recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | White | Red | 35-49 | 5'4"-5'8" | 130-159lbs |
| Other features: Glasses | | | | | |

☑ **MIL. SRVC.** Your deponent asked the person spoken to whether defendant was in the active military service of the United States and received a negative reply. Upon information and belief I have; being based on the conversations and observations above narrated, defendant is not in the military service.

Sworn to and subscribed before me this
25th day of October, 2006
by an affiant who is personally known to
me or produced identification.

_Sandra Prado_
NOTARY PUBLIC
My Commission Expires: 1/21/2009

"OFFICIAL SEAL"
SANDRA PRADO
Notary Public, State of Illinois
My Commission Expires 01/21/2009

_George J. Pierce_
George J. Pierce - Lic#: 115-001381
Simply Served Process Servers, Inc.
1425 Jefferson Road
Rochester, NY 14623-3139
Office: (866) 411-6799
Fax: (585) 427-0056
Email: pvazquez@simplyserved.com

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

FAHAD SIDDIQUI, et al

                PLAINTIFF,

v.

AIRLIE OPPORTUNITY MASTER FUND,
LTD., ARH MORTGAGE INC., WDM FUND,
L.P., STEVE Y. KHOSHABE, JOSEPH
KHOSHABE, AND JASON K. SCHIFFMAN

                DEFENDANTS.

AFFIDAVIT OF MAILING

CASE NO. 06-CV-6473L(P)

STATE OF NEW YORK  )
COUNTY OF MONROE  ) ss.:

PETERSON A. VAZQUEZ, being duly sworn, says:

That deponent is not a party herein; that he is over the age of eighteen (18) years; and that he resides in the County of Monroe, State of New York.

That on **October 30, 2006**, deponent completed service of the within **Summons in a Civil Action & Complaint and Demand for Jury Trial** on **Joseph Khoshabe, Chairman** (hereinafter "Recipient") therein named,

- Mailing    by deponent enclosing a copy of same in a postpaid envelope properly addressed to the Recipient at the Recipient's **Actual Place of Employment**, at **815 Commerce Drive, Suite 100, Oak Brook, Illinois 60523** and deposited said envelope in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York. The envelope bore the legend "**personal and confidential**" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the Recipient.

Subscribed and Sworn to before me on this
____ day of November/2006.

_Kristine M Demo_
Notary Public

_[signature]_
PETERSON A. VAZQUEZ
Simply Served Process Servers, Inc.
1425 Jefferson Avenue
Rochester, NY 14623-3139
Office: (866) 411-6799
Fax: (585) 427-0056
E-mail: pvazquez@simplyserved.com

**KRISTINE M. DEMO**
**NOTARY PUBLIC, State of New York**
Monroe County, #01DE6106309
Commission Expires 3/1/2008

# EXHIBIT C

Oct 30 2006 1:37PM    HP LASERJET FAX                                                    P.1

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NEW YORK

AFFIDAVIT OF SERVICE

Index No: 06 CV 6473 L(P)
Date Index Number Purchased: 09/21/2006

| Plaintiff/Petitioner: | Fahad Siddiqui, et al |
|---|---|
| Defendant/Respondent: | Airlie Opportunity Master Fund, LTD., ARH Mortgaga Inc., WDM Fund, L.P., Steve Y. Khoshabe, Joseph Khoshabe, and Jason K. Schiffman |

STATE OF ILLINOIS
COUNTY OF DU PAGE        ss.:

George J. Pierce, being duly sworn, says: that deponent is not a party herein; that he is over the age of eighteen (18) years; and that he resides in the County of Du Page, State of Illinois.

That on 10/26/2006 at 11:55 AM, deponent served the within **SUMMONS IN A CIVIL ACTION &CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL** on Jason K. Schiffman at 1029 119th Street, Lemont, IL 60439 in the manner indicated below:

☑ SUITABLE AGE: By delivering a true copy of each to Janelle Schiffman, Spouse, a person of suitable age and discretion. Said premised is recipient's ☐ actual place of business ☑ dwelling house (usual place of abode) within the state.

A description of the recipient, or other person served on behalf of the recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | White | Brown | 35-49 | 5'9"-6'0" | 100-129lbs |
| Other features: Glasses | | | | | |

☑ MIL. SRVC. Your deponent asked the person spoken to whether defendant was in the active military service of the United States and received a negative reply. Upon information and belief I have; being based on the conversations and observations above narrated, defendant is not in the military service.

Sworn to and subscribed before me this
20th day of October, 2006
by an affiant who is personally known to
me or produced identification.

_____
NOTARY PUBLIC
My Commission Expires: 6/21/09

OFFICIAL SEAL
CATHY ANN MARRON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/21/09

George J. Pierce - Lic#: 115-001381
Simply Served Process Servers, Inc.
1425 Jefferson Road
Rochester, NY 14623-3139
Office: (866) 411-6799
Fax: (585) 427-0056
Email: pvazquez@simplyserved.com

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

FAHAD SIDDIQUI, et al

        PLAINTIFF,

v.

AIRLIE OPPORTUNITY MASTER FUND, LTD., ARH MORTGAGE INC., WDM FUND, L.P., STEVE Y. KHOSHABE, JOSEPH KHOSHABE, AND JASON K. SCHIFFMAN

        DEFENDANTS.

AFFIDAVIT OF MAILING

CASE NO. 06-CV-6473L(P)

STATE OF NEW YORK )
COUNTY OF MONROE ) ss.:

PETERSON A. VAZQUEZ, being duly sworn, says:

That deponent is not a party herein; that he is over the age of eighteen (18) years; and that he resides in the County of Monroe, State of New York.

That on **October 30, 2006**, deponent completed service of the within **Summons in a Civil Action & Complaint and Demand for Jury Trial** on **Jason K. Schiffman** (hereinafter "Recipient") therein named,

- Mailing    by deponent enclosing a copy of same in a postpaid envelope properly addressed to the Recipient at the Recipient's **Actual Place of Residence** at **1029 119th Street, Lemont, Illinois 60439** and deposited said envelope in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York. The envelope bore the legend "**personal and confidential**" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the Recipient.

Subscribed and Sworn to before me on this
__2__ day of November 2006.

_Kristine M Demo_
Notary Public

KRISTINE M. DEMO
NOTARY PUBLIC, State of New York
Monroe County, #01DE6106309
Commission Expires 3/1/20__

_Peterson A. Vazquez_
PETERSON A. VAZQUEZ
Simply Served Process Servers, Inc.
1425 Jefferson Avenue
Rochester, NY 14623-3139
Office: (866) 411-6799
Fax: (585) 427-0056
E-mail: pvazquez@simplyserved.com