UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

FAHAD SIDDIQUI, ET AL.,

                    *Plaintiffs*,

  v.

AIRLIE OPPORTUNITY MASTER FUND, LTD.,
ARH MORTGAGE INC., WDM FUND, L.P.,
STEVE Y. KHOSHABE, JOSEPH KHOSHABE AND
JASON K. SCHIFFMAN,

                    *Defendants.*

NOTICE OF MOTION FOR
EXPEDITED HEARING

Civil Action No.
06-CV-6473 L (P)

| | |
|---|---|
| **MOTION BY:** | Plaintiffs Fahad Siddiqui, et al. |
| **RELIEF REQUESTED:** | An Order requiring an expedited hearing for plaintiffs' motion for default and default judgment. |
| **BASIS FOR RELIEF REQUESTED:** | Local Rule 7.1(d) |
| **SUPPORTING PAPERS:** | Memorandum of Law in Support of Expedited Hearing; Proposed Order (attached hereto) |
| **PLACE:** | United States District Court<br>Western District of New York<br>2330 United States Courthouse<br>100 State Street<br>Rochester, New York 14614 |
| **DATE AND TIME:** | To be determined by the Court |
| **REPLY PAPERS:** | Pursuant to Local Rule 7.1(c), plaintiff intends to file and serve reply papers. |

Dated:  December 11, 2006

                                       **DOLIN, THOMAS & SOLOMON LLP**

                By:    s/ Michael J. Lingle
                      J. Nelson Thomas, Esq.
                      Michael J. Lingle, Esq.
                      *Attorneys for Plaintiffs*
                      693 East Avenue
                      Rochester, New York 14607
                      Telephone:  (585) 272-0540
                      nthomas@theemploymentattorneys.com
                      mlingle@theemploymentattorneys.com

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

FAHAD SIDDIQUI, et al.,

                  *Plaintiffs*,

    v.

AIRLIE OPPORTUNITY MASTER FUND, LTD.,
ARH MORTGAGE INC., WDM FUND, L.P.,
STEVE Y. KHOSHABE, JOSEPH KHOSHABE AND
JASON K. SCHIFFMAN,

                  *Defendants*.

**Civil Action No.
06-CV-6473 L (P)**

**IT IS HEREBY ORDERED** that upon the review of Plaintiffs' Memorandum of Law in Support of Expedited Hearing and Plaintiffs' Memorandum of Law in Support of Motion for Default and Default Judgment, plaintiffs' motion for an expedited hearing is **GRANTED**.

**IT IS HEREBY FURTHER ORDERED** that:

1. On or before _____, defendants shall file and serve electronically or by facsimile any papers in response to Plaintiffs' Motion for Default and Default Judgment.

2. On or before _____, plaintiffs shall file and serve electronically or by facsimile any reply papers in further support of Plaintiffs' Motion for Default and Default Judgment.

3. This Court will hear oral argument on Plaintiffs' Motion for Default and Default Judgment on _____, at _____ AM/PM at the United States District Courthouse, Western District of New York 100 State Street, Rochester, New York 14614.

                                        _____
                                        Honorable David G. Larimer
                                        United States District Judge

Dated: _____, 2006