UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

FAHAD SIDDIQUI, ET AL.,

                                   *Plaintiffs*,

v.                                            Civil Action No.
                                                      06-CV-6473 L(P)

AIRLIE OPPORTUNITY MASTER FUND, LTD.,
ARH MORTGAGE INC., WDM FUND, L.P.,
STEVE Y. KHOSHABE, JOSEPH KHOSHABE AND
JASON K. SCHIFFMAN,

                                   *Defendants.*


# MEMORANDUM OF LAW IN SUPPORT OF EXPEDITED HEARING ON PLAINTIFFS' MOTION FOR DEFAULT AND DEFAULT JUDGMENT


                                                    DOLIN, THOMAS & SOLOMON LLP
                                                    *Attorneys for Plaintiffs*
                                                    693 East Avenue
                                                    Rochester, NY 14607
                                                    (585) 272-0540

Of Counsel:    J. Nelson Thomas
                      Michael J. Lingle

**PRELIMINARY STATEMENT**

Plaintiffs respectfully request that this Court hold an expedited hearing on Plaintiffs' Motion for Default and Default Judgment pursuant to Local Rule 7.1(d). As set forth below, plaintiffs request an expedited hearing so that they can ensure that any service issues are resolved prior to the deadline to serve the complaint in this matter.

**FACTUAL BACKGROUND**

Plaintiffs filed their complaint on September 21, 2006. [Docket No. 1] After the Complaint was filed, plaintiffs served the individual defendants with the Complaint and the individual defendants did not answer. *See* Plaintiffs' Motion for Default and Default Judgment. Thus, plaintiffs have moved for default and default judgment.

However, because the time period to serve the defendants is drawing to a close, plaintiffs request that this motion be heard on an expedited basis so that the issue can be resolved prior to the end of the service period.

**ARGUMENT**

**I. PLAINTIFFS' SEEK A RULING PRIOR TO THE EXPIRATION OF THE SERVICE PERIOD**

FED. R. CIV. P. 4(m) requires that a complaint be served within 120 days of its filing. Thus, in this case, unless the time is extended by the Court, the complaint must be served on the defendants by January 19, 2007.

Therefore, plaintiffs respectfully request an expedited hearing on their motion for default and default judgment so that any service issues are resolved prior to the January 19, 2007 deadline.

## CONCLUSION

For the foregoing reasons, plaintiffs respectfully request that this Court hold an expedited hearing on Plaintiffs' Motion for Default and Default Judgment as soon as possible.

Dated: December 11, 2006

                                               **DOLIN, THOMAS & SOLOMON LLP**

                                    By:   s/ Michael J. Lingle
                                                   J. Nelson Thomas, Esq.
                                                     Michael J. Lingle, Esq.
                                                     *Attorneys for Plaintiffs*
                                                   693 East Avenue
                                                   Rochester, New York 14607
                                                   Telephone:  (585) 272-0540
                                                   nthomas@theemploymentattorneys.com
                                                   mlingle@theemploymentattorneys.com