UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

FAHAD SIDDIQUI, ET AL.,

        Plaintiff(s),

VS.                         06-CV-6473L

STEVE Y. KHOSHABE, JOSEPH KHOSHABE AND
JASON K. SCHIFFMAN,

        Defendant(s).

---

### ENTRY OF DEFAULT

It appearing that defendant(s) STEVE Y. KHOSHABE, JOSEPH KHOSHABE AND JASON K. SCHIFFMAN, is/are in default for failure to plead or otherwise defend as required by law.

Default is hereby entered as against said defendant(s) on this day of 12/19/06.

        RODNEY C. EARLY
        Clerk, U. S. District Court

        S/Tricia M. O'Fray

        By: Tricia O'Fray
        Deputy Clerk