UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

FAHAD SIDDIQUI, BRUCE BERGERON,
TIMOTHY BOWEN, PAM CAPUANO, ZANDRA
CHATMAN, ROBERT CRETELLA, KEVIN
CROOKS, CRYSTAL CUNNINGHAM, KAREN
DOMINGUEZ, STEVEN ESCHER, BETHANY
FAZILAT, ERIK GARCIA, IAN GOOLDY,
KATHLEEN JANNINCK, DAVID KEIM, LINDA
KOPMAN, BRIAN McKENZIE, NAOMI MIRKIN,
RONALD SANCHEZ, ADAM SCHEMER, ALISON
WASKIEWICZ, SAMNANG WATERS AND
CHARLES YOUNG,
*on behalf of themselves and all other employees similarly situated,*

                  Plaintiffs,

     v.

AIRLIE OPPORTUNITY
MASTER FUND, LTD., ARH MORTGAGE
INC., WDM FUND, L.P., STEVE Y.
KHOSHABE, JOSEPH KHOSHABE,
JASON K. SCHIFFMAN,

                  Defendants.

Case No. 06CV6473

Hon. David G. Larimer

Stipulation and Order Vacating Default Judment Against Defendants Steve Y. Khoshabe, Joseph Khoshabe and Jason K Schiffman

    **IT IS HEREBY STIPULATED** by and between the undersigned counsel for the Plaintiffs and counsel for Defendants that Plaintiffs agree to vacate any and all defaults entered against any and all of the Defendants, including, but not limited to, the default entered by the Clerk of the Court on December 19, 2006 against Defendants Steve Y. Khoshabe, Joseph Khoshabe and Jason K. Schiffman upon the filing of an answer or other responsive pleading on behalf of all Defendants;

    **IT IS FURTHER STIPULATED AND AGREED** by the undersigned counsel that Defendants' counsel Jackson Lewis LLP agrees to accept service on behalf of all of the Defendants in the above-captioned matter. Plaintiffs' counsel will serve Defendants' counsel by Federal Express overnight delivery;

**IT IS FURTHER STIPULATED AND AGREED** by the undersigned counsel that Defendants do not waive their right to raise objections, affirmative defenses or otherwise move regarding personal jurisdiction over any of the named Defendants, except Defendants waive any objections or defenses with respect to service of the Complaint;

**IT IS FURTHER STIPULATED AND AGREED** by the undersigned that a faxed copy will be deemed an original for purposes of this Stipulation.

| | |
|---|---|
| **DOLIN, THOMAS & SOLOMON LLP**<br>693 East Avenue<br>Rochester, New York 10004<br>(585) 272-0540 | **JACKSON LEWIS LLP**<br>59 Maiden Lane<br>New York, New York 10038-4502<br>(212) 545-4000 |
| By:  s/Michael Lingle<br>     Michael Lingle<br>     Nelson Thomas | By: s/Diane Windholz<br>     Diane Windholz |
| Dated:  December 22, 2006 | Dated:  December 22, 2006 |

ATTORNEYS FOR PLAINTIFFS

**HODGSON RUSS LLP**
One M& T Plaza, Suite 2000
Buffalo, New York 14203-2391
(716) 856-4000

By:     s/Jill L. Yonkers
        Jill L. Yonkers

Dated:  December 22, 2006

ATTORNEYS FOR DEFENDANTS

SO ORDERED:

_/s/ David G. Larimer_
DAVID G. LARIMER, U.S.D.J.

December 27, 2006