UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

FAHAD SIDDIQUI, ET AL,

                              Plaintiffs,

                                             Civil Action No. . 06-CV-6473 L (P)

         - v -

AIRLIE OPPORTUNITY MASTER FUND, LTD.,
ARH MORTGAGE INC., WDM FUND, L.P.,
STEVE Y. KHOSHABE, JOSEPH KHOSHABE
AND JASON K. SCHIFFMAN,

                              Defendants.

## CERTIFICATE PURSUANT TO RULE 7.1 OF THE
## FEDERAL RULES OF CIVIL PROCEDURE

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable the

Judges and magistrate Judges of this Court to evaluate possible disqualification or recusal, the

undersigned counsel for Defendants Airlie Opportunity Master Fund, Ltd., ARH Mortgage Inc.,

and WDM Fund, L.P. (collectively, the "Non-Management Defendants") hereby certify that

there are no publicly-held parents or publicly held companies that own 10 percent or more of the

Non-Management Defendants.


Dated:  Rochester, New York              **NIXON PEABODY LLP**
        January 3, 2007

                                         By:  /s/ Carolyn G. Nussbaum
                                             Carolyn G. Nussbaum
                                             Clinton Square
                                             P.O. Box 30151
                                             Rochester, New York 14603-1051
                                             (585) 263-1558

                                         - and -


769251.1

Dated:  January 3, 2007                    **OTTERBOURG, STEINDLER,**
                                           **HOUSTON & ROSEN, P.C.**

                                           By: /s/ Richard G. Haddad
                                               Richard G. Haddad
                                               230 Park Avenue
                                               New York, New York 10169
                                               (212) 661-9100

                                           Co-counsel for Defendants
                                           Airlie Opportunity Master Fund, Ltd.,
                                           ARH Mortgage Inc. and
                                           WDM Fund, L.P.

769251.1