UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

FAHAD SIDDIQUI, ET AL,

                        Plaintiffs,

                        Civil Action No. . 06-CV-6473 L (P)

- v -

**NOTICE OF APPEARANCE**

AIRLIE OPPORTUNITY MASTER FUND, LTD.,
ARH MORTGAGE INC., WDM FUND, L.P.,
STEVE Y. KHOSHABE, JOSEPH KHOSHABE
AND JASON K. SCHIFFMAN,

                        Defendants.

      **PLEASE TAKE NOTICE**, that the undersigned does hereby appear for and on behalf of Defendants Airlie Opportunity Master Fund, Ltd., ARH Mortgage, Inc., and WDM Fund, L.P. as co-counsel with Richard C. Haddad of Otterbourg, Steindler, Houston & Rosen, P.C., in the above-entitled action, and requests that a copy of all papers in this action be served upon her at the address set forth below.

Dated:  January 9, 2007

                        NIXON PEABODY LLP

                        By: /s/Carolyn G. Nussbaum
                             Carolyn Nussbaum, Esq.
                             Attorneys for .
                             Clinton Square
                             P.O. Box 30151
                             Rochester, New York 14603-1051
                             (585) 263-1558
                             cnussbaum@nixonpeabody.com