UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

FAHAD SIDDIQUI, et al.,

        Plaintiffs,

**MOTION SCHEDULING ORDER**

-vs-

06-CV-6473

AIRLIE OPPORTUNITY MASTER FUND, LTD., et al.,

        Defendants.

On January 3, 2007, defendants Airlie Opportunity Master Fund Ltd., ARH Mortgage, Inc., and WDM Fund, L.P. filed a motion to stay the action and compel arbitration or, alternatively, dismissing the complaint. All responding papers relevant to this motion must be filed with the Court by February 12, 2007. Reply papers by the moving party must be filed no later than eight (8) business days following the filing of responding papers.

When all papers have been submitted, the Court will review them to determine if argument is necessary and if so, the parties will receive notice of the argument date.

    **IT IS SO ORDERED**.

                                        DAVID G. LARIMER
                                        UNITED STATES DISTRICT JUDGE

Dated:       January 11, 2007
              Rochester, New York