UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

FAHAD SIDDIQUI, ET AL.,

*Plaintiffs,*

v.

AIRLIE OPPORTUNITY MASTER FUND, LTD.,
ARH MORTGAGE INC., WDM FUND, L.P.,
STEVE Y. KHOSHABE, JOSEPH KHOSHABE AND
JASON K. SCHIFFMAN,

*Defendants.*

**NOTICE OF MOTION FOR DEFAULT JUDGMENT**

Civil Action No.
06-CV-6473 L (P)

| | |
|---|---|
| **MOTION BY:** | Plaintiffs, Fahad Siddiqui, et al. |
| **RELIEF REQUESTED:** | An Order granting default judgment against Steve Y. Khoshabe, Joseph Khoshabe and Jason K. Schiffman; awarding plaintiff damages against Steve Y. Khoshabe, Joseph Khoshabe and Jason K. Schiffman; and any further relief deemed proper by the Court. |
| **BASIS FOR RELIEF REQUESTED:** | Federal Rule of Civil Procedure 55 |
| **SUPPORTING PAPERS:** | Affirmation of Michael J. Lingle, Esq. and Memorandum of Law in Support of Motion for Default Judgment |
| **PLACE:** | United States District Court<br>Western District of New York<br>2330 United States Courthouse<br>100 State Street<br>Rochester, New York 14614 |
| **DATE AND TIME:** | To be determined by the Court |
| **REPLY PAPERS:** | Pursuant to Local Rule 7.1(c), plaintiffs intend to file and serve reply papers and therefore defendant is required to file and serve opposing papers at least eight business days prior to the return date. |

Dated:  January 12, 2007

                                    **DOLIN, THOMAS & SOLOMON LLP**

                By:   <u>s/ Michael J. Lingle</u>
                     J. Nelson Thomas, Esq.
                     Michael J. Lingle, Esq.
                     *Attorney for Plaintiffs*
                     693 East Avenue
                     Rochester, New York 14607
                     Telephone:  (585) 272-0540
                     nthomas@theemploymentattorneys.com
                     mlingle@theemploymentattorneys.com