UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

FAHAD SIDDIQUI, ET AL.,

                             *Plaintiffs,*

v.

AIRLIE OPPORTUNITY MASTER FUND, LTD.,
ARH MORTGAGE INC., WDM FUND, L.P.,
STEVE Y. KHOSHABE, JOSEPH KHOSHABE AND
JASON K. SCHIFFMAN

                             *Defendants.*

**Civil Action No.
06-CV-6473 L(P)**

## PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF
## MOTION FOR DEFAULT JUDGMENT

**DOLIN, THOMAS & SOLOMON LLP**
 *Attorneys for Plaintiffs*
693 East Avenue
Rochester, NY 14607
(585) 272-0540

Of Counsel:   J. Nelson Thomas
                   Michael J. Lingle

## PRELIMINARY STATEMENT

Defendants Steve Y. Khoshabe, Joseph Khoshabe and Jason K. Schiffman have failed to answer plaintiffs' complaint and default has been entered by the Clerk of this Court. Therefore, plaintiffs now seek default judgment against Steve Y. Khoshabe, Joseph Khoshabe and Schiffman.

## FACTS

As outlined in plaintiffs' motion for default and default judgment, filed on December 11, 2006, plaintiffs filed this complaint on September 21, 2006 and personally served Steve Y. Khoshabe, Joseph Khoshabe and Schiffman.  (Affirmation of Michael Lingle filed with the Court on December 11, 2006 ("Lingle Aff."), ¶¶ 3 – 6)  After such defendants failure to answer the complaint, plaintiffs moved for default and default judgment.  This Court directed the Clerk of the Court to enter defaults against Steve Y. Khoshabe, Joseph Khoshabe and Jason Schiffman.  *See* Docket No. 10, 11.

Following the entry of default, defense counsel contacted plaintiffs' counsel concerning a possible stipulation which would vacate the defaults.  The negotiated stipulation was entered as an Order on December 28, 2006, which provides that the defaults would be vacated upon an answer or responsive pleading being filed on behalf of all of the defendants.  *See* Docket No. 12.  The Stipulation and Order was also based on a representation by defense counsel that they could accept service on behalf of all defendants.

However, separate counsel appeared on behalf of the non-individual defendants and filed a motion on behalf of such defendants.  *See* Docket No. 13.  Thus, the condition precedent which would result in the defaults being lifted, namely an answer or other responsive pleading being filed on behalf of all defendants, cannot be met.  Moreover, the

individual defendants against whom the defaults have been entered still have not answered the Complaint.

## ARGUMENT

**I.   DEFAULT JUDGMENT SHOULD BE ENTERED AGAINST SCHIFFMAN, STEVE Y. KHOSHABE AND JOSEPH KHOSHABE**

Parties entitled to default judgments are to apply to the court therefore, unless the claim is for a sum certain and the defendant defaulted for failure to appear and is not an infant or incompetent person. FED. R. CIV. P. 55(b)(1), 55(b)(2). Dispositions of motions for default judgment are left to the sound discretion of the district court, because it is in the best position to assess the circumstances of a given case and to evaluate the credibility and good faith of the parties. *Enron Oil Corp. v. Diakuhara*, 10 F.3d 90, 95 (2d Cir. 1993).

Entry of default judgment is appropriate when parties fail to submit an answer. *See Debcon Financial Services, Inc. v. Orange Realty, Corp.,* Nos. 99-CV-270 (FB), 99-CV-272 (FB), 2005 WL 1606393 (E.D.N.Y. Feb. 16, 2005); *Cadle Co. v. Rochfort Enterprises (Bahamas) Ltd.*, No. 02 Civ. 9348(LAK), 2003 WL 22339175 (S.D.N.Y. Oct. 15, 2003).

Here, defendants Steve Y. Khoshabe, Joseph Khoshabe and Jason Schiffman have not answered the complaint. Thus, default judgment should be entered against them.

## CONCLUSION

For the forgoing reasons, plaintiffs respectfully request that this Court grant their motion for default judgment under Rule 55(b) against defendants Schiffman, Steve Y. Khoshabe and Joseph Khoshabe.

- 3 -

Dated: January 12, 2007

                                **DOLIN, THOMAS & SOLOMON LLP**

              By:    s/ Michael J. Lingle
                     J. Nelson Thomas, Esq.
                     Michael J. Lingle, Esq.
                      *Attorneys for Plaintiffs*
                     693 East Avenue
                     Rochester, New York 14607
                     Telephone: (585) 272-0540
                     nthomas@theemploymentattorneys.com
                     mlingle@theemploymentattorneys.com