UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

FAHAD SIDDIQUI, ET AL.,

                    *Plaintiffs*,

v.

AIRLIE OPPORTUNITY MASTER FUND, LTD.,
ARH MORTGAGE INC., WDM FUND, L.P.,
STEVE Y. KHOSHABE, JOSEPH KHOSHABE AND
JASON K. SCHIFFMAN,

                    *Defendants.*

NOTICE OF MOTION FOR
EXPEDITED HEARING

Civil Action No.
06-CV-6473 L (P)

| | |
|---|---|
| **MOTION BY:** | Plaintiffs Fahad Siddiqui, et al. |
| **RELIEF REQUESTED:** | An Order requiring an expedited hearing for plaintiffs' motion for default judgment. |
| **BASIS FOR RELIEF REQUESTED:** | Local Rule 7.1(d) |
| **SUPPORTING PAPERS:** | Memorandum of Law in Support of Expedited Hearing;<br>Proposed Order (attached hereto) |
| **PLACE:** | United States District Court<br>Western District of New York<br>2330 United States Courthouse<br>100 State Street<br>Rochester, New York 14614 |
| **DATE AND TIME:** | To be determined by the Court |
| **REPLY PAPERS:** | Pursuant to Local Rule 7.1(c), plaintiff intends to file and serve reply papers. |

Dated:  January 12, 2007

                              **DOLIN, THOMAS & SOLOMON LLP**

          By:    <u>s/ Michael J. Lingle</u>
                  J. Nelson Thomas, Esq.
                  Michael J. Lingle, Esq.
                  *Attorneys for Plaintiffs*
                  693 East Avenue
                  Rochester, New York 14607
                  Telephone:  (585) 272-0540
                  nthomas@theemploymentattorneys.com
                  mlingle@theemploymentattorneys.com

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

FAHAD SIDDIQUI, et al.,

                              *Plaintiffs*,

    v.                                                    **Civil Action No.**
                                                                **06-CV-6473 L (P)**

AIRLIE OPPORTUNITY MASTER FUND, LTD.,
ARH MORTGAGE INC., WDM FUND, L.P.,
STEVE Y. KHOSHABE, JOSEPH KHOSHABE AND
JASON K. SCHIFFMAN,

                              *Defendants*.

      **IT IS HEREBY ORDERED** that upon the review of Plaintiffs' Memorandum of Law in Support of Expedited Hearing and Plaintiffs' Memorandum of Law in Support of Motion for Default Judgment, plaintiffs' motion for an expedited hearing is **GRANTED**.

                                                               _____
                                                               Honorable David G. Larimer
                                                               United States District Judge

Dated: _____, 2007