UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

FAHAD SIDDIQUI, ET AL.,

                              *Plaintiffs,*

v.

AIRLIE OPPORTUNITY MASTER FUND, LTD.,
ARH MORTGAGE INC., WDM FUND, L.P.,
STEVE Y. KHOSHABE, JOSEPH KHOSHABE AND
JASON K. SCHIFFMAN,

                              *Defendants.*

Civil Action No.
06-CV-6473 L (P)

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2007 I caused to be served the following documents: Notice of Motion for Default Judgment; Memorandum of Law in Support of Motion for Default Judgment; Affirmation of Michael J. Lingle, with attached exhibits; Notice of Motion for Expedited Hearing on Plaintiffs' Motion for Default Judgment; Memorandum of Law in Support of Motion for Expedited Hearing on Plaintiffs' Motion for Default Judgment, upon the following:

Carolyn Nussbaum, Esq.
Nixon Peabody LLP
Clinton Square
P.O. Box 31051
Rochester, New York 14603

Richard C. Haddad, Esq.
Otterbourg, Steindler, Houston & Rosen, P.C.
230 Park Avenue
New York, New York 10169

H:\McKenzie, B\Certificate of Service (6473) 1-12-07.doc

by causing the same to be placed in properly addressed, postage pre-paid packaging and deposited in the United States Mail.

s/ Michael J. Lingle<br>Michael J. Lingle