UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

FAHAD SIDDIQUI, et al.,

                            Plaintiffs,

                                                                                            DECISION AND ORDER

                                                                                           06-CV-6473L

                            v.

AIRLIE OPPORTUNITY MASTER FUND, LTD.,
ARH MORTGAGE, INC., WDM FUND, L.P.,
STEVE Y. KHOSHABE, JOSEPH KHOSHABE AND
JASON K. SCHIFFMAN,

                            Defendants.
_____

On January 12, 2007, plaintiff moved for an expedited hearing on its motion for default judgment. The motion is denied. By stipulation entered December 27, 2006, it was agreed that the entry of default would be vacated upon the filing of an answer or responsive pleading. The corporate defendants have filed a motion which constitutes a responsive pleading. The individual defendants have not yet served an answer or responsive pleading. The stipulation did provide, however, that all defendants waived any objection as to service of the complaint. Therefore, plaintiffs' stated reason for requesting an expedited hearing that they could cure any defects in service, would seem to be completely resolved.

CONCLUSION

Plaintiff's motion for an expedited hearing on their motion for a default judgment is in all respects denied.

IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
January 16, 2007.