UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

FAHAD SIDDIQUI, et al.

                Plaintiffs,

-against-

AIRLIE OPPORTUNITY MASTER FUND, LTD., ARH MORTGAGE INC., WDM FUND, L.P., STEVE Y. KHOSHABE, JOSEPH KHOSHABE and JASON K. SCHIFFMAN,

                Defendants.

Civil Action No. 06-CV-6473 L (P)

**NOTICE OF MOTION**

## **CERTIFICATE OF SERVICE**

I certify that on January 23, 2007, I caused the foregoing *Notice of Motion to Dismiss,* dated January 22, 2007, *Memorandum of Law in Support of Motion to Dismiss*, with exhibit, dated January 22, 2007, *Declaration of Diane Windholz*, with exhibits, dated January 22, 2007, *Declaration of Joseph Khoshabe*, dated January 23, 2007, *Declaration of Steve Khoshabe*, dated January 23, 2007, and *Declaration of Jason Schiffman*, dated January 23, 2007, to be electronically filed with the Clerk of the District Court using the CM/ECF system, which then sent notification to the following CM/ECF participant(s) in this case:

    Michael J. Lingle, Esq.
    Richard G. Haddad, Esq.
    Carolyn G. Nussbaum, Esq.
    J. Nelson Thomas, Esq.

        s/Jill L. Yonkers
         Jill L. Yonkers
*jyonkers@hodgsonruss.com*
One M&T Plaza, Suite 2000
Buffalo, New York 14203
(716) 856-4000