UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

FAHAD SIDDIQUI, et al.,

        Plaintiffs,

        -vs-

AIRLIE OPPORTUNITY MASTER FUND,
LTD., et al.,

        Defendants.
_____

**MOTION SCHEDULING ORDER**

06-CV-6473

On January 23, 2007, defendants Steve Khoshabe, Joseph Khoshabe and Jason K. Schiffman filed a motion to dismiss as to them – the individually named defendants in this action. All responding papers relevant to this motion must be filed with the Court by February 26, 2007. Reply papers by the moving party must be filed no later than eight (8) business days following the filing of responding papers.

When all papers have been submitted, the Court will review them to determine if argument is necessary and if so, the parties will receive notice of the argument date.

    **IT IS SO ORDERED**.

                                    _____
                                    DAVID G. LARIMER
                                    UNITED STATES DISTRICT JUDGE

Dated:       January 24, 2007
               Rochester, New York