UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FAHAD SIDDIQUI, BRUCE BERGERON TIMOTHY BOWEN, PAM CAPUANO, ZANDRA CHATMAN, ROBERT CRETELLA, KEVIN CROOKS, CRYSTAL CUNNINGHAM, KAREN DOMINGUEZ, STEVEN ESCHER, BETHANY FAZILAT, ERIK GARCIA, IAN GOOLDY, KATHLEEN JANNINCK, DAVID KEIM, LINDA KOPMAN, BRIAN McKENZIE, NAOMI MIRKIN, RONALD SANCHEZ, ADAM SCHEMER, ALISON WASKIEWICZ, SAMNANG WATERS, AND CHARLES YOUNG, *on behalf of themselves and all other employees similarly situated,*<br><br>                                    *Plaintiffs*<br><br>        v.<br><br>AIRLIE OPPORTUNITY MASTER FUND, LTD., ARH MORTGAGE INC., WDM FUND, L.P., STEVE Y. KHOSHABE, JOSEPH KHOSHABE, AND JASON K. SCHIFFMAN,<br><br>                                    *Defendants.* | Civil Action<br>No. 06-CV-6473 |

### CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2007 I caused to be served the Affirmation of Michael J. Lingle in response to Defendant's Motion to Dismiss or To Stay Pending Arbitration attached hereto upon the following:

Richard C. Haddad, Esq.
Otterbourg, Steindler, Houston & Rosen, P.C.
Attorneys for Corporate Defendants
230 Park Avenue
New York, New York
(212) 661-9100

Carolyn G. Nussbaum, Esq.
Nixon Peabody LLP

Attorneys for Corporation Defendants
Clinton Square
P.O. Box 30151
Rochester, New York 14603-1051
(585) 263-1558

Jill L. Yonkers
Hodgson Russ
One M & T Plaza, Suite 200
Buffalo, New York 14203

by causing the same to be served via electronic means through electronic filing with the Clerk of the District Court using the CM/ECF system and upon the following:

Diane Windholz, Esq.
Jackson Lewis LLP
59 Maiden Lane
New York, New York 10038
(212) 545-4000

by causing the same to be placed in properly addressed, postage pre-paid packaging and delivered to Federal Express for overnight delivery.

s/ Kimberly A. Glennon
**Kimberly A. Glennon**
