UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

FAHAD SIDDIQUI, et al.,

      Plaintiffs,

v.

AIRLIE OPPORTUNITY MASTER FUND, LTD., ARH MORTGAGE INC., WDM FUND, L.P., STEVE Y. KHOSHABE, JOSEPH KHOSHABE and JASON K. SCHIFFMAN,

      Defendants.

Civil Action No. 06-CV-6473

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2007, I caused to be served the Reply Declaration of Richard G. Haddad in further support of the Defendants' Motion to Dismiss, by first class mail upon the following:

Michael J. Lingle
Dolin, Thomas & Solomon LLP
693 East Avenue
Rochester, NY 14607

Jill L. Yonkers
Hodgson Russ
One M&T Plaza, Suite 200
Buffalo, New York 14203

Diane Windholz, Esq.
Jackson Lewis LLP
59 Maiden Lane
New York, New York 10038
(212) 545-4000

by causing the same to be enclosed in pre-paid, properly addressed wrappers, and placed in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

            /s/ Richard G. Haddad
            Richard G. Haddad

788605.1