**Dolin, Thomas & Solomon LLP**
THE EMPLOYMENT ATTORNEYS

February 20, 2007

**VIA FACSIMILE & U.S. MAIL**

Honorable David G. Larimer
United States District Court
Western District of New York
2120 U.S. Courthouse
Rochester, New York 14614

Re: <u>Siddiqui, et al. v. Airlie Opportunity Master Fund, Ltd., et al.</u>
Civil Action No. 06-CV-6473L(P)

Dear Judge Larimer:

Plaintiffs in the above-referenced matter write to request an extension to respond to the motion to dismiss filed by defendants Steve Y. Khoshabe, Joseph Khoshabe and Jason K. Schiffman [Docket No. 24]. Plaintiffs' response is currently due February 26, 2007. In order to fully brief the issues, plaintiffs respectfully request through **March 5, 2007** to file their response papers. The defendants who brought this motion do not oppose this request.

If this meets with your Honor's approval, a So Ordered line is provided at the end of this letter for the Court's convenience.

Please do not hesitate to contact the parties with any questions. Thank you for your courtesies in this matter.

Respectfully submitted,

*Michael Lingle* (signature)

Michael J. Lingle

cc: Diane Windholz, Esq. (via facsimile)
Richard G. Haddad, Esq. (via facsimile)
Carolyn G. Nussbaum, Esq. (via facsimile)

693 East Avenue, Rochester, New York 14607 tel: 585.272.0540 fax: 585.272.0574
mlingle@theemploymentattorneys.com • www.theemploymentattorneys.com

Larimer, J 2-20-07

Honorable David G. Larimer
United States District Court Judge
February 20, 2007
Page 2

SO ORDERED:

*[signature]*

Honorable David G. Larimer
United States District Judge

Dated: February 21, 2007