UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

FAHAD SIDDIQUI, ET AL.,

                      *Plaintiffs,*

v.

AIRLIE OPPORTUNITY MASTER FUND, LTD.,
ARH MORTGAGE INC., WDM FUND, L.P.,
STEVE Y. KHOSHABE, JOSEPH KHOSHABE AND
JASON K. SCHIFFMAN,

                      *Defendants.*

**NOTICE OF MOTION TO COMPEL ARBITRATION**

Civil Action No.
06-CV-6473 L (P)

| | |
|---|---|
| **MOTION BY:** | Plaintiffs, Fahad Siddiqui, et al. |
| **RELIEF REQUESTED:** | An Order compelling defendants Jason K. Schiffman, Steve Y. Khoshabe and Joseph Khoshabe to engage in arbitration of plaintiffs' claims; and any further relief deemed proper by the Court. |
| **BASIS FOR RELIEF REQUESTED:** | Federal Arbitration Act |
| **SUPPORTING PAPERS:** | Affirmation of Michael J. Lingle, Esq. and Memorandum of Law in Support of Motion to Compel Arbitration and in Opposition to Individual Defendants' Motion to Dismiss or Stay the Claims |
| **PLACE:** | United States District Court<br>Western District of New York<br>2330 United States Courthouse<br>100 State Street<br>Rochester, New York 14614 |
| **DATE AND TIME:** | To be determined by the Court |
| **REPLY PAPERS:** | Pursuant to Local Rule 7.1(c), plaintiffs intend to file and serve reply papers and therefore defendant is required to file and serve opposing papers at least eight business days prior to the return date. |

Dated: March 5, 2007

                                        **DOLIN, THOMAS & SOLOMON LLP**

By:   s/ Michael J. Lingle
       J. Nelson Thomas, Esq.
       Michael J. Lingle, Esq.
       *Attorney for Plaintiffs*
       693 East Avenue
       Rochester, New York 14607
       Telephone: (585) 272-0540
       nthomas@theemploymentattorneys.com
       mlingle@theemploymentattorneys.com