UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FAHAD SIDDIQUI, ET AL.,<br><br>                               *Plaintiffs,*<br><br>v.<br><br>AIRLIE OPPORTUNITY MASTER FUND, LTD.,<br>ARH MORTGAGE INC., WDM FUND, L.P.,<br>STEVE Y. KHOSHABE, JOSEPH KHOSHABE AND<br>JASON K. SCHIFFMAN,<br><br>                               *Defendants.* | **Civil Action No.**<br>**06-CV-6473 L (P)** |

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2007 I caused to be served the following documents: Notice of Motion to Compel Arbitration; Memorandum of Law in Support of Motion to Compel Arbitration and in Opposition to Individual Defendants' Motion to Dismiss or Stay the Claims; Affirmation of Michael J. Lingle, with attached exhibits upon the following:

Carolyn Nussbaum, Esq.
Nixon Peabody LLP
Clinton Square
P.O. Box 31051
Rochester, New York 14603

Richard C. Haddad, Esq.
Otterbourg, Steindler, Houston & Rosen, P.C.
230 Park Avenue
New York, New York 10169

Jill L. Yonkers
Hodgson Russ
One M & T Plaza, Suite 200
Buffalo, NY 14203

by causing the same to be served via electronic means through electronic filing with the Clerk of the District Court using the CM/ECF system.

                                                                           <u>s/ Michael J. Lingle</u>
                                                                                 Michael J. Lingle