# jackson | lewis
Attorneys at Law

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis LLP
59 Maiden Lane
New York, New York 10038
Tel 212 545-4000
Fax 212 972-3213
www.jacksonlewis.com

ATLANTA, GA
BOSTON, MA
CHICAGO, IL
CLEVELAND, OH
DALLAS, TX
GREENVILLE, SC
HARTFORD, CT
HOUSTON, TX
LONG ISLAND, NY

LOS ANGELES, CA
MIAMI, FL
MINNEAPOLIS, MN
MORRISTOWN, NJ
NEW YORK, NY
ORANGE COUNTY, CA
ORLANDO, FL
PITTSBURGH, PA
PORTLAND, OR

PROVIDENCE, RI
RALEIGH-DURHAM, NC
RICHMOND, VA
SACRAMENTO, CA
SAN FRANCISCO, CA
SEATTLE, WA
STAMFORD, CT
WASHINGTON, DC REGION
WHITE PLAINS, NY

WRITER'S DIRECT DIAL: (212) 545-4028
E-MAIL: WINDHOLD@JACKSONLEWIS.COM

March 7, 2007

**VIA FACSIMILE**

Hon. David G. Larimer
United States District Judge
Untied States District Court
2121 U.S. Courthouse
Rochester, New York 14614

Re: **Siddiqui, et al. v. Airlie Opportunity Master Fund, Ltd., et al.,
Civil Action No.: 06-CV-6473L(P)**

Dear Judge Larimer:

We represent the individual defendants, Steve Y. Khoshabe, Joseph Khoshabe, and Jason K. Schiffman ("Individual Defendants"), in the above-referenced matter. We write with the consent of Plaintiffs' counsel to respectfully request a one week extension of the Individual Defendants' time to serve and file their reply papers in support of their motion to dismiss the complaint for lack of personal jurisdiction from March 15, 2007 to March 22, 2007. Plaintiffs previously requested and were granted a one week extension of time to submit their opposition papers from February 26, 2007 to March 5, 2007.

Thank you for your consideration of this request.

Respectfully submitted,

Diane Windholz (DW 9806)

SO ORDERED:

/s/ David G. Larimer
Hon. David G. Larimer
United States District Judge

March 7, 2007



Hon. David G. Larimer
Page 2
March 7, 2007

cc: Richard G. Haddad, Esq. (via facsimile)
　　Michael J. Lingle (via facsimile)
　　Carolyn G. Nussbaum, Esq. (via facsimile)
　　Jill L. Yonkers, Esq.
　　Peter Moskowitz, Esq.