UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FAHAD SIDDIQUI, et al.,<br><br>          *Plaintiffs*,<br><br>v.<br><br>AIRLIE OPPORTUNITY MASTER FUND, LTD., ARH MORTGAGE INC., WDM FUND, L.P., STEVE Y. KHOSHABE, JOSEPH KHOSHABE AND JASON K. SCHIFFMAN,<br><br>          *Defendants.* | PLAINTIFFS'<br>NOTICE OF MOTION<br>TO COMPEL ARBITRATION AND<br>PAYMENT OF FILING FEES<br><br>Civil Action No.<br>06-CV-6473 L (P) |

| | |
|---|---|
| **MOTION BY:** | Plaintiffs, Fahad Siddiqui, et al. |
| **RELIEF REQUESTED:** | An Order compelling all defendants to engage in arbitration, pay their initial filing fees for arbitration; and any further relief deemed proper by the Court. |
| **BASIS FOR RELIEF REQUESTED:** | Federal Arbitration Act. |
| **SUPPORTING PAPERS:** | Affirmation of Michael J. Lingle, Esq. and Memorandum of Law in Support of Motion to Compel Arbitration and Fees |
| **PLACE:** | United States District Court<br>Western District of New York<br>2330 United States Courthouse<br>100 State Street<br>Rochester, New York 14614 |
| **DATE AND TIME:** | To be determined by the Court |
| **REPLY PAPERS:** | Pursuant to Local Rule 7.1(c), plaintiffs intend to file and serve reply papers and therefore defendant is required to file and serve opposing papers at least eight business days prior to the return date. |

H:\McKenzie, B\Pleadings-Siddiqui 06-CV-6473\NOM to Compel Arb & fees.docx

Dated: August 17, 2007

                                      **DOLIN, THOMAS & SOLOMON LLP**

                    By:    s/Michael J. Lingle
                            Nelson Thomas, Esq.
                            Michael J. Lingle, Esq.
                            *Attorney for Plaintiffs*
                            693 East Avenue
                            Rochester, New York 14607
                            Telephone:  (585) 272-0540
                            nthomas@theemploymentattorneys.com
                            mlingle@theemploymentattorneys.com