**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

**FAHAD SIDDIQUI, et al.,**

*Plaintiff,*

v.

**AIRLIE OPPORTUNITY MASTER FUND, LTD.,**
**ARH MORTGAGE INC., WDM FUND, L.P.,**
**STEVE Y. KHOSHABE, JOSEPH KHOSHABE AND**
**JASON K. SCHIFFMAN,**

*Defendants.*

**AFFIRMATION IN SUPPORT OF**
**PLAINTIFFS' MOTION TO COMPEL**
**ARBITRATION AND FEES**

**Civil Action No.**
**06-CV-6473 L (P)**

**MICHAEL J. LINGLE**, being duly sworn, deposes and says:

1.      I am associated with the firm of Dolin, Thomas & Solomon LLP, and the firm represents the plaintiffs in this action.

2.      I am fully familiar with the facts giving way to this motion.

3.      Plaintiff commenced the current action on September 21, 2006 by filing a Complaint with the Western District of New York.

4.      All defendants have been properly served.  Attached hereto as <u>Exhibit A</u> are copies of the affidavits of service.  In addition, this Court ordered a stipulation entered into by the parties that all defendants could be served through delivery of the complaint to Diane Windholz, attached hereto as <u>Exhibit B</u>.  Plaintiffs' counsel therefore also served all defendants by delivering the complaint to Ms. Windholz, per the Court's Order.

5.      Plaintiffs served a demand for arbitration with JAMS upon the defendants pursuant to the arbitration agreement.  Attached hereto as <u>Exhibit C</u> is a copy of the arbitration agreement.  Attached hereto as <u>Exhibit D</u> is a copy of the demand for arbitration

with JAMS.  In addition, plaintiffs served defendants with a demand for arbitration with the American Arbitration Association for their Fair Labor Standards Act claims.  All defendants appeared in the AAA arbitration.

6.      Plaintiffs have paid the initial filing fee of $400.00 to JAMS for the purpose of arbitration. Attached hereto as <u>Exhibit E</u> is a copy of the payment of the initial filing fee to JAMS.

7.      As of present, no defendants have paid their filing fees. Attached hereto and marked as <u>Exhibit F</u> is a copy of the letter to the defendants from JAMS requesting payment to begin the arbitration process.


I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 17, 2007.

s/Michael J. Lingle
**MICHAEL J. LINGLE**

# Exhibit A

UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF NEW YORK

### AFFIDAVIT OF SERVICE

Index No: 06–CV–6473L(P)

---

Plaintiff/Petitioner: **Fahad Siddiqui, et al.**

Defendant/Respondent: **Airlie Opportunity Master Fund, et al.**

---

STATE OF CONNECTICUT
COUNTY OF NEW HAVEN      ss.:

**Kevin Farina**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of twenty–one and not a party to this action. I reside in the State of Connecticut, County of New Haven.

On **12/18/2006** at **3:45 PM**, I served the within **Summons in a Civil Action and Class Action Complaint and Demand for Jury Trial** on **Airlie Opportunity Master Fund Ltd. C/O Corporation Service Company** at **50 Weston Street** , **Hartford, CT 06120** in the manner indicated below:

☑ CORPORATE SERVICE: By delivering a true copy of each to **Roberta Ruscz, Receptionist** of the above named corporation. So served and authorized to accept service.

A description of the Defendant, or other person served on behalf of the Defendant is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|-----|---------------|---------------|-----|--------|--------|
| Female | White | Blonde | 50 | 5'7 | 150 |
| Other features: | | | | | |

Sworn to and subscribed before me this
__27__ day of __December__ , 20 _06_
by an affiant who is personally known to
me or produced identification.

X _Kevin Farina_
Kevin Farina

_Linda J. Perlmutter_
NOTARY PUBLIC
My Commission Expires: ___12/31/08___

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NEW YORK

AFFIDAVIT OF SERVICE

Index No: **06−CV−6473L(P)**
Date Index Number Purchased: **09/21/2006**

| | |
|---|---|
| Plaintiff/Petitioner: | **Fahad Siddiqui, et al.** |
| Defendant/Respondent: | **Airlie Opportunity Master Fund, LTD., ARH Mortgage Inc., WDM Fund, L.P., Steve Y. Khoshabe, Joseph Khoshabe, and Jason K. Schiffman** |

STATE OF DELAWARE
COUNTY OF SUSSEX          ss.:

**Paul Akers**, being duly sworn, says: that deponent is not a party herein; that he is over the age of eighteen (18) years; and that he resides in the County of Sussex, State of Delaware.

That on **12/13/2006** at **1:21 PM**, deponent served the within **SUMMONS IN A CIVIL ACTION AND CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL** on **ARH Mortgage, Inc. C/O National Corporate Research, LTD** at **615 South Dupont Highway , Dover, Delaware 19901** in the manner indicated below:

☑ CORPORATE SERVICE: By delivering a true copy of each to **Kori Steele, Receptionist** of the above named corporation. So served and authorized to accept service.

A description of the recipient, or other person served on behalf of the recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | White | Brown | 26 | 5'4"−5'8" | 130−159lbs |
| Other features: **Glasses** | | | | | |

Comments: **Kori Steele stated she was authorized to accept service**

Sworn to and subscribed before me this
14th day of December, 2006,
by an affiant who is personally known to
me or produced identification.

_____
NOTARY PUBLIC
My Commission Expires: _____

**Thomas A. Weaver**
**Notary Public**
**State of Delaware**
**Commission Expires** ...........

_____
Paul Akers
Simply Served Process Servers, Inc.
1425 Jefferson Road
Rochester, NY 14623−3139
Office: (866) 411−6799
Fax: (585) 427−0056
Email: pvazquez@simplyserved.com

## UNITED STATES DISTRICT COURT

### WESTERN DISTRICT OF NEW YORK

#### AFFIDAVIT OF SERVICE

Index No: 06-CV-6473L(P)
Date Index Number Purchased: 09/21/2006

Plaintiff/Petitioner: **Fahad Siddiqui, et al.**

Defendant/Respondent: **Airlie Opportunity Master Fund, LTD., ARH Mortgage Inc., WDM Fund, L.P., Steve Y. Khoshabe, Joseph Khoshabe, and Jason K. Schiffman**

STATE OF DELAWARE
COUNTY OF SUSSEX    ss.:

**Paul Akers**, being duly sworn, says: that deponent is not a party herein; that he is over the age of eighteen (18) years; and that he resides in the County of Sussex, State of Delaware.

That on **12/13/2006 at 4:10 PM**, deponent served the within **SUMMONS IN A CIVIL ACTION AND CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL** on **WDM Fund, L.P. C/O The Corporation Trust Company at Corporation Trust Center, 1209 North Orange Street, Wilmington, Delaware 19801** in the manner indicated below:

☑ CORPORATE SERVICE: By delivering a true copy of each to **Scott LaScala, Section Head of Process** of the above named corporation. So served and authorized to accept service.

A description of the recipient, or other person served on behalf of the recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|------|------|------|------|------|------|
| Male | White | Brown | 36 | 6' | Over 200lbs |
| Other features: | | | | | |

Sworn to and subscribed before me this
14th day of December, 2006
by an affiant who is personally known to
me or produced identification.

_____
NOTARY PUBLIC
My Commission Expires: _____

Thomas A. Weaver
Notary Public
State of Delaware
Commission Expires 6/15/07

_____
Paul Akers
Simply Served Process Servers, Inc.
1425 Jefferson Road
Rochester, NY 14623-3139
Office: (866) 411-6799
Fax: (585) 427-0056
Email: pvazquez@simplyserved.com

## UNITED STATES DISTRICT COURT

### WESTERN DISTRICT OF NEW YORK

### AFFIDAVIT OF SERVICE

Index No: 06 CV 6473 L(P)
Date Index Number Purchased: 09/21/2006

| | |
|---|---|
| Plaintiff/Petitioner: | **Fahad Siddiqui, et al** |
| Defendant/Respondent: | **Airlie Opportunity Master Fund, LTD., ARH Mortgage Inc., WDM Fund, L.P., Steve Y. Khoshabe, Joseph Khoshabe, and Jason K. Schiffman** |

STATE OF ILLINOIS
COUNTY OF DU PAGE      SS.:

**George J. Pierce**, being duly sworn, says: that deponent is not a party herein; that he is over the age of eighteen (18) years; and that he resides in the County of Du Page, State of Illinois.

That on **10/25/2006** at **1:35 PM**, deponent served the within **SUMMONS IN A CIVIL ACTION &CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL** on **Steve Y. Khoshabe, President and Chief Executive Officer** at **815 Commerce Drive, Suite 100 , Oak Brook, IL 60523** in the manner indicated below:

☑ SUITABLE AGE: By delivering a true copy of each to **Cindy Riordon, Receptionist**, a person of suitable age and discretion. Said premises is recipient's ☑ actual place of business ☐ dwelling house (usual place of abode) within the state.

A description of the recipient, or other person served on behalf of the recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | White | Red | 35–49 | 5'4"–5'8" | 130–159lbs |
| Other features: **Glasses** | | | | | |

☑ **MIL. SRVC.** Your deponent asked the person spoken to whether defendant was in the active military service of the United States and received a negative reply. Upon information and belief I have; being based on the conversations and observations above narrated, defendant is not in the military service.

Sworn to and subscribed before me this
**25th** day of **October** , 20 **06**
by an affiant who is personally known to
me or produced identification.

_Sandra Prado_

**NOTARY PUBLIC**
My Commission Expires: **11/21/2009**

_George J. Pierce_
George J. Pierce – Lic#: 115-001381
Simply Served Process Servers, Inc.
1425 Jefferson Road
Rochester, NY 14623-3139
Office: (866) 411-6799
Fax: (585) 427-0056
Email: pvazquez@simplyserved.com

"OFFICIAL SEAL"
SANDRA PRADO
Notary Public, State of Illinois
My Commission Expires 01/21/2009

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

**FAHAD SIDDIQUI, et al**

_PLAINTIFF,_

v.

**AIRLIE OPPORTUNITY MASTER FUND,
LTD., ARH MORTGAGE INC., WDM FUND,
L.P., STEVE Y. KHOSHABE, JOSEPH
KHOSHABE, AND JASON K. SCHIFFMAN**

_DEFENDANTS._

---

AFFIDAVIT OF MAILING

CASE NO. 06-CV-6473L(P)

STATE OF NEW YORK    )
COUNTY OF MONROE    ) ss.:

**PETERSON A. VAZQUEZ**, being duly sworn, says:

That deponent is not a party herein; that he is over the age of eighteen (18) years; and that he resides in the County of Monroe, State of New York.

That on **October 30, 2006**, deponent completed service of the within **Summons in a Civil Action & Complaint and Demand for Jury Trial** on **Steve Y. Khoshabe, President and Chief Executive Officer** (hereinafter "Recipient") therein named,

- Mailing    by deponent enclosing a copy of same in a postpaid envelope properly addressed to the Recipient at the Recipient's **Actual Place of Employment, at 815 Commerce Drive, Suite 100, Oak Brook, Illinois 60523** and deposited said envelope in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York. The envelope bore the legend **"personal and confidential"** and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the Recipient.

Subscribed and Sworn to before me on this
2 day of November, 2006.

_Kristine M. Demo_
Notary Public

**KRISTINE M. DEMO
NOTARY PUBLIC**, State of New York
Monroe County, #01DE6106309
Commission Expires 3/1/20__

_Peterson A. Vazquez_

**PETERSON A. VAZQUEZ**

Simply Served Process Servers, Inc.
1425 Jefferson Avenue
Rochester, NY 14623-3139
Office: (866) 411-6799
Fax:    (585) 427-0056
E-mail: pvazquez@simplyserved.com

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF NEW YORK

### AFFIDAVIT OF SERVICE

Index No: **06 CV 6473 L(P)**
Date Index Number Purchased: **09/21/2006**

| | |
|---|---|
| Plaintiff/Petitioner: | **Fahad Siddiqui, et al** |
| Defendant/Respondent: | **Airlie Opportunity Master Fund, LTD., ARH Mortgage Inc., WDM Fund, L.P., Steve Y. Khoshabe, Joseph Khoshabe, and Jason K. Schiffman** |

STATE OF ILLINOIS
COUNTY OF DU PAGE     ss.:

**George J. Pierce**, being duly sworn, says: that deponent is not a party herein; that he is over the age of eighteen (18) years; and that he resides in the County of Du Page, State of Illinois.

That on **10/25/2006** at **1:35 PM**, deponent served the within **SUMMONS IN A CIVIL ACTION &CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL** on **Joseph Khoshabe, Chairman at 815 Commerce Drive, Suite 100 , Oak Brook, IL 60523** in the manner indicated below:

☑ SUITABLE AGE: By delivering a true copy of each to **Cindy Riordon, Receptionist**, a person of suitable age and discretion. Said premises is recipient's ☑ actual place of business ☐ dwelling house (usual place of abode) within the state.

A description of the recipient, or other person served on behalf of the recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | White | Red | 35–49 | 5'4"–5'8" | 130–159lbs |
| Other features: Glasses | | | | | |

☑ **MIL. SRVC.** Your deponent asked the person spoken to whether defendant was in the active military service of the United States and received a negative reply. Upon information and belief I have; being based on the conversations and observations above narrated, defendant is not in the military service.

Sworn to and subscribed before me this
**25** day of **October** , 200**6**
by an affiant who is personally known to
me or produced identification.

NOTARY PUBLIC
My Commission Expires: **1/21/2009**

George J. Pierce – Lic#: 115-001381
Simply Served Process Servers, Inc.
1425 Jefferson Road
Rochester, NY 14623-3139
Office: (866) 411-6799
Fax: (585) 427-0056
Email: pvazquez@simplyserved.com

"OFFICIAL SEAL"
SANDRA PRADO
Notary Public, State of Illinois
My Commission Expires 01/21/2009

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

FAHAD SIDDIQUI, et al

PLAINTIFF,

v.                                                    AFFIDAVIT OF MAILING

AIRLIE OPPORTUNITY MASTER FUND,                       CASE NO. **06-CV-6473L(P)**
LTD., ARH MORTGAGE INC., WDM FUND,
L.P., STEVE Y. KHOSHABE, JOSEPH
KHOSHABE, AND JASON K. SCHIFFMAN

DEFENDANTS.
_____

STATE OF NEW YORK    )
COUNTY OF MONROE    ) ss.:

PETERSON A. VAZQUEZ, being duly sworn, says:

That deponent is not a party herein; that he is over the age of eighteen (18) years; and that he resides in the County of Monroe, State of New York.

That on **October 30, 2006,** deponent completed service of the within **Summons in a Civil Action & Complaint and Demand for Jury Trial** on **Joseph Khoshabe, Chairman** (hereinafter "Recipient") therein named,

- Mailing    by deponent enclosing a copy of same in a postpaid envelope properly addressed to the Recipient at the Recipient's **Actual Place of Employment**, at **815 Commerce Drive, Suite 100, Oak Brook, Illinois 60523** and deposited said envelope in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York. The envelope bore the legend "**personal and confidential**" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the Recipient.

PETERSON A. VAZQUEZ

Simply Served Process Servers, Inc.
1425 Jefferson Avenue
Rochester, NY 14623-3139
Office: (866) 411-6799
Fax:    (585) 427-0056
E-mail: pvazquez@simplyserved.com

Subscribed and Sworn to before me on this
__ day of November 2006.

Kristine M. Demo
Notary Public

KRISTINE M. DEMO
NOTARY PUBLIC, State of New York
Monroe County, #01DE6106309
Commission Expires 3/1/2008

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF NEW YORK

### AFFIDAVIT OF SERVICE

Index No: 06 CV 6473 L(P)
Date Index Number Purchased: 09/21/2006

| | |
|---|---|
| Plaintiff/Petitioner: | **Fahad Siddiqui, et al** |
| Defendant/Respondent: | **Airlie Opportunity Master Fund, LTD., ARH Mortgaga Inc., WDM Fund, L.P., Steve Y. Khoshabe, Joseph Khoshabe, and Jason K. Schiffman** |

STATE OF ILLINOIS
COUNTY OF DU PAGE        ss.:

**George J. Pierce**, being duly sworn, says: that deponent is not a party herein; that he is over the age of eighteen (18) years; and that he resides in the County of Du Page, State of Illinois.

That on **10/26/2006** at **11:55 AM**, deponent served the within **SUMMONS IN A CIVIL ACTION &CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL** on Jason K. Schiffman at **1029 119th Street , Lemont, IL 60439** in the manner indicated below:

☑ SUITABLE AGE: By delivering a true copy of each to **Janelle Schiffman, Spouse**, a person of suitable age and discretion. Said premised is recipient's ☐ actual place of business ☑ dwelling house (usual place of abode) within the state.

A description of the recipient, or other person served on behalf of the recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | White | Brown | 35-49 | 5'9"-6'0" | 100-129lbs |
| Other features: Glasses | | | | | |

☑ **MIL. SRVC.** Your deponent asked the person spoken to whether defendant was in the active military service of the United States and received a negative reply. Upon information and belief I have; being based on the conversations and observations above narrated, defendant is not in the military service.

Sworn to and subscribed before me this
**20th** day of **October**, 20**06**
by an affiant who is personally known to me or produced identification.

NOTARY PUBLIC
My Commission Expires: **6/21/09**

OFFICIAL SEAL
CATHY ANN MARRON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/21/09

George J. Pierce - Lic#: 115-001381
Simply Served Process Servers, Inc.
1425 Jefferson Road
Rochester, NY 14623-3139
Office: (866) 411-6799
Fax: (585) 427-0056
Email: pvazquez@simplyserved.com

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

**FAHAD SIDDIQUI, et al**

*PLAINTIFF,*

v.

**AIRLIE OPPORTUNITY MASTER FUND,
LTD., ARH MORTGAGE INC., WDM FUND,
L.P., STEVE Y. KHOSHABE, JOSEPH
KHOSHABE, AND JASON K. SCHIFFMAN**

*DEFENDANTS.*
_____

AFFIDAVIT OF MAILING

CASE NO. **06-CV-6473L(P)**

STATE OF NEW YORK    )
COUNTY OF MONROE    ) ss.:

**PETERSON A. VAZQUEZ**, being duly sworn, says:

That deponent is not a party herein; that he is over the age of eighteen (18) years; and that he resides in the County of Monroe, State of New York.

That on **October 30, 2006**, deponent completed service of the within **Summons in a Civil Action & Complaint and Demand for Jury Trial** on **Jason K. Schiffman** (hereinafter "Recipient") therein named,

- Mailing    by deponent enclosing a copy of same in a postpaid envelope properly addressed to the Recipient at the Recipient's **Actual Place of Residence** at **1029 119th Street, Lemont, Illinois 60439** and deposited said envelope in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York. The envelope bore the legend "**personal and confidential**" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the Recipient.

Subscribed and Sworn to before me on this
__2__ day of November 2006.

*Kristine M Demo*
Notary Public

**PETERSON A. VAZQUEZ**

Simply Served Process Servers, Inc.
1425 Jefferson Avenue
Rochester, NY 14623-3139
Office: (866) 411-6799
Fax:    (585) 427-0056
E-mail: pvazquez@simplyserved.com

**KRISTINE M. DEMO
NOTARY PUBLIC**, State of New York
Monroe County, #01DE6106309
Commission Expires 3/1/20__08__

# Exhibit B

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

FAHAD SIDDIQUI, BRUCE BERGERON,
TIMOTHY BOWEN, PAM CAPUANO, ZANDRA
CHATMAN, ROBERT CRETELLA, KEVIN
CROOKS, CRYSTAL CUNNINGHAM, KAREN
DOMINGUEZ, STEVEN ESCHER, BETHANY
FAZILAT, ERIK GARCIA, IAN GOOLDY,
KATHLEEN JANNINCK, DAVID KEIM, LINDA
KOPMAN, BRIAN McKENZIE, NAOMI MIRKIN,
RONALD SANCHEZ, ADAM SCHEMER, ALISON
WASKIEWICZ, SAMNANG WATERS AND
CHARLES YOUNG,
*on behalf of themselves and all other employees*
*similarly situated,*

                                     Case No. 06CV6473

               Plaintiffs,

          v.                                    Hon. David G. Larimer

AIRLIE OPPORTUNITY                     Stipulation and Order Vacating Default
MASTER FUND, LTD., ARH MORTGAGE      Judment Against Defendants Steve Y.
INC., WDM FUND, L.P., STEVE Y.           Khoshabe, Joseph Khoshabe and Jason
KHOSHABE, JOSEPH KHOSHABE,          K Schiffman
JASON K. SCHIFFMAN,

               Defendants.

      **IT IS HEREBY STIPULATED** by and between the undersigned counsel for the

Plaintiffs and counsel for Defendants that Plaintiffs agree to vacate any and all defaults entered

against any and all of the Defendants, including, but not limited to, the default entered by the

Clerk of the Court on December 19, 2006 against Defendants Steve Y. Khoshabe, Joseph

Khoshabe and Jason K. Schiffman upon the filing of an answer or other responsive pleading on

behalf of all Defendants;

             **IT IS FURTHER STIPULATED AND AGREED** by the undersigned counsel

that Defendants' counsel Jackson Lewis LLP agrees to accept service on behalf of all of the

Defendants in the above-captioned matter. Plaintiffs' counsel will serve Defendants' counsel by

Federal Express overnight delivery;

**IT IS FURTHER STIPULATED AND AGREED** by the undersigned counsel

that Defendants do not waive their right to raise objections, affirmative defenses or otherwise

move regarding personal jurisdiction over any of the named Defendants, except Defendants

waive any objections or defenses with respect to service of the Complaint;

**IT IS FURTHER STIPULATED AND AGREED** by the undersigned that a

faxed copy will be deemed an original for purposes of this Stipulation.

**DOLIN, THOMAS & SOLOMON LLP**
693 East Avenue
Rochester, New York 10004
(585) 272-0540

By: ____ s/Michael Lingle _____
       Michael Lingle
       Nelson Thomas

Dated: December 22, 2006

**JACKSON LEWIS LLP**
59 Maiden Lane
New York, New York 10038-4502
(212) 545-4000

By: s/Diane Windholz _____
     Diane Windholz

Dated: December 22, 2006

ATTORNEYS FOR PLAINTIFFS

**HODGSON RUSS LLP**
One M& T Plaza, Suite 2000
Buffalo, New York 14203-2391
(716) 856-4000

By: _____ s/Jill L. Yonkers _____
      Jill L. Yonkers

Dated: December 22, 2006

ATTORNEYS FOR DEFENDANTS

SO ORDERED:

**DAVID G. LARIMER, U.S.D.J.**

December 27, 2006

2

# Exhibit C





**United Financial
Mortgage Corp.**

## AGREEMENT TO ARBITRATE DISPUTES

As part of the terms and conditions of employment and interview process with the United
Financial Mortgage Corp. and/or any and all of its affiliates, applicant agrees to enter into
mandatory binding arbitration agreement and hereby agrees not to sue for any reason the
UFMC, its subsidiaries, related companies, agents, shareholders or officers, for any
dispute arising from the interview process or employment by the UFMC.

Arbitration of disputes will be handled by either the American Arbitration Association or
Jams/ENDiputes.

FARHAD G. SIDDIQUI
<u>Print Name</u>

<u>Signature</u>                    2-2-04
                                  <u>Date</u>

815 Commerce Dr.: Suite 100 • Oak Brook, IL 60523 • (630) 571-7222 • (630) 571-2623 Fax

# Exhibit D



**THE RESOLUTION EXPERTS***

# Demand for Arbitration Before JAMS

## TO RESPONDENT:        See Attached Sheet at Exhibit A for Complete List of All Respondents and All Representative Attorneys.

(Address) _____ (Name of the Party on whom Demand for Arbitration is made)

| (City) | (State) | (Zip) |
|---|---|---|
| (Telephone) | (Fax) | (E-Mail) |

Representative/Attorney (if known):__See Attached Sheet at Exhibit A_____
(Name of the Representative/Attorney of the Party on whom Demand for Arbitration is made)

(Address)_____

| (City) | (State) | (Zip) |
|---|---|---|
| (Telephone) | (Fax) | (E-Mail) |

## FROM CLAIMANT (Name):   Fahad Siddiqui, et al. and all others similarly situated

(Address)   Dolin, Thomas & Solomon LLP, 693 East Avenue

| (City)  Rochester | (State)  NY | (Zip)  14607 |
|---|---|---|
| (Telephone)  (585) 272-0540 | (Fax)  (585) 272-0574 | (E-Mail) |

Representative/Attorney of Claimant (if known):__J. Nelson Thomas, Esq., Michael J. Lingle, Esq.__
(Name of the Representative/Attorney for the Party Demanding Arbitration)

(Address)   Dolin, Thomas & Solomon, 693 East Avenue

| (City)  Rochester | (State)  NY | (Zip)  14607 |
|---|---|---|
| (Telephone)  (585) 272-0540 | (Fax)  (585) 272-0574 | (E-Mail) mlingle@dts-esq.com |

## NATURE OF DISPUTE

Claimant hereby demands that you submit the following dispute to final and binding arbitration (a more detailed statement of the claim(s) may be attached):  Claimant's state law Rule 23 claims, specifically the Second and Third Causes of Action, as set forth in the Complaint attached hereto as Exhibit B.

## ARBITRATION AGREEMENT

This demand is made pursuant to the arbitration agreement which the parties made as follows (cite location of arbitration provision & attach two (2) copies of entire agreement).See Exhibit C.

Effective 01/01/2007
Resolution Centers Nationwide • 1.800.352.5267 • www.jamsadr.com
(c) copyright 2006 JAMS. All rights reserved.



THE RESOLUTION EXPERTS'

# Demand for Arbitration Before JAMS

## CLAIM & RELIEF SOUGHT BY CLAIMANT

Claimant asserts the following claim and seeks the following relief (include amount in controversy, if applicable):

See Complaint attached hereto as Exhibit B. As stated above, Claimants seek to have their state law Rule 23 claims heard in this forum, specifically the Second and Third Causes of Action, as set forth in Exhibit B.

## RESPONSE

Respondent may file a response and counter-claim to the above-stated claim according to the applicable arbitration rules. Send the original response and counter-claim to the claimant at the address stated above with two (2) copies to JAMS.

## REQUEST FOR HEARING

JAMS is requested to set this matter for hearing at:   JAMS New York City Office
(Preferred Hearing Location)

Signed (Claimant): _____   Date:   February 12, 2007
(may be signed by an attorney)

Print Name:    Michael J. Lingle, Esq.

**Please include a check payable to JAMS for the required initial, non-refundable $400 per party deposit to be applied toward your Case Management Fee and submit to your local JAMS Resolution Center.**

Effective 01/01/2007
Resolution Centers Nationwide • 1.800.352.5267 • www.jamsadr.com
(c) copyright 2006 JAMS. All rights reserved.

EXHIBIT A

# Demand for Arbitration before JAMS

## List of Respondents and Respondents' Counsel:

Respondent: Airlie Opportunity Master Fund, LTD.
115 Putnam Avenue
Greenwich, Connecticut 06830

ARH Mortgage, Inc.
115 Putnam Avenue
Greenwich, Connecticut 06830

WDM Fund, L.P.
115 Putnam Avenue
Greenwich, Connecticut 06830

Counsel:     Richard C. Haddad, Esq.
Otterbourg, Steindler, Houston & Rosen, P.C.
230 Park Avenue
New York, New York
(212) 661-9100

Carolyn G. Nussbaum, Esq.
Nixon Peabody LLP
Clinton Square
P.O. Box 30151
Rochester, New York 14603-1051
(585) 263-1558

---

Respondent:     Steve Y. Khoshabe
815 Commerce Drive, Suite 100
Oak Brook, Illinois 60523

Joseph Khoshabe
815 Commerce Drive, Suite 100
Oak Brook, Illinois 60523

Jason K. Schiffman
1029 119th Street
Lemont, Illinois 60439

Counsel:     Jill L. Yonkers
Hodgson Russ LLP
One M & T Plaza
Suite 200
Buffalo, New York 14203
(716) 856-4000

Diane Windholz, Esq.
Jackson Lewis LLP
59 Maiden Lane
New York, New York 10038
(212) 545-4000

EXHIBIT B

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

FAHAD SIDDIQUI, BRUCE
BERGERON TIMOTHY BOWEN,
PAM CAPUANO, ZANDRA CHATMAN,
ROBERT CRETELLA, KEVIN CROOKS,
CRYSTAL CUNNINGHAM, KAREN
DOMINGUEZ, STEVEN ESCHER, BETHANY
FAZILAT, ERIK GARCIA, IAN GOOLDY,
KATHLEEN JANNINCK, DAVID KEIM,
LINDA KOPMAN, BRIAN McKENZIE,
NAOMI MIRKIN, RONALD SANCHEZ,
ADAM SCHEMER, ALISON WASKIEWICZ,
SAMNANG WATERS, AND CHARLES YOUNG,
*on behalf of themselves and all other*
*employees similarly situated,*

*Plaintiffs,*

v.

AIRLIE OPPORTUNITY MASTER
FUND, LTD., ARH MORTGAGE
INC., WDM FUND, L.P., STEVE Y.
KHOSHABE, JOSEPH KHOSHABE,
AND JASON K. SCHIFFMAN,

*Defendants.*

CLASS ACTION COMPLAINT
AND DEMAND FOR JURY TRIAL

Civil Action

NO. 06 CV 6473 (P)

ORIGINAL
RECEIVED AND FILED
USDC WDNY ROCH

SEP 21 2006

BY: _____

## NATURE OF CLAIM

1.    This is a proceeding for declaratory relief and monetary damages to redress the
deprivation of rights secured to plaintiffs Fahad Siddiqui, Bruce Bergeron, Timothy Bowen,
Pam Capuano, Zandra Chatman, Robert Cretealla, Kevin Crooks, Crystal Cunningham,
Karen Dominguez, Steven Escher, Bethany Fazilat, Erik Garcia, Ian Gooldy, Kathleen
Janninck, David Keim, Linda Kopman, Brian McKenzie, Naomi Mirkin, Ronald Sanchez,
Adam Schemer, Alison Waskiewicz, Samnang Waters and Charles Young individually, as well

as all other employees similarly situated, under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201 *et seq.* ("FLSA"); the New York State Labor Law; and the laws of the various States in which defendant does business.

## CLASS ACTION ALLEGATIONS

2.    The claims arising under New York State Labor Law, other state labor laws and state contract laws are properly maintainable as a class action under Federal Rule of Civil Procedure 23.

3.    The class action is maintainable under subsections (1), (2) and (3) of Rule 23(b).

4.    The class (hereinafter referred to as those individuals "similarly situated" or "class members") consists of:

(i)    individuals who currently and formerly were suffered or permitted to work for defendants or its subsidiaries or divisions or other joint employers, including United Financial Mortgage Company ("United Financial");

(ii)    anytime during the last six years;

(iii)    who were paid on an hourly basis; and

(iv)    who were not fully compensated for all work performed either at regular or premium overtime rates for such work.

5.    Plaintiffs understand that defendants paid individuals who performed work as a Loan Officer or its functional equivalent on an hourly basis. However, to the degree an individual performed some work in a week as a Loan Officer or its functional equivalent and was paid on a salaried basis for work that week, those individuals form a separate subclass of Loan Officers misclassified as exempt from the FLSA and relevant law.

6.    The class size is believed to be over 50 employees.

- 2 -

7.      The named plaintiffs will adequately represent the interests of the class members because they are similarly situated to the class members and their claims are typical of, and concurrent to, the claims of the other class members.

8.      There are no known conflicts of interest between the named plaintiffs and the other class members.

9.      The class counsel, Dolin, Thomas & Solomon LLP, is qualified and able to litigate the class members' claims.

10.     The class counsel concentrates its practice in employment litigation, and its attorneys are experienced in class action litigation, including class actions arising under federal and state wage and hour laws.

11.     Common questions of law and fact predominate in this action because the claims of all class members are based on whether defendants' policy of not paying statutory overtime to exempt and/or nonexempt employees for all hours worked in excess of forty per week violates New York Labor Law and other state statutes requiring the payment of overtime.

12.     The class action is maintainable under subsections (2) and (3) of Rule 23(b) because the plaintiffs seek injunctive relief, common questions of law and fact predominate among the class members and the class action is superior to other available methods for the fair and efficient adjudication of the controversy.

## PARTIES

### A.     Defendants

13.     Airlie Opportunity Master Fund, Ltd. is a Cayman Islands Limited Partnership with its headquarters in Greenwich, Connecticut.

- 3 -

14.    ARH Mortgage Inc. is a Delaware corporation and the sole shareholder of United Financial.

15.    WDM Fund L.P. is a Delaware limited partnership associated with Airlie Opportunity Master Fund, Ltd.

16.    Steve Y. Khoshabe was the President and Chief Executive Officer of United Financial.

17.    Joseph Khoshabe was the Chairman of the United Financial and was responsible for the commercial lending operations.  Mr. Khoshabe previously served as the President and Chief Executive Officer.

18.    Jason K. Schiffman was the Executive Vice President-Operations of United Financial.

19.    Upon information and belief, defendants are an enterprise engaged in interstate commerce, with annual gross volume of sales made not less than $500,000.

20.    Defendants are the employer of plaintiffs within the meaning of 29 U.S.C. § 203(d) and/or joint employers of the plaintiffs and comprise an "enterprise" engaged in commerce as defined in 29 U.S.C. §§ 203(r), 203(s).

21.    Upon information and belief, the defendants are alter egos of each other and of United Financial.

22.    Upon information and belief, defendants Steve Y. Khoshabe, Joseph Khoshabe and Jason K. Schiffman are employers of the plaintiffs.

**B.**    **Plaintiffs**

*Named Plaintiffs*

23.    The named plaintiffs are former employees of defendants who were not fully

compensated for all work performed either at regular or premium overtime rates for such work.

### Class and Collective Action Members

24.     The class and collective action members ("Class Members") are those employees similarly situated to named plaintiffs as set forth above.

## FACTUAL BACKGROUND

25.     Defendants' policy and/or practice was not to pay employees for all hours employees worked.

26.     When employees did not receive compensation for hours in excess of 40 hours in a week, defendants violated the FLSA, applicable state labor laws and breached its contracts with plaintiffs.

27.     When employees did not receive compensation for any other hours, defendants violated applicable state labor laws and breached its contracts with plaintiffs.

28.     Named plaintiffs and Class Members frequently worked over 40 hours in a week while employed by defendants.

29.     Defendants' policy and/or practice was to not compensate named plaintiffs and Class Members for all work performed either at regular or premium overtime rates for such work.

30.     Defendants knew plaintiffs were supposed to be paid statutory overtime, however, defendants willfully failed to pay statutory overtime for all hours when named plaintiffs and Class Members worked over 40 hours in a week.

31.     Defendants also knew plaintiffs were supposed to be paid for all time worked, however, defendants willfully failed to pay for all hours worked.

- 5 -

32.    The defendants' practice is to be deliberately indifferent to these violations of the statutory overtime requirements and state labor laws.

33.    This failure to pay for all time worked as required by the FLSA, the New York Labor Law and the various state laws was willful.

34.    Plaintiffs understand that they have signed arbitration agreements.  However, it is not clear that defendants are subject to or have agreed to be bound by such agreements.

## FIRST CAUSE OF ACTION
### FLSA

35.    Plaintiffs reallege the above paragraphs as if fully restated herein.

36.    Defendants willfully violated their obligations under the FLSA and are liable to plaintiffs.

## SECOND CAUSE OF ACTION
### New York Labor Law

37.    Plaintiffs reallege the above paragraphs as if fully restated herein.

38.    Defendants willfully violated their obligations under the New York Labor Law and are liable to plaintiffs.

## THIRD CAUSE OF ACTION
### State Labor and Contract Laws

39.    Plaintiffs reallege the above paragraphs as if fully restated herein.

40.    Defendants willfully violated their obligations under the laws of the various states in which United Financial does business and are liable to plaintiffs.

WHEREFORE, plaintiffs demand judgment against defendants in their favor and that they be given the following relief:

H:\McKenzie, B\Complaint - FLSA - Airlie.doc

(a)    an order preliminarily and permanently restraining defendants from engaging in the aforementioned pay violations;

(b)    an award of the value of plaintiffs' unpaid wages, including fringe benefits;

(c)    liquidated damages under the FLSA equal to the sum of the amount of wages and overtime which were not properly paid to plaintiffs (plaintiffs who do not affirmatively opt-in the class expressly waive their rights to liquidated damages or any other statutory penalty provided under New York law);

(d)    an award of reasonable attorneys' fees, expenses, expert fees and costs incurred in vindicating plaintiffs' rights;

(e)    an award of pre- and post-judgment interest; and

(f)    such other and further legal or equitable relief as this forum deems to be just and appropriate.

## JURY DEMAND

Plaintiffs demand a jury to hear and decide all issues of fact.

Dated: September 21, 2006

DOLIN, THOMAS & SOLOMON LLP

By: _____
J. Nelson Thomas, Esq.
Michael J. Lingle, Esq.
*Attorneys for Plaintiffs*
693 East Avenue
Rochester, New York 14607
Telephone: (585) 272-0540
nthomas@theemploymentattorneys.com
mlingle@theemploymentattorneys.com

- 7 -

EXHIBIT C

Case 1:08-cv-02327    Document 49-2    Filed 08/17/2007    Page 31 of 44
Case 6:06-cv-06473-DGL    Document 13    Filed 01/03/2007    Page 3 of 7

Case 6:05-cv-06067-DGL-MWP    Document 15    Filed 08/31/2005    Page 20 of 24





**United Financial
Mortgage Corp.**

## AGREEMENT TO ARBITRATE DISPUTES

As part of the terms and conditions of employment and interview process with the United
Financial Mortgage Corp. and/or any and all of its affiliates, applicant agrees to enter into
mandatory binding arbitration agreement and hereby agrees not to sue for any reason the
UFMC, its subsidiaries, related companies, agents, shareholders or officers, for any
dispute arising from the interview process or employment by the UFMC.

Arbitration of disputes will be handled by either the American Arbitration Association or
Jams/ENDiputes.

FAHAD G. SIDDIQUI
_____
Print Name


_____        2-2-04
Signature                        Date


815 Commerce Dr.: Suite 100 • Oak Brook, IL 60523 • (630) 571-7222 • (630) 571-2623 Fax

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

FAHAD SIDDIQUI, BRUCE
BERGERON TIMOTHY BOWEN,
PAM CAPUANO, ZANDRA CHATMAN,
ROBERT CRETELLA, KEVIN CROOKS,
CRYSTAL CUNNINGHAM, KAREN
DOMINGUEZ, STEVEN ESCHER, BETHANY
FAZILAT, ERIK GARCIA, IAN GOOLDY,
KATHLEEN JANNINCK, DAVID KEIM,
LINDA KOPMAN, BRIAN McKENZIE,
NAOMI MIRKIN, RONALD SANCHEZ,
ADAM SCHEMER, ALISON WASKIEWICZ,
SAMNANG WATERS, AND CHARLES YOUNG,
*on behalf of themselves and all other
employees similarly situated,*

                                    *Plaintiffs*

                    v.

AIRLIE OPPORTUNITY MASTER
FUND, LTD., ARH MORTGAGE
INC., WDM FUND, L.P., STEVE Y.
KHOSHABE, JOSEPH KHOSHABE,
AND JASON K. SCHIFFMAN,

                                    *Defendants.*

Civil Action
No. 06-CV-6473

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2007 I caused to be served Plaintiffs' Demand

for Arbitration attached hereto upon the following:

Richard C. Haddad, Esq.
Otterbourg, Steindler, Houston & Rosen, P.C.
Attorneys for Corporate Defendants
230 Park Avenue
New York, New York
(212) 661-9100

Carolyn G. Nussbaum, Esq.
Nixon Peabody LLP
Attorneys for Corporation Defendants

- 2 -

Clinton Square
P.O. Box 30151
Rochester, New York 14603-1051
(585) 263-1558

Jill L. Yonkers
Hodgson Russ
One M & T Plaza, Suite 200
Buffalo, NY 14203

Diane Windholz, Esq.
Jackson Lewis LLP
59 Maiden Lane
New York, New York 10038
(212) 545-4000

by causing the same to be placed in properly addressed, postage pre-paid packaging and delivered to Federal Express for overnight delivery.

Kimberly A. Glennon

# Exhibit E

**DOLIN, THOMAS & SOLOMON LLP**
693 EAST AVE.
ROCHESTER, NEW YORK 14607

HSBC BANK USA, NA
ROCHESTER, NY 14616
10-2/220

**5220**

2/12/2007

PAY TO THE
ORDER OF _____ JAMS, Inc. _____   $ **400.00

Four Hundred and 00/100************************************************************************************ DOLLARS

JAMS, Inc.
P.O. Box 512850
Los Angeles, CA 90051-0850

MEMO
Arbitration fee                                                                                                 MP

⑈005220⑈ ⑆022000020⑇ 542796198⑈

---

**DOLIN, THOMAS & SOLOMON LLP**                                                                      **5220**

JAMS, Inc.                                                                          2/12/2007
100000 · Non-Partner Expenses:921 · TS Costs:TS  Arbitration fee                                        400.00

HSBC Checking            Arbitration fee                                                                400.00

# Exhibit F



www.jamsadr.com                    THE RESOLUTION EXPERTS                    Offices Nationwide

# Fax Cover

**To:**   Nelson J. Thomas Esq.           **Phone:** 585-272-0540        **Fax:** 585-272-0574
          Dolin, Thomas & Solomon

          Michael J. Lingle Esq.                    585-272-0540               585-272-0574
          Dolin, Thomas & Solomon

          Richard C. Haddad Esq.                    212-661-9100               212-682-6104
          Otterbourg, Steindler, Houston & Rose PC

          Carolyn G. Nussbaum Esq.                  585-263-1000               585-263-1600
          Nixon Peabody LLP

          Jill L. Yonkers Esq.                      716-856-4000               716.849.0349
          Hodgson Russ LLP

          Diane Esq. Windholz                       212-545-4000               212-972-3212
          Jackson Lewis LLP

**From:**   Elizabeth Ryan                **Phone:** 212-607-2711

**Date:**   March 08, 2007               **Pages (Including Cover):**   8

**Case Name:**   Siddiqui, Fahad, et al. vs. Airlie Opportunity Master Fund, LTD, et al.
**Reference:**   1420017624

---

**Comments:**

Good afternoon, Counsel.

Please see attached.

Regards,
Elizabeth Ryan
Case Manager
eryan@jamsadr.com

---

This facsimile transmission is confidential. If you have received this transmission in error, please
notify the sender at the number listed above and discard the transmission. Thank you for your assistance.

45 Broadway · 28th Floor · New York, NY 10006 · TEL 212.751.2700 · FAX 212.751.4099

# REQUEST FOR MISSING ITEMS

Mr. Michael J. Lingle Esq.
Dolin, Thomas & Solomon
693 East Avenue
Rochester, NY 14607

March 8, 2007

Re: <u>Siddiqui, Fahad, et al. vs. Airlie Opportunity Master Fund, LTD, et al.</u>
Reference #: 1420017624

Dear Mr. Lingle:

Please be advised that JAMS has received a request for arbitration in the above-referenced matter. We are, however, missing the following item(s):

_____ Completed Request for Mediation and/or Demand for Arbitration Form. We have enclosed the form and instructions for your convenience.

_____ Two copies of entire contract, including signature page, with the mediation and/or arbitration clause highlighted.

_____ Appropriate proof of service of the Request for Mediation and/or Demand for Arbitration on the Respondent.

_____ Initial non-refundable Case Management fee of $400, made payable to JAMS. Each party may remit its own deposit, or to expedite the commencement of the proceedings one party may elect to remit both or all deposits. Hearings lasting two (2) or more days are subject to additional Case Management Fees.

_____ Evidence of JAMS' jurisdiction to hear the matter, e.g., either a contract clause naming JAMS, a stipulation signed by all parties, or an Order compelling the parties to arbitrate or mediate at JAMS.

_____ Other: _____

Thank you for your anticipated cooperation in this matter. Upon receipt of the above, a JAMS associate will contact the parties to commence the proceedings.

If you have any questions, please feel free to contact me directly at 212-607-2711.

Very truly yours,

Elizabeth Ryan
Case Manager
eryan@jamsadr.com
Fax# 212-751-4099
cc: See service list

# REQUEST FOR MISSING ITEMS

Mr. Richard C. Haddad Esq.
Otterbourg, Steindler, Houston & Rose PC
230 Park Ave.
New York, NY 10169

March 8, 2007

      Re:    <u>Siddiqui, Fahad, et al. vs. Airlie Opportunity Master Fund, LTD, et al.</u>
            Reference #: 1420017624

Dear Mr. Haddad:

Please be advised that JAMS has received a request for arbitration in the above-referenced matter. We are, however, missing the following item(s):

_____     Completed Request for Mediation and/or Demand for Arbitration Form. We have enclosed the form and instructions for your convenience.

_____     Two copies of entire contract, including signature page, with the mediation and/or arbitration clause highlighted.

_____     Appropriate proof of service of the Request for Mediation and/or Demand for Arbitration on the Respondent.

   ✗       Initial non-refundable Case Management fee of $400, made payable to JAMS. Each party may remit its own deposit, or to expedite the commencement of the proceedings one party may elect to remit both or all deposits. Hearings lasting two (2) or more days are subject to additional Case Management Fees.

_____     Evidence of JAMS' jurisdiction to hear the matter, e.g., either a contract clause naming JAMS, a stipulation signed by all parties, or an Order compelling the parties to arbitrate or mediate at JAMS.

_____     Other: _____

Thank you for your anticipated cooperation in this matter. Upon receipt of the above, a JAMS associate will contact the parties to commence the proceedings.

If you have any questions, please feel free to contact me directly at 212-607-2711.

Very truly yours,

*Elizabeth Rya*

Elizabeth Ryan
Case Manager
eryan@jamsadr.com
Fax# 212-751-4099
cc: See service list

# REQUEST FOR MISSING ITEMS

Ms. Carolyn G. Nussbaum Esq.
Nixon Peabody LLP
1100 Clinton Square
Rochester, NY 14604

March 8, 2007

Re: <u>Siddiqui, Fahad, et al. vs. Airlie Opportunity Master Fund, LTD, et al.</u>
Reference #: 1420017624

Dear Ms. Nussbaum:

Please be advised that JAMS has received a request for arbitration in the above-referenced matter. We are, however, missing the following item(s):

_____    Completed Request for Mediation and/or Demand for Arbitration Form. We have enclosed the form and instructions for your convenience.

_____    Two copies of entire contract, including signature page, with the mediation and/or arbitration clause highlighted.

_____    Appropriate proof of service of the Request for Mediation and/or Demand for Arbitration on the Respondent.

_____    Initial non-refundable Case Management fee of $400, made payable to JAMS. Each party may remit its own deposit, or to expedite the commencement of the proceedings one party may elect to remit both or all deposits. Hearings lasting two (2) or more days are subject to additional Case Management Fees.

_____    Evidence of JAMS' jurisdiction to hear the matter, e.g., either a contract clause naming JAMS, a stipulation signed by all parties, or an Order compelling the parties to arbitrate or mediate at JAMS.

_____    Other: _____

Thank you for your anticipated cooperation in this matter. Upon receipt of the above, a JAMS associate will contact the parties to commence the proceedings.

If you have any questions, please feel free to contact me directly at 212-607-2711.

Very truly yours,

Elizabeth Ryan
Case Manager
eryan@jamsadr.com
Fax# 212-751-4099
cc: See service list

# REQUEST FOR MISSING ITEMS

Jill L. Yonkers Esq.
Hodgson Russ LLP
One M&T Plaza
Suite 2000
Buffalo, NY 14203

March 8, 2007

Re:   Siddiqui, Fahad, et al. vs. Airlie Opportunity Master Fund, LTD, et al.
Reference #: 1420017624

Dear Yonkers:

Please be advised that JAMS has received a request for arbitration in the above-referenced matter. We are, however, missing the following item(s):

_____   Completed Request for Mediation and/or Demand for Arbitration Form. We have enclosed the form and instructions for your convenience.

_____   Two copies of entire contract, including signature page, with the mediation and/or arbitration clause highlighted.

_____   Appropriate proof of service of the Request for Mediation and/or Demand for Arbitration on the Respondent.

_____   Initial non-refundable Case Management fee of $400, made payable to JAMS. Each party may remit its own deposit, or to expedite the commencement of the proceedings one party may elect to remit both or all deposits. Hearings lasting two (2) or more days are subject to additional Case Management Fees.

_____   Evidence of JAMS' jurisdiction to hear the matter, e.g., either a contract clause naming JAMS, a stipulation signed by all parties, or an Order compelling the parties to arbitrate or mediate at JAMS.

_____   Other: _____

Thank you for your anticipated cooperation in this matter. Upon receipt of the above, a JAMS associate will contact the parties to commence the proceedings.

If you have any questions, please feel free to contact me directly at 212-607-2711.

Very truly yours,

Elizabeth Ryan
Elizabeth Ryan
Case Manager
eryan@jamsadr.com
Fax# 212-751-4099
cc: See service list

# REQUEST FOR MISSING ITEMS

Ms. Diane Esq. Windholz
Jackson Lewis LLP
59 Maiden Lane
39th Fl.
New York, NY 10038

March 8, 2007

       Re:   Siddiqui, Fahad, et al. vs. Airlie Opportunity Master Fund, LTD. et al.
             Reference #: 1420017624

Dear Ms. Windholz:

Please be advised that JAMS has received a request for arbitration in the above-referenced matter. We are, however, missing the following item(s):

_____    Completed Request for Mediation and/or Demand for Arbitration Form. We have enclosed the form and instructions for your convenience.

_____    Two copies of entire contract, including signature page, with the mediation and/or arbitration clause highlighted.

_____    Appropriate proof of service of the Request for Mediation and/or Demand for Arbitration on the Respondent.

_____    Initial non-refundable Case Management fee of $400, made payable to JAMS. Each party may remit its own deposit, or to expedite the commencement of the proceedings one party may elect to remit both or all deposits. Hearings lasting two (2) or more days are subject to additional Case Management Fees.

_____    Evidence of JAMS' jurisdiction to hear the matter, e.g., either a contract clause naming JAMS, a stipulation signed by all parties, or an Order compelling the parties to arbitrate or mediate at JAMS.

_____    Other: _____

Thank you for your anticipated cooperation in this matter. Upon receipt of the above, a JAMS associate will contact the parties to commence the proceedings.

If you have any questions, please feel free to contact me directly at 212-607-2711.

Very truly yours,

*Elizabeth Ryan*

Elizabeth Ryan
Case Manager
eryan@jamsadr.com
Fax# 212-751-4099
cc: See service list

## PROOF OF SERVICE BY FACSIMILE & U.S. MAIL

Re: Siddiqui, Fahad, et al. vs. Airlie Opportunity Master Fund, LTD, et
al.

Reference No. 1420017624

I, Elizabeth Ryan, not a party to the within action, hereby declare that on March 8,
2007 I served the attached Request for Missing Items on the parties in the within action by
facsimile and depositing true copies thereof enclosed in sealed envelopes with postage thereon
fully prepaid, in the United States Mail, at New York, NEW YORK, addressed as follows:

Nelson J. Thomas Esq.
Dolin, Thomas & Solomon
135 Corporate Woods
Suite 130
Rochester, NY 14623  USA
Tel: 585-272-0540
Fax: 585-272-0574

Michael J. Lingle Esq.
Dolin, Thomas & Solomon
693 East Avenue
Rochester, NY 14607  USA
Tel: 585-272-0540
Fax: 585-272-0574

Richard C. Haddad Esq.
Otterbourg, Steindler, Houston & Rose PC
230 Park Ave.
New York, NY 10169
Tel: 212-661-9100
Fax: 212-682-6104

Carolyn G. Nussbaum Esq.
Nixon Peabody LLP
1100 Clinton Square
Rochester, NY 14604  USA
Tel: 585-263-1000
Fax: 585-263-1600

Jill L. Yonkers Esq.
Hodgson Russ LLP
One M&T Plaza
Suite 2000
Buffalo, NY 14203
Tel: 716-856-4000
Fax: 716.849.0349

Diane Esq. Windholz
Jackson Lewis LLP
59 Maiden Lane
39th Fl.
New York, NY 10038  USA
Tel: 212-545-4028
Fax: 212-972-3212

I declare under penalty of perjury the foregoing to be true and correct. Executed at New York, NEW YORK on March 8, 2007.

Elizabeth Ryan