UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

FAHAD SIDDIQUI, ET AL.,

　　　　　　　　　　　　　　　　　*Plaintiffs,*

v.　　　　　　　　　　　　　　　　　　　　　　Civil Action No.
　　　　　　　　　　　　　　　　　　　　　　　06-CV-6473 L(P)

AIRLIE OPPORTUNITY MASTER FUND, LTD.,
ARH MORTGAGE INC., WDM FUND, L.P.,
STEVE Y. KHOSHABE, JOSEPH KHOSHABE AND
JASON K. SCHIFFMAN

　　　　　　　　　　　　　　　　　*Defendants.*

Plaintiff hereby file consent to become party plaintiffs signed by: Dora Robles

## CONSENT TO BECOME PARTY PLAINTIFF

I consent to become a "party plaintiff" in litigation to seek payment of unpaid wages, including overtime wages, and related relief against my employer(s), on behalf of myself and other former and current employees of the employer(s). I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_____   9-14-07          DORA Robles
**Signature**                **Date**         **Print Name**