UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

FAHAD SIDDIQUI, ET AL.,

                                *Plaintiffs,*

v.

AIRLIE OPPORTUNITY MASTER FUND, LTD.,
ARH MORTGAGE INC., WDM FUND, L.P.,
STEVE Y. KHOSHABE, JOSEPH KHOSHABE AND
JASON K. SCHIFFMAN,

                                *Defendants.*

**Civil Action No.
06-CV-6473 L (P)**

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2007 I caused to be served the following documents: Memorandum of Law in Further Support of Motion to Compel Arbitration and Affirmation of J. Nelson Thomas upon the following:

Carolyn Nussbaum, Esq.
Nixon Peabody LLP
Clinton Square
P.O. Box 31051
Rochester, New York 14603

Richard C. Haddad, Esq.
Otterbourg, Steindler, Houston & Rosen, P.C.
230 Park Avenue
New York, New York 10169

Jill L. Yonkers
Hodgson Russ
One M & T Plaza, Suite 200
Buffalo, NY 14203

H:\McKenzie, B\Certificate of Service (6473) 10-4-07.doc

by causing the same to be served via electronic means through electronic filing with the Clerk of the District Court using the CM/ECF system.

s/ J. Nelson Thomas
J. Nelson Thomas
