UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| FAHAD SIDDIQUI, ET AL., | |
|---|---|
| *Plaintiffs,* v. | Civil Action No. 06-CV-6473 L(P) |
| AIRLIE OPPORTUNITY MASTER FUND, LTD., ARH MORTGAGE INC., WDM FUND, L.P., STEVE Y. KHOSHABE, JOSEPH KHOSHABE AND JASON K. SCHIFFMAN | |
| *Defendants.* | |

Plaintiffs hereby file consents to become party plaintiffs signed by: Justin Loveland.

## CONSENT TO BECOME PARTY PLAINTIFF

I consent to become a "party plaintiff" in litigation to seek payment of unpaid wages, including overtime wages, and related relief against my employer(s), on behalf of myself and other former and current employees of the employer(s). I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_____  11/25/07  Justin Loveland
Signature                   Date     Print Name