UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

FAHAD SIDDIQUI, et al.,

        *Plaintiffs,*

v.

AIRLIE OPPORTUNITY MASTER FUND, LTD.,
ARH MORTGAGE INC., WDM FUND, L.P.,
STEVE Y. KHOSHABE, JOSEPH KHOSHABE AND
JASON K. SCHIFFMAN,

        *Defendants.*

**PLAINTIFFS' NOTICE OF MOTION TO TRANSFER VENUE AGAINST INDIVIDUAL DEFENDANTS**

Civil Action No.
06-CV-6473 L (P)

| | |
|---|---|
| **MOTION BY:** | Plaintiffs, Fahad Siddiqui, et al. |
| **RELIEF REQUESTED:** | An Order transferring venue for the part of the case against individual defendants Jason K. Schiffman, Steve Y. Khoshabe and Joseph Khoshabe. |
| **BASIS FOR RELIEF REQUESTED:** | 28 U.S.C. § 1404(a) |
| **SUPPORTING PAPERS:** | Affirmation of Sara R. Rook, Esq. and Memorandum of Law in Support of the Motion to Transfer Venue Against the Individual Defendants |
| **PLACE:** | United States District Court<br>Western District of New York<br>2330 United States Courthouse<br>100 State Street<br>Rochester, New York 14614 |
| **DATE AND TIME:** | To be determined by the Court |
| **REPLY PAPERS:** | Pursuant to Local Rule 7.1(c), plaintiffs intend to file and serve reply papers and therefore defendants are required to file and serve opposing papers at least eight business days prior to the return date. |

Dated: January 23, 2008

                                              **DOLIN, THOMAS & SOLOMON LLP**

                    By:    s/Sara E. Rook
                             J. Nelson Thomas, Esq.
                             Sara E. Rook, Esq.
                             *Attorney for Plaintiffs*
                             693 East Avenue
                             Rochester, New York 14607
                             Telephone:  (585) 272-0540
                             nthomas@theemploymentattorneys.com
                             srook@theemploymentattorneys.com