UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| FAHAD SIDDIQUI, ET AL., | | |
| | *Plaintiffs,* | **Civil Action No.** |
| v. | | **06-CV-6473 L (P)** |
| AIRLIE OPPORTUNITY MASTER FUND, LTD., ARH MORTGAGE INC., WDM FUND, L.P., STEVE Y. KHOSHABE, JOSEPH KHOSHABE AND JASON K. SCHIFFMAN, | | |
| | *Defendants.* | |

### CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2008, I caused to be served the following documents: Notice of Motion to Transfer Venue, Memorandum of Law in Support of Motion to Transfer Venue and Affirmation of Sara E. Rook upon the following:

Carolyn Nussbaum, Esq.
Nixon Peabody LLP
Clinton Square
P.O. Box 31051
Rochester, New York 14603

Richard C. Haddad, Esq.
Otterbourg, Steindler, Houston & Rosen, P.C.
230 Park Avenue
New York, New York 10169

Jill L. Yonkers
Hodgson Russ
One M & T Plaza, Suite 200
Buffalo, NY 14203

by causing the same to be served via electronic means through electronic filing with the Clerk of the District Court using the CM/ECF system.

                                                                        s/ Sara E. Rook
                                                                           Sara E. Rook