UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

FAHAD SIDDIQUI, et al.

        Plaintiffs,                   **MOTION SCHEDULING ORDER**

    -vs-
                                                    06-CV-6473

AIRLIE OPPORTUNITY MASTER FUND, LTD.,
et al.,

        Defendants.

---

      On January 23, 2008, plaintiffs filed a motion to transfer venue pertaining to the individual defendants. All responding papers relevant to this motion must be filed with the Court by February 25, 2008. Reply papers by the moving party must be filed no later than eight (8) business days following the filing of responding papers.

      When all papers have been submitted, the Court will review them to determine if argument is necessary and if so, the parties will receive notice of the argument date.

      **IT IS SO ORDERED**.

                                                  _____
                                                  DAVID G. LARIMER
                                                  UNITED STATES DISTRICT JUDGE

Dated:       January 24, 2008
                Rochester, New York