# jackson|lewis
Attorneys at Law

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis LLP
59 Maiden Lane
New York, New York 10038
Tel 212 545-4000
Fax 212 972-3213
www.jacksonlewis.com

ATLANTA, GA • LONG ISLAND, NY • PORTLAND, OR
BIRMINGHAM, AL • LOS ANGELES, CA • PROVIDENCE, RI
BOSTON, MA • MIAMI, FL • RALEIGH-DURHAM, NC
CHICAGO, IL • MINNEAPOLIS, MN • RICHMOND, VA
CLEVELAND, OH • MORRISTOWN, NJ • SACRAMENTO, CA
DALLAS, TX • NEW YORK, NY • SAN FRANCISCO, CA
DENVER, CO • ORANGE COUNTY, CA • SEATTLE, WA
GREENVILLE, SC • ORLANDO, FL • STAMFORD, CT
HARTFORD, CT • PHILADELPHIA, PA • WASHINGTON, DC REGION
HOUSTON, TX • PITTSBURGH, PA • WHITE PLAINS, NY

E-MAIL ADDRESS: WINDHOLD@JACKSONLEWIS.COM
WRITER'S DIRECT DIAL: (212)545-4028

January 29, 2008

**VIA ELECTRONIC FILING**

Honorable David G. Larimer
United States District Judge
United States District Court
Western District of New York
100 State Street
Rochester, New York 14614

Re:   **Siddiqui et al v. Arlie Opportunity Master Fund, Ltd., et al.**
      **AAA Case No. 11 160 00388 07**

Dear Judge Larimer:

      We represent defendants Steve Y. Khoshabe, Joseph Khoshabe and Jason K. Schiffman in the above-referenced matter. Please be advised that defendant ARH Mortgage, Inc. filed a petition under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware on December 26, 2007. Based on this development, and pursuant to 11 USCS § 362, we hereby request a stay of all proceedings in this lawsuit, pending appointment of, and further instructions from, a bankruptcy trustee.

      Thank you for your attention in this matter. Please contact the undersigned if any additional information is needed at this time.

Very truly yours,

JACKSON LEWIS LLP

*Diane Windholz*

Diane Windholz

DW:PCM:lrp

**jackson | lewis**
Attorneys at Law

Honorable David G. Larimer
United Stets District Court
Western District of New York
January 29, 2008
Page 2

cc:  J. Nelson Thomas, Esq.
 Mike Lingle, Esq.
 Lloyd M. Green, Esq.
 Richard Haddid, Esq.
 Peter C. Moskowitz, Esq.
 Jill Yonkers, Esq.
 Carolyn Nussbaum, Esq.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

FAHAD SIDDIQUI, et. al.,

                Plaintiffs,

v.                                     **Civil No.: 06-CV-6473 L (P)**

AIRLIE OPPORTUNITY MASTER FUND, LTD., ARH MORTGAGE INC., WDM FUND, L.P., STEVE Y. KHOSHABE, JOSEPH KHOSHABE and JASON K. SCIFFMAN

                Defendants.

---

## **CERTIFICATE OF SERVICE**

        I hereby certify that on January 29, 2008, I electronically filed on behalf of Steven Y. Khoshabe, Joseph Khoshabe and Jason K. Schiffman, a letter to the Honorable David G. Larimer, United States District Court Judge for the United States District Court, Western District of New York, with the Clerk of the District Court of the Western District of New York using the CM/ECF system, which sent notification of such filing to the following opposing counsel:

                        J. Nelson Thomas, Esq.
                        Michael J. Lingle, Esq.
                        DOLIN, THOMAS & SOLOMON LLP
                        693 East Avenue
                        Rochester, New York 14607
                        nthomas@theemploymentattorneys.com
                        mlingle@theemploymentattorneys.com

                        Carolyn G. Nussbaum, Esq.
                        NIXON PEABODY, LLP
                        110 Clinton Square
                        Rochester, New York 14604
                        cnussbaum@nixonpeabody.com

                        Lloyd M. Green, Esq.
                        Richard G. Haddad, Esq.
                        OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.
                        230 Park Avenue
                        New York, New York 10169
                        lgreen@oshr.com
                        rhaddad@oshr.com

        s/Jill L. Yonkers
        Jill L. Yonkers, Esq.
        **HODGSON RUSS LLP**
        *Attorneys for Defendants Steven Y. Khoshabe, Joseph Khoshabe and Jason K. Schiffman*
        140 Pearl Street, Suite 100
        Buffalo, New York 14202-4040
        (716) 856-4000
        Fax: (716) 849-0349
        *JYonkers@hodgsonruss.com*

047902/00000 BFLODOCS 2189348v1