UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

FAHAD SIDDIQUI, et al.,

                        Plaintiffs,

                                                  <u>ORDER</u>

                                                  06-CV-6473L

                        v.

AIRLIE OPPORTUNITY MASTER
FUND, LTD., et al.,

                        Defendants.
_____

     I have your respective letters, dated January 29, 2008 and February 6, 2008, relating to the individual defendants' request to stay this entire action based on defendant ARH Mortgage, Inc.'s, petition in bankruptcy. I treat defendants' letter as a motion for such relief and deny it. I agree with the extensive authority cited in plaintiffs' counsel's letter of February 6, 2008 that a stay as to one defendant does not entitle all other defendants to a stay of the proceedings against them. Therefore, I see no basis to stay the action against defendants other than ARH Mortgage, Inc.

     IT IS SO ORDERED.

                                                  _____
                                                    DAVID G. LARIMER
                                                 United States District Judge

Dated: Rochester, New York
       February 8, 2008.