UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

FAHAD SIDDIQUI, et al.,

                            Plaintiffs,

                                                  <u>DECISION AND ORDER</u>

                                                  06-CV-6473L

            v.


AIRLIE OPPORTUNITY MASTER FUND, LTD.,
ARH MORTGAGE, INC., WDM FUND, L.P.,
STEVE Y. KHOSHABE, JOSEPH KHOSHABE AND
JASON K. SCHIFFMAN,



                            Defendants.
_____


       On January 23, 2008, plaintiffs filed a motion seeking to transfer venue of all pending claims in this matter against the individual defendants, Joseph Khoshabe, Steve Khoshabe and Jason Schiffman, to the Northern District of Illinois. (Dkt. #158). Notwithstanding the Court's Motion Scheduling Order requiring the parties to submit responding papers by February 25, 2008 (Dkt. #162), there has been no opposition to plaintiffs' motion to transfer venue.

       Upon review of the motion papers and the grounds cited therein, I find that a transfer of venue is appropriate. Plaintiff's motion (Dkt. #158) is hereby granted, and the action as against

the three individual defendants is transferred to the United States District Court for the Northern District of Illinois pursuant to 28 U.S.C. §1404.

    IT IS SO ORDERED.

                            _____
                               DAVID G. LARIMER
                            United States District Judge

Dated: Rochester, New York
       April 7, 2008.