CLOSED, CLOSED_2008, MWP

# U.S. DISTRICT COURT
## U.S. District Court, Western District of New York (Rochester)
## CIVIL DOCKET FOR CASE #: 6:06–cv–06473–DGL

Siddiqui et al v. Airlie Opportunity Master Fund, LTD et al

Assigned to: Hon. David G. Larimer

Cause: 29:201 Fair Labor Standards Act

Date Filed: 09/21/2006
Date Terminated: 04/07/2008
Jury Demand: Plaintiff
Nature of Suit: 710 Labor: Fair Standards
Jurisdiction: Federal Question

**Plaintiff**

**Fahad Siddiqui**
represented by
**J. Nelson Thomas**
Dolin, Thomas &Solomon LLP
693 East Avenue
Rochester, NY 14607
585–272–0540
Fax: 585–272–0574
Email: nthomas@theemploymentattorneys.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Lingle**
Dolin, Thomas &Solomon LLP
693 East Avenue
Rochester, NY 14607
585–272–0540
Fax: 585–272–0574
Email: mlingle@theemploymentattorneys.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sara Elizabeth Rook**
Dolin, Thomas &Solomon LLP
693 East Avenue
Rochester, NY 14607
585–272–0540
Fax: 585–272–0574
Email: srook@dts−esq.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bruce Bergeron**
represented by
**J. Nelson Thomas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Lingle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Timothy Bowen**

represented by **J. Nelson Thomas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Lingle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Pam Capuano**

represented by **J. Nelson Thomas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Lingle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Zandra Chatman**

represented by **J. Nelson Thomas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Lingle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Cretella**

represented by **J. Nelson Thomas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Lingle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kevin Crooks**

represented by **J. Nelson Thomas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Lingle**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Crystal Cunningham**                 represented by  **J. Nelson Thomas**
                                       (See above for address)
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

                                       **Michael J. Lingle**
                                       (See above for address)
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Karen Dominguez**                    represented by  **J. Nelson Thomas**
                                       (See above for address)
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

                                       **Michael J. Lingle**
                                       (See above for address)
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Steven Escher**                      represented by  **J. Nelson Thomas**
                                       (See above for address)
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

                                       **Michael J. Lingle**
                                       (See above for address)
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bethany Fazilat**                    represented by  **J. Nelson Thomas**
                                       (See above for address)
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

                                       **Michael J. Lingle**
                                       (See above for address)
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Erik Garcia**                        represented by  **J. Nelson Thomas**
                                       (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Lingle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ian Gooldy**                                represented by    **J. Nelson Thomas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Lingle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kathleen Janninck**                         represented by    **J. Nelson Thomas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Lingle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Keim**                                represented by    **J. Nelson Thomas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Lingle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Linda Kopman**                              represented by    **J. Nelson Thomas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Lingle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brian McKenzie**                                    represented by **J. Nelson Thomas**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Michael J. Lingle**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Naomi Mirkin**                                     represented by **J. Nelson Thomas**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Michael J. Lingle**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ronald Sanchez**                                   represented by **J. Nelson Thomas**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Michael J. Lingle**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Adam Schemer**                                     represented by **J. Nelson Thomas**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Michael J. Lingle**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alison Waskiewicz**                                represented by **J. Nelson Thomas**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Michael J. Lingle**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Samnang Waters**                                represented by    **J. Nelson Thomas**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Michael J. Lingle**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Charles Young**                                represented by    **J. Nelson Thomas**
*on behalf of themselves and all other employees*                 (See above for address)
*similarly situated*                                              *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Michael J. Lingle**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Fahad Siddiqui**                               represented by    **J. Nelson Thomas**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Taufik Abuchaibe**                             represented by    **J. Nelson Thomas**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kristin Arena**                                represented by    **J. Nelson Thomas**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Crystal Ault**                                 represented by    **J. Nelson Thomas**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Preston Bass**                                 represented by    **J. Nelson Thomas**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tracie Beck**

represented by **J. Nelson Thomas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Becker**

represented by **J. Nelson Thomas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeff Beitzel**

represented by **J. Nelson Thomas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Garry Blackburn**

represented by **J. Nelson Thomas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ty Blanton**

represented by **J. Nelson Thomas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sean Bolger**

represented by **J. Nelson Thomas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Timothy Bowen**

represented by **J. Nelson Thomas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Scott Brengi**

represented by **J. Nelson Thomas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Paul Brown**

represented by **J. Nelson Thomas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Paul Burke**

represented by **J. Nelson Thomas**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Louie Cadena**                          represented by **J. Nelson Thomas**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Pam Capuano**                           represented by **J. Nelson Thomas**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gabriel Caraway**                       represented by **J. Nelson Thomas**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Chris Carroll**                         represented by **J. Nelson Thomas**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gary Cass**                             represented by **J. Nelson Thomas**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Frank Cervantes**                       represented by **J. Nelson Thomas**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Erik Chadwick**                         represented by **J. Nelson Thomas**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Zandra Chatman**                        represented by **J. Nelson Thomas**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Dean Chwch**                    represented by **J. Nelson Thomas**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kyle Cincere**

represented by **J. Nelson Thomas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Wilma Clopton**

represented by **J. Nelson Thomas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patrick Colomer**

represented by **J. Nelson Thomas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Steve Cook**

represented by **J. Nelson Thomas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joelle Cox**

represented by **J. Nelson Thomas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Timothy Craft**

represented by **J. Nelson Thomas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kevin Crooks**

represented by **J. Nelson Thomas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bob Cross**

represented by **J. Nelson Thomas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edna Cross**

represented by **J. Nelson Thomas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Crystal Cunningham**

represented by **J. Nelson Thomas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dyann Deckard**                                represented by  **J. Nelson Thomas**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Debra DeMicco**                               represented by  **J. Nelson Thomas**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Victoria Devereaux**                          represented by  **J. Nelson Thomas**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Karen Dominguez**                             represented by  **J. Nelson Thomas**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mike Downing**                                represented by  **J. Nelson Thomas**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Wayne Eaton**                                 represented by  **J. Nelson Thomas**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sylvano Eibeck**                              represented by  **J. Nelson Thomas**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Steven Escher**                               represented by  **J. Nelson Thomas**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bethany Fazilat**                             represented by  **J. Nelson Thomas**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Inez Figeroa**                                represented by  **J. Nelson Thomas**
                                                                (See above for address)

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Scott Fikes**                              represented by  **J. Nelson Thomas**
                                             (See above for address)
                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Matthew Fischi**                           represented by  **J. Nelson Thomas**
                                             (See above for address)
                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lisa Foote**                               represented by  **J. Nelson Thomas**
                                             (See above for address)
                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bradly Foss**                              represented by  **J. Nelson Thomas**
                                             (See above for address)
                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Paula Frederick**                          represented by  **J. Nelson Thomas**
                                             (See above for address)
                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Johnny Fu**                                represented by  **J. Nelson Thomas**
                                             (See above for address)
                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dawn Gaffney**                             represented by  **J. Nelson Thomas**
                                             (See above for address)
                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Erik Garcia**                              represented by  **J. Nelson Thomas**
                                             (See above for address)
                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Deborah Garis**                            represented by  **J. Nelson Thomas**
                                             (See above for address)
                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mario Gomez**

represented by **J. Nelson Thomas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ian Gooldy**

represented by **J. Nelson Thomas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Emily Gray**

represented by **J. Nelson Thomas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Matt Hawkins**

represented by **J. Nelson Thomas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Grace Heaney**

represented by **J. Nelson Thomas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Helmic**

represented by **J. Nelson Thomas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Diann Hendrix**

represented by **J. Nelson Thomas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Justin Homer**

represented by **J. Nelson Thomas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bruce Jason Hornsby**

represented by **J. Nelson Thomas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeremy Hundley**

represented by **J. Nelson Thomas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Hurst**                                    represented by  **J. Nelson Thomas**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jerome Huser**                                   represented by  **J. Nelson Thomas**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Floyd James**                                    represented by  **J. Nelson Thomas**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kathleen Jannick**                               represented by  **J. Nelson Thomas**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Johns**                                  represented by  **J. Nelson Thomas**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Allison Jones**                                  represented by  **J. Nelson Thomas**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**James E. Jones, Jr.**                            represented by  **J. Nelson Thomas**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Keim**                                     represented by  **J. Nelson Thomas**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Matt Keiper**                                    represented by  **J. Nelson Thomas**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Kenneavy**                               represented by  **J. Nelson Thomas**
                                                                 (See above for address)

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Linda Kopman**                          represented by   **J. Nelson Thomas**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Kurras**                          represented by   **J. Nelson Thomas**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Monica Lara**                           represented by   **J. Nelson Thomas**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Leffingwell**                      represented by   **J. Nelson Thomas**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christopher Leggett**                   represented by   **J. Nelson Thomas**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Reed Letson**                           represented by   **J. Nelson Thomas**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rosario Luisi**                         represented by   **J. Nelson Thomas**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Timothy Maffett**                       represented by   **J. Nelson Thomas**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Martin**                          represented by   **J. Nelson Thomas**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**William Martin**                              represented by  **J. Nelson Thomas**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Salvatore Maurizio**                          represented by  **J. Nelson Thomas**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael McGhee**                              represented by  **J. Nelson Thomas**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brian McKenzie**                              represented by  **J. Nelson Thomas**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Meadows**                              represented by  **J. Nelson Thomas**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jennova Minenna**                             represented by  **J. Nelson Thomas**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Naomi Mirkin**                                represented by  **J. Nelson Thomas**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Soroush Moghadam**                            represented by  **J. Nelson Thomas**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tina Moline**                                 represented by  **J. Nelson Thomas**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tony Morriss**                                represented by  **J. Nelson Thomas**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eunice Morton**                          represented by **J. Nelson Thomas**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kevin Naus**                             represented by **J. Nelson Thomas**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sandy Opperman**                         represented by **J. Nelson Thomas**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nicholas Presutti**                      represented by **J. Nelson Thomas**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Renwick**                          represented by **J. Nelson Thomas**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Greg Riley**                             represented by **J. Nelson Thomas**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joan Rista Chelsey**                     represented by **J. Nelson Thomas**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Belinda Rupertis**                       represented by **J. Nelson Thomas**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas Sampson**                         represented by **J. Nelson Thomas**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ronald Sanchez**                         represented by **J. Nelson Thomas**
                                                          (See above for address)

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Adam Schemer**                    represented by **J. Nelson Thomas**
                                    (See above for address)
                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Sergent**                  represented by **J. Nelson Thomas**
                                    (See above for address)
                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tina Shirley**                    represented by **J. Nelson Thomas**
                                    (See above for address)
                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kristy Shreeve**                  represented by **J. Nelson Thomas**
                                    (See above for address)
                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Simelton**                   represented by **J. Nelson Thomas**
                                    (See above for address)
                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Spellor**                   represented by **J. Nelson Thomas**
                                    (See above for address)
                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Melissa Spitzer**                 represented by **J. Nelson Thomas**
                                    (See above for address)
                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Sergent**                  represented by **J. Nelson Thomas**
                                    (See above for address)
                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Stout**                   represented by **J. Nelson Thomas**
                                    (See above for address)
                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Matt Strumpf**                                represented by  **J. Nelson Thomas**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Swanson**                               represented by  **J. Nelson Thomas**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maureen Tinley**                              represented by  **J. Nelson Thomas**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Trina Trumbull**                              represented by  **J. Nelson Thomas**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nathan Vance**                                represented by  **J. Nelson Thomas**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**James VanWagner**                             represented by  **J. Nelson Thomas**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alison Waskiewicz**                           represented by  **J. Nelson Thomas**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Samnang Waters**                              represented by  **J. Nelson Thomas**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Billy Watkins**                               represented by  **J. Nelson Thomas**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dale Welsh**                                  represented by  **J. Nelson Thomas**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mallicia Welz**

represented by **J. Nelson Thomas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JoEllen Windes**

represented by **J. Nelson Thomas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Charles Young**

represented by **J. Nelson Thomas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Frank Zaccaria**

represented by **J. Nelson Thomas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Matthew Zarth**

represented by **J. Nelson Thomas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sean Kelley**

represented by **J. Nelson Thomas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Erica Fort**

represented by **J. Nelson Thomas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christopher E. Price**

represented by **J. Nelson Thomas**
(See above for address)
*LEAD ATTORNEY*

**Plaintiff**

**Bradley Williford**

represented by **J. Nelson Thomas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Leslee Berch**

represented by **J. Nelson Thomas**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeffrey Parker**                           represented by **J. Nelson Thomas**
                                             (See above for address)
                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jason Warren**                             represented by **J. Nelson Thomas**
                                             (See above for address)
                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tiffany Meier**                            represented by **J. Nelson Thomas**
                                             (See above for address)
                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Franklin**                           represented by **J. Nelson Thomas**
                                             (See above for address)
                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Samuel Jackson**                           represented by **J. Nelson Thomas**
                                             (See above for address)
                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maria Jorge**                              represented by **J. Nelson Thomas**
                                             (See above for address)
                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bret Giuliani**                            represented by **J. Nelson Thomas**
                                             (See above for address)
                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thelma Rubino**                            represented by **J. Nelson Thomas**
                                             (See above for address)
                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Timmy Copeland**                           represented by **J. Nelson Thomas**
                                             (See above for address)
                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rick Smith**                                         represented by   **J. Nelson Thomas**
                                                                       (See above for address)
                                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Dail**                                         represented by   **J. Nelson Thomas**
                                                                       (See above for address)
                                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nicole Fernandez**                                   represented by   **J. Nelson Thomas**
                                                                       (See above for address)
                                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dora Robles**                                        represented by   **J. Nelson Thomas**
                                                                       (See above for address)
                                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Darryl McElroy**                                     represented by   **J. Nelson Thomas**
                                                                       (See above for address)
                                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patrick Rice**                                       represented by   **J. Nelson Thomas**
                                                                       (See above for address)
                                                                       *LEAD ATTORNEY*

**Plaintiff**

**Russell Smith**                                      represented by   **J. Nelson Thomas**
                                                                       (See above for address)
                                                                       *LEAD ATTORNEY*

**Plaintiff**

**Jessie Hennington**                                  represented by   **J. Nelson Thomas**
                                                                       (See above for address)
                                                                       *LEAD ATTORNEY*

**Plaintiff**

**Chris Schoenthal**                                   represented by   **J. Nelson Thomas**
                                                                       (See above for address)
                                                                       *LEAD ATTORNEY*

**Plaintiff**

**Janelle L. Schwenk**                                 represented by   **Janelle L. Schwenk**
                                                                       PRO SE

**Plaintiff**

**Frank L. Farley, Sr.**                          represented by **Frank L. Farley, Sr.**
                                                                 PRO SE

**Plaintiff**

**Jimmy Peters**                                  represented by **J. Nelson Thomas**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*

**Plaintiff**

**Annette Reid**                                  represented by **J. Nelson Thomas**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*

**Plaintiff**

**'Isa Akbar**                                    represented by **J. Nelson Thomas**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*

**Plaintiff**

**Nilda Ruiz**                                    represented by **J. Nelson Thomas**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*

**Plaintiff**

**Karuna Agrawal**                                represented by **J. Nelson Thomas**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*

**Plaintiff**

**Kenneth Moromi**                                represented by **J. Nelson Thomas**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*

**Plaintiff**

**Waajid M. Muhammad**                            represented by **J. Nelson Thomas**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*

**Plaintiff**

**Bridget Respress**                              represented by **J. Nelson Thomas**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*

**Plaintiff**

**Jennifer L. Belden**                            represented by **J. Nelson Thomas**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*

**Plaintiff**

**Lee Dungey**                                 represented by   **J. Nelson Thomas**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*


**Plaintiff**

**David R. Simmons**                           represented by   **J. Nelson Thomas**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*


**Plaintiff**

**Elias Benudiz**                              represented by   **J. Nelson Thomas**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*


**Plaintiff**

**Angie Ramdeholl**                            represented by   **J. Nelson Thomas**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*


**Plaintiff**

**Tarsha L. Holley**                           represented by   **J. Nelson Thomas**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*


**Plaintiff**

**Ronald Weissenhofer**                        represented by   **J. Nelson Thomas**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*


**Plaintiff**

**Robert L. Rotunno**                          represented by   **J. Nelson Thomas**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*


**Plaintiff**

**Maggi Corrigan**                             represented by   **J. Nelson Thomas**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*


**Plaintiff**

**Takiyah Givens**                             represented by   **J. Nelson Thomas**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*


**Plaintiff**

**Rigoberto Contreras**                        represented by   **J. Nelson Thomas**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*

**Plaintiff**

**Tim Hill**                                  represented by  **J. Nelson Thomas**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*

**Plaintiff**

**Sonia Rios**                               represented by  **J. Nelson Thomas**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*

**Plaintiff**

**Carlena Tummolillo**                       represented by  **J. Nelson Thomas**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*

**Plaintiff**

**Yajaira E. Uriostegui**                    represented by  **J. Nelson Thomas**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*

**Plaintiff**

**Helen Uriostegui**                         represented by  **J. Nelson Thomas**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*

**Plaintiff**

**Oscar Mejorado**                           represented by  **J. Nelson Thomas**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*

**Plaintiff**

**Dayana Jones**                             represented by  **J. Nelson Thomas**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*

**Plaintiff**

**Charles Zrinzo**                           represented by  **Charles Zrinzo**
                                                              PRO SE

**Plaintiff**

**Joseph M. Ellis**                          represented by  **J. Nelson Thomas**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*

**Plaintiff**

**Van Coney**                                represented by  **J. Nelson Thomas**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*

**Plaintiff**

**Santiago L. Cleofas**                          represented by  **J. Nelson Thomas**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*

**Plaintiff**

**Rosetta L. Hill**                              represented by  **J. Nelson Thomas**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*

**Plaintiff**

**Nancy Alsteen**                                represented by  **J. Nelson Thomas**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*

**Plaintiff**

**Steven Talia**                                 represented by  **J. Nelson Thomas**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*

**Plaintiff**

**Kelley Sundquist**                             represented by  **J. Nelson Thomas**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*

**Plaintiff**

**Heather Petroskey**                            represented by  **J. Nelson Thomas**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*

**Plaintiff**

**Justin Loveland**                              represented by  **J. Nelson Thomas**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*

**Plaintiff**

**Jonathan Wolfe**                               represented by  **J. Nelson Thomas**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*

**Plaintiff**

**Joshua–Paul Johnian**                          represented by  **J. Nelson Thomas**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*

**Plaintiff**

**Micheal Dean Church**                          represented by  **J. Nelson Thomas**
                                                  (See above for address)

*LEAD ATTORNEY*

**Plaintiff**

**Marilee K. Kuehn**
represented by **J. Nelson Thomas**
(See above for address)
*LEAD ATTORNEY*

**Plaintiff**

**Sadie Akee**
represented by **J. Nelson Thomas**
(See above for address)
*LEAD ATTORNEY*

**Plaintiff**

**JoAnne Taylor**
represented by **J. Nelson Thomas**
(See above for address)
*LEAD ATTORNEY*

**Plaintiff**

**David Rice**
represented by **J. Nelson Thomas**
(See above for address)
*LEAD ATTORNEY*

**Plaintiff**

**April L. Stevens**
represented by **J. Nelson Thomas**
(See above for address)
*LEAD ATTORNEY*

**Plaintiff**

**Frances Crystal Stevens**
represented by **Frances Crystal Stevens**
PRO SE

**Plaintiff**

**Vanessa Ordillas**
represented by **J. Nelson Thomas**
(See above for address)
*LEAD ATTORNEY*

**Plaintiff**

**James Perkins**
represented by **J. Nelson Thomas**
(See above for address)
*LEAD ATTORNEY*

**Plaintiff**

**Trevor Corneal**
represented by **J. Nelson Thomas**
(See above for address)
*LEAD ATTORNEY*

**Plaintiff**

**Rosa M. Carlos**
represented by

**J. Nelson Thomas**
(See above for address)
*LEAD ATTORNEY*

**Plaintiff**

**Matthew Wittenbrook**                    represented by  **J. Nelson Thomas**
(See above for address)
*LEAD ATTORNEY*

**Plaintiff**

**Eric Jason Slate**                       represented by  **J. Nelson Thomas**
(See above for address)
*LEAD ATTORNEY*

**Plaintiff**

**Cori Floyd**                             represented by  **J. Nelson Thomas**
(See above for address)
*LEAD ATTORNEY*

**Plaintiff**

**Faith Guerrero**                         represented by  **J. Nelson Thomas**
(See above for address)
*LEAD ATTORNEY*

**Plaintiff**

**Nicole Charles**                         represented by  **J. Nelson Thomas**
(See above for address)
*LEAD ATTORNEY*

**Plaintiff**

**Robert K. Day**                          represented by  **J. Nelson Thomas**
(See above for address)
*LEAD ATTORNEY*

**Plaintiff**

**Tiffany Mitchell**                       represented by  **J. Nelson Thomas**
(See above for address)
*LEAD ATTORNEY*

**Plaintiff**

**Lindsey Wright**                         represented by  **J. Nelson Thomas**
(See above for address)
*LEAD ATTORNEY*

**Plaintiff**

**Kelly Nelson**                           represented by  **J. Nelson Thomas**
(See above for address)
*LEAD ATTORNEY*

**Plaintiff**

**Ebony Rhames**                           represented by **J. Nelson Thomas**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*

**Plaintiff**

**Richard Q. Bondoc**                      represented by **J. Nelson Thomas**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*

**Plaintiff**

**Vicki Reynolds**                         represented by **J. Nelson Thomas**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*

**Plaintiff**

**Chris Shortt**                           represented by **J. Nelson Thomas**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*

**Plaintiff**

**Jonathan Blocksom**                      represented by **J. Nelson Thomas**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*

**Plaintiff**

**Meridith Mimbs**                         represented by **J. Nelson Thomas**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*

**Plaintiff**

**Misty D. Waits**                         represented by **J. Nelson Thomas**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*

**Plaintiff**

**Jeff Taylor**                            represented by **J. Nelson Thomas**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*

**Plaintiff**

**John Rouintree**                         represented by **J. Nelson Thomas**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*

**Plaintiff**

**Andy Kraft**                             represented by **J. Nelson Thomas**
                                                          (See above for address)

*LEAD ATTORNEY*

**Plaintiff**

**Carol Calvillo**                                    represented by **J. Nelson Thomas**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*

**Plaintiff**

**Laura A. Goff**                                    represented by **J. Nelson Thomas**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*

**Plaintiff**

**Tulay Werderman**                                  represented by **J. Nelson Thomas**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*

**Plaintiff**

**Paul Doire**                                       represented by **J. Nelson Thomas**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*

**Plaintiff**

**Leandra Norris**                                   represented by **J. Nelson Thomas**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*

**Plaintiff**

**Charles Mister**                                   represented by **J. Nelson Thomas**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*

**Plaintiff**

**James W. Taylor, Jr.**                             represented by **J. Nelson Thomas**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*

**Plaintiff**

**Jason Stockard**                                   represented by **J. Nelson Thomas**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*

**Plaintiff**

**Sergio Hernandez**                                 represented by **J. Nelson Thomas**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*

**Plaintiff**

**Kurt F. Catalan**

represented by **J. Nelson Thomas**
(See above for address)
*LEAD ATTORNEY*

**Plaintiff**

**Malcolm L. Reed**

represented by **J. Nelson Thomas**
(See above for address)
*LEAD ATTORNEY*

**Plaintiff**

**Cynthia L. Shutler**

represented by **J. Nelson Thomas**
(See above for address)
*LEAD ATTORNEY*

**Plaintiff**

**Lynda J. Tallant**

represented by **J. Nelson Thomas**
(See above for address)
*LEAD ATTORNEY*

**Plaintiff**

**William H. Johnson**

represented by **J. Nelson Thomas**
(See above for address)
*LEAD ATTORNEY*

**Plaintiff**

**Matt Endres**

represented by **J. Nelson Thomas**
(See above for address)
*LEAD ATTORNEY*

**Plaintiff**

**Jennifer Balasi**

represented by **J. Nelson Thomas**
(See above for address)
*LEAD ATTORNEY*

**Plaintiff**

**Mark D. Stephan**

represented by **J. Nelson Thomas**
(See above for address)
*LEAD ATTORNEY*

**Plaintiff**

**Karyn Froman**

represented by **J. Nelson Thomas**
(See above for address)
*LEAD ATTORNEY*

**Plaintiff**

**Deborah C. Gordon**

represented by **J. Nelson Thomas**
(See above for address)
*LEAD ATTORNEY*

**Plaintiff**

**John B. Moyers**                             represented by   **J. Nelson Thomas**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*

**Plaintiff**

**Debra Tate**                                represented by   **J. Nelson Thomas**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*

**Plaintiff**

**Larry Laub**                                represented by   **J. Nelson Thomas**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*

**Plaintiff**

**Edward Yunez**                              represented by   **J. Nelson Thomas**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*

**Plaintiff**

**Gloria Islas**                              represented by   **J. Nelson Thomas**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*

**Plaintiff**

**Cornell Odanga**                            represented by   **J. Nelson Thomas**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*

**Plaintiff**

**Alan Stuart Davidson**                      represented by   **J. Nelson Thomas**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*

**Plaintiff**

**Ansel Eliot Taft**                          represented by   **J. Nelson Thomas**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*

**Plaintiff**

**Bhupinder K. Puri**                         represented by   **J. Nelson Thomas**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*

**Plaintiff**

**Edwin Wells**                               represented by   **J. Nelson Thomas**
                                                               (See above for address)

*LEAD ATTORNEY*

**Plaintiff**

**Derek Bellamy**                          represented by   **J. Nelson Thomas**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*

**Plaintiff**

**Marvin R. Kyburz, Jr.**                  represented by   **J. Nelson Thomas**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*

**Plaintiff**

**Ryan D. Moore**                          represented by   **J. Nelson Thomas**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*

**Plaintiff**

**James M. Henry**                         represented by   **J. Nelson Thomas**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*

V.

**Defendant**

**Airlie Opportunity Master Fund, LTD**    represented by   **Carolyn G. Nussbaum**
                                                           Nixon Peabody LLP
                                                           Clinton Square
                                                           P.O. Box 31051
                                                           Rochester, NY 14603
                                                           (585) 263–1558
                                                           Fax: 866–947–0625
                                                           Email: cnussbaum@nixonpeabody.com
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Richard G. Haddad**
                                                           Otterbourg, Steindler, Houston &Rosen, P.C.
                                                           230 Park Avenue
                                                           New York, NY 10169
                                                           212–661–9100
                                                           Fax: 212–682–6104
                                                           Email: rhaddad@oshr.com
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**ARH Mortgage Inc.**                      represented by   **Carolyn G. Nussbaum**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*

**Richard G. Haddad**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**WDM Fund, L.P.**                    represented by   **Carolyn G. Nussbaum**
(See above for address)
*LEAD ATTORNEY*

**Richard G. Haddad**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Steve Y. Khoshabe**                 represented by   **Jill Liane Yonkers**
Hodgson Russ LLP
The Guaranty Building, Suite 100
140 Pearl Street
Buffalo, NY 14202–4040
(716) 856–4000
Fax: (716) 849–0349
Email: jyonkers@hodgsonruss.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Joseph Khoshabe**                   represented by   **Jill Liane Yonkers**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jason K. Schiffman**                represented by   **Jill Liane Yonkers**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/21/2006 | Ï 1 | COMPLAINT against all defendants ( Filing fee $ 350 receipt number 69632.), filed by Timothy Bowen, Pam Capuano, Zandra Chatman, Robert Cretella, Kevin Crooks, Crystal Cunningham, Karen Dominguez, Steven Escher, Bethany Fazilat, Erik Garcia, Ian Gooldy, Kathleen Janninck, David Keim, Linda Kopman, Fahad Siddiqui, Brian McKenzie, Naomi Mirkin, Ronald Sanchez, Adam Schemer, Alison Waskiewicz, Samnang Waters, Charles Young, Bruce Bergeron.(TO, ) (Entered: 09/21/2006) |
| 09/21/2006 | Ï | Summons Issued as to Airlie Opportunity Master Fund, LTD, ARH Mortgage Inc., WDM Fund, L.P., Steve Y. Khoshabe, Joseph Khoshabe, Jason K. Schiffman. (TO, ) (Entered: 09/21/2006) |
| 12/11/2006 | Ï 2 | SUMMONS Returned Executed by Fahad Siddiqui. Joseph Khoshabe served on 10/30/2006, answer due 11/20/2006. (Lingle, Michael) (Entered: 12/11/2006) |

| 12/11/2006 | ˫ 3 | SUMMONS Returned Executed by Fahad Siddiqui. Steve Y. Khoshabe served on 10/30/2006, answer due 11/20/2006. (Lingle, Michael) (Entered: 12/11/2006) |
|---|---|---|
| 12/11/2006 | ˫ 4 | SUMMONS Returned Executed by Fahad Siddiqui. Jason K. Schiffman served on 10/30/2006, answer due 11/20/2006. (Lingle, Michael) (Entered: 12/11/2006) |
| 12/11/2006 | ˫ 5 | MOTION for Default Judgment as to Steve Y. Khoshabe, Joseph Khoshabe, Jason K. Schiffman by Fahad Siddiqui.(Lingle, Michael) (Entered: 12/11/2006) |
| 12/11/2006 | ˫ 6 | MEMORANDUM IN SUPPORT re 5 MOTION for Default Judgment as to Steve Y. Khoshabe, Joseph Khoshabe, Jason K. Schiffman byFahad Siddiqui. (Lingle, Michael) (Entered: 12/11/2006) |
| 12/11/2006 | ˫ 7 | AFFIRMATION signed by Michael J. Lingle re 5 MOTION for Default Judgment as to Steve Y. Khoshabe, Joseph Khoshabe, Jason K. Schiffman filed by Fahad Siddiqui. (Attachments: # 1 Exhibit A – C)(Lingle, Michael) (Entered: 12/11/2006) |
| 12/11/2006 | ˫ 8 | MOTION to Expedite *Hearing onr Motion for Default and Default Judgment* by Fahad Siddiqui.(Lingle, Michael) (Entered: 12/11/2006) |
| 12/11/2006 | ˫ 9 | MEMORANDUM IN SUPPORT re 8 MOTION to Expedite *Hearing onr Motion for Default and Default Judgment* byFahad Siddiqui. (Lingle, Michael) (Entered: 12/11/2006) |
| 12/14/2006 | ˫ 10 | ORDER granting in part plaintiff's 8 Motion to Expedite,and granting in part and denying in part plaintiff's 5 Motion for Default Judgment. Once the Clerk of the Court enters default, plaintiffs may refile their motion for default judgment in accordance with Fed. R. Civ. P. 55(b) and Local R. Civ. P. 55(b).The Clerk of the Court is hereby directed to enter default pursuant to Fed. R. Civ. P. 55(a) against defendants Steve Y. Khoshabe, Joseph Khoshabe, and Jason K. Schiffman. ****CLERK TO FOLLOWUP . Signed by Judge David G. Larimer on 12/14/06. (EMA, ) (Entered: 12/14/2006) |
| 12/19/2006 | ˫ 11 | Clerk's ENTRY OF DEFAULT as to Steve Y. Khoshabe, Joseph Khoshabe, Jason K. Schiffman (TO, ) (Entered: 12/19/2006) |
| 12/27/2006 | ˫ 12 | STIPULATION AND ORDER vacating default judgment against defendants Steve Y. Khoshabe, Joseph Khoshabe and Jason Schiffman. Signed by Hon. David G. Larimer on 12/27/06. (TO, ) (Entered: 12/28/2006) |
| 01/03/2007 | ˫ 13 | MOTION to Compel *Arbitration and Stay Proceeding or*, MOTION to Dismiss *Summons and Complaint* by Airlie Opportunity Master Fund, LTD, ARH Mortgage Inc., WDM Fund, L.P.. (Attachments: # 1 Declaration of Brendan Driscoll# 2 Exhibit A to Driscoll Declaration# 3 Declaration of Richard Haddad# 4 Exhibit A to Haddad Declaration# 5 Exhibit B to Haddad Declaration# 6 Exhibit C to Haddad Declaration# 7 Exhibit D# 8 Memorandum in Support # 9 Certificate of Service)(Nussbaum, Carolyn) (Entered: 01/03/2007) |
| 01/03/2007 | ˫ 14 | Corporate Disclosure Statement by Airlie Opportunity Master Fund, LTD, ARH Mortgage Inc., WDM Fund, L.P.. (Nussbaum, Carolyn) (Entered: 01/03/2007) |
| 01/09/2007 | ˫ 15 | NOTICE of Appearance by Carolyn G. Nussbaum on behalf of Airlie Opportunity Master Fund, LTD, ARH Mortgage Inc., WDM Fund, L.P. (Nussbaum, Carolyn) (Entered: 01/09/2007) |
| 01/10/2007 | ˫ | Summons Issued as to Airlie Opportunity Master Fund, LTD. (Airlie Opportunity Fund, LP) (TO, ) (Entered: 01/10/2007) |
| 01/11/2007 | ˫ 16 | ORDER re 13 MOTION to Compel Arbitration and Stay Proceeding or to Dismiss Summons and Complaint filed by Airlie Opportunity Master Fund, et al. Responses due by 2/12/2007. Signed by Hon. David G. Larimer on 1/11/07. (PR, ) (Entered: 01/11/2007) |

| 01/12/2007 | Ï 17 | MOTION for Default Judgment as to Steve Y. Khoshabe, Joseph Khoshabe, Jason K. Schiffman by Fahad Siddiqui.(Lingle, Michael) (Entered: 01/12/2007) |
|---|---|---|
| 01/12/2007 | Ï 18 | MEMORANDUM IN SUPPORT re 17 MOTION for Default Judgment as to Steve Y. Khoshabe, Joseph Khoshabe, Jason K. Schiffman byFahad Siddiqui. (Lingle, Michael) (Entered: 01/12/2007) |
| 01/12/2007 | Ï 19 | AFFIRMATION signed by Michael J. Lingle re 17 MOTION for Default Judgment as to Steve Y. Khoshabe, Joseph Khoshabe, Jason K. Schiffman filed by Fahad Siddiqui. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Lingle, Michael) (Entered: 01/12/2007) |
| 01/12/2007 | Ï 20 | MOTION to Expedite *Hearing on Plaintiffs' Motion for Default Judgment* by Fahad Siddiqui.(Lingle, Michael) (Entered: 01/12/2007) |
| 01/12/2007 | Ï 21 | MEMORANDUM IN SUPPORT re 20 MOTION to Expedite *Hearing on Plaintiffs' Motion for Default Judgment* byFahad Siddiqui. (Lingle, Michael) (Entered: 01/12/2007) |
| 01/13/2007 | Ï 22 | CERTIFICATE OF SERVICE by Fahad Siddiqui re 19 Affirmation, 18 Memorandum in Support, 20 MOTION to Expedite *Hearing on Plaintiffs' Motion for Default Judgment*, 17 MOTION for Default Judgment as to Steve Y. Khoshabe, Joseph Khoshabe, Jason K. Schiffman, 21 Memorandum in Support (Lingle, Michael) (Entered: 01/13/2007) |
| 01/17/2007 | Ï 23 | ORDER denying plaintiff's 20 Motion to Expedite motion for a default judgment. Signed by Judge David G. Larimer on 1/16/07. (EMA, ) (Entered: 01/17/2007) |
| 01/23/2007 | Ï 24 | MOTION to Dismiss by Steve Y. Khoshabe, Joseph Khoshabe, Jason K. Schiffman. (Attachments: # 1 Memorandum in Support # 2 Exhibit A to the Memorandum of Law# 3 Windholz Declaration# 4 Exhibit A–C to the Windholz Declaration# 5 Joseph Khoshabe Declaration# 6 Steve Khoshabe Declaration# 7 Schiffman Declaration)(Yonkers, Jill) (Entered: 01/23/2007) |
| 01/23/2007 | Ï 25 | CERTIFICATE OF SERVICE by Steve Y. Khoshabe, Joseph Khoshabe, Jason K. Schiffman re 24 MOTION to Dismiss (Yonkers, Jill) (Entered: 01/23/2007) |
| 01/24/2007 | Ï 26 | ORDER re 24 MOTION to Dismiss filed by Steve Y. Khoshabe, et al. Responses due by 2/26/2007. Signed by Hon. David G. Larimer on 1/24/07. (PR, ) (Entered: 01/24/2007) |
| 02/12/2007 | Ï 27 | AFFIRMATION signed by Michael J. Lingle re 13 MOTION to Compel *Arbitration and Stay Proceeding or* MOTION to Dismiss *Summons and Complaint* MOTION to Dismiss *Summons and Complaint* MOTION to Dismiss *Summons and Complaint* filed by Fahad Siddiqui, Fahad Siddiqui filed by Fahad Siddiqui, Fahad Siddiqui. (Lingle, Michael) (Entered: 02/12/2007) |
| 02/12/2007 | Ï 28 | CERTIFICATE OF SERVICE by Fahad Siddiqui re 27 Affirmation, (Glennon, Kimberly) (Entered: 02/12/2007) |
| 02/16/2007 | Ï 29 | DECLARATION signed by Diane Windholz re 24 MOTION to Dismiss filed by Steve Y. Khoshabe, Joseph Khoshabe, Jason K. Schiffman, Steve Y. Khoshabe, Joseph Khoshabe, Jason K. Schiffman filed by Steve Y. Khoshabe, Joseph Khoshabe, Jason K. Schiffman, Steve Y. Khoshabe, Joseph Khoshabe, Jason K. Schiffman. (Attachments: # 1 Certificate of Service)(Yonkers, Jill) (Entered: 02/16/2007) |
| 02/16/2007 | Ï 30 | REPLY/RESPONSE to re 13 MOTION to Compel *Arbitration and Stay Proceeding or* MOTION to Dismiss *Summons and Complaint* MOTION to Dismiss *Summons and Complaint* MOTION to Dismiss *Summons and Complaint Reply Declaration Of Richard G.Haddad In Further Support Of Motion To Dismiss* filed by Airlie Opportunity Master Fund, LTD, ARH Mortgage Inc., WDM Fund, L.P.. (Haddad, Richard) (Entered: 02/16/2007) |
| 02/20/2007 | Ï 31 | |

| | | CERTIFICATE OF SERVICE by Airlie Opportunity Master Fund, LTD, ARH Mortgage Inc., WDM Fund, L.P. re 30 Reply/Response, (Haddad, Richard) (Entered: 02/20/2007) |
|---|---|---|
| 02/21/2007 | Ï 32 | ORDER extending time 24 MOTION to Dismiss filed by Steve Y. Khoshabe,, Joseph Khoshabe,, Jason K. Schiffman, Responses due by 5/5/2007. Signed by Hon. David G. Larimer on 2/21/07. (TO, ) (Entered: 02/23/2007) |
| 03/05/2007 | Ï 33 | Cross MOTION to Compel *Arbitration* by Fahad Siddiqui.(Lingle, Michael) (Entered: 03/05/2007) |
| 03/05/2007 | Ï 34 | MEMORANDUM IN SUPPORT re 33 Cross MOTION to Compel *Arbitration and in Opposition to Individual Defendants' Motion to Dismiss* byFahad Siddiqui. (Lingle, Michael) (Entered: 03/05/2007) |
| 03/05/2007 | Ï 35 | AFFIRMATION signed by Michael J. Lingle re 33 Cross MOTION to Compel *Arbitration*, 24 MOTION to Dismiss filed by Fahad Siddiqui. (Attachments: # 1 Exhibit 1 – 4)(Lingle, Michael) (Entered: 03/05/2007) |
| 03/05/2007 | Ï 36 | CERTIFICATE OF SERVICE by Fahad Siddiqui re 33 Cross MOTION to Compel *Arbitration*, 35 Affirmation, 34 Memorandum in Support (Lingle, Michael) (Entered: 03/05/2007) |
| 03/08/2007 | Ï 37 | ORDER extending time: re 24 MOTION to Dismiss filed by Steve Y. Khoshabe,, Joseph Khoshabe,, Jason K. Schiffman, Responses due by 3/5/2007 Replies due by 3/22/2007.. Signed by Hon. David G. Larimer on 3/7/07. (TO, ) (Entered: 03/08/2007) |
| 03/22/2007 | Ï 38 | MEMORANDUM in Support re 24 MOTION to Dismiss *the Complaint for Lack of Personal Jurisdiction and in Opposition to Plaintiffs' Cross Motion to Compel Arbitration* filed by Steve Y. Khoshabe, Joseph Khoshabe, Jason K. Schiffman. (Attachments: # 1 Exhibit A# 2 Certificate of Service)(Yonkers, Jill) (Entered: 03/22/2007) |
| 03/23/2007 | Ï | E–Filing Notification: User name and signature do not match, document to be re–filed for username and signature (user name and password serve as the signature on all electronic documents, see Administrative Procedures Guide pages 6 and 7 g. iii. re: signatures) 38 MEMORANDUM in Support re 24 MOTION to Dismiss *the Complaint for Lack of Personal Jurisdiction and in Opposition to Plaintiffs' Cross Motion to Compel Arbitration* filed by Steve Y. Khoshabe, Joseph Khoshabe, Jason K. Schiffman. (Attachments: # Exhibit A# Certificate of Service)(Yonkers, Jill) (TO, ) (Entered: 03/23/2007) |
| 03/23/2007 | Ï 39 | MEMORANDUM in Support re 24 MOTION to Dismiss *the Complaint for Lack of Personal Jurisdiction and in Opposition to Plaintiffs' Cross Motion to Compel Arbitration* filed by Steve Y. Khoshabe, Joseph Khoshabe, Jason K. Schiffman. (Attachments: # 1 Exhibit A# 2 Certificate of Service)(Yonkers, Jill) (Entered: 03/23/2007) |
| 07/18/2007 | Ï 40 | TEXT ORDER re 24 MOTION to Dismiss filed by Steve Y. Khoshabe, et al. Motion Hearing set for 8/20/2007 10:30 AM before Hon. David G. Larimer. Signed by Hon. David G. Larimer on 7/18/07. (PR) (Entered: 07/18/2007) |
| 08/03/2007 | Ï 41 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Fahad Siddiqui, Taufik Abuchaibe, Kristin Arena, Crystal Ault, Preston Bass, Tracie Beck, David Becker, Jeff Beitzel, Garry Blackburn, Ty Blanton, Sean Bolger, Timothy Bowen, Scott Brengi, Paul Brown, Paul Burke, Louie Cadena, Pam Capuano, Gabriel Caraway, Chris Carroll, Gary Cass, Frank Cervantes, Erik Chadwick, Zandra Chatman, Michael Dean Chwch, Kyle Cincere, Wilma Clopton, Patrick Colomer, Steve Cook, Joelle Cox, Timothy Craft, Kevin Crooks, Bob Cross, Edna Cross, Crystal Cunningham, Dyann Deckard, Debra DeMicco, Victoria Devereaux, Karen Dominguez, Mike Downing, Wayne Eaton, Sylvano Eibeck, Steven Escher, Bethany Fazilat, Inez Figeroa, Scott Fikes, Matthew Fischi, Lisa Foote, Bradly Foss, Paula Frederick, Johnny Fu, Dawn Gaffney, Erik Garcia, Deborah Garis, Mario Gomez, Ian Gooldy, Emily Gray, |

Matt Hawkins, Grace Heaney, David Helmic, Diann Hendrix, Justin Homer, Bruce Jason Hornsby, Jeremy Hundley, James Hurst, Jerome Huser, Floyd James, Kathleen Jannick, Michael Johns, Allison Jones, James E. Jones, Jr., David Keim, Matt Keiper, Michael Kenneavy, Linda Kopman, James Kurras, Monica Lara, John Leffingwell, Christopher Leggett, Reed Letson, Rosario Luisi, Timothy Maffett, James Martin, William Martin, Salvatore Maurizio, Michael McGhee, Brian McKenzie, Robert Meadows, Jennova Minenna, Naomi Mirkin, Soroush Moghadam, Tina Moline, Tony Morriss, Eunice Morton, Kevin Naus, Sandy Opperman, Nicholas Presutti, David Renwick, Greg Riley, Joan Rista Chelsey, Belinda Rupertis, Thomas Sampson, Ronald Sanchez, Adam Schemer, Robert Sergent, Tina Shirley, Kristy Shreeve, John Simelton, James Spellor, Melissa Spitzer, Michael Stout, Matt Strumpf, David Swanson, Maureen Tinley, Trina Trumbull, Nathan Vance, James VanWagner, Alison Waskiewicz, Samnang Waters, Billy Watkins, Dale Welsh, Mallicia Welz, Joi Williams, JoEllen Windes, Charles Young, Frank Zaccaria, Matthew Zarth, Sean Kelley. (Attachments: # 1 Supplement Consent Forms# 2 Supplement Consent Forms# 3 Supplement Consent Forms# 4 Supplement Consent Forms# 5 Supplement Consent Forms# 6 Supplement Consent Forms# 7 Supplement Consent Forms)(Thomas, J.) (Entered: 08/03/2007)

| | | |
|---|---|---|
| 08/03/2007 | Ï 42 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Erica Fort. (Thomas, J.) (Entered: 08/03/2007) |
| 08/07/2007 | Ï 43 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Christopher E. Price. (Thomas, J.) (Entered: 08/07/2007) |
| 08/08/2007 | Ï 44 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Bradley Williford. (Thomas, J.) (Entered: 08/08/2007) |
| 08/08/2007 | Ï 45 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of John Kuwalik. (Thomas, J.) (Entered: 08/08/2007) |
| 08/09/2007 | Ï | E–Filing Notification: 44 CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Bradley Williford. (Thomas, J.) – incorrect consent attached, name in entry different than attachment (TO) (Entered: 08/09/2007) |
| 08/10/2007 | Ï 46 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Bradley Williford. (Thomas, J.) (Entered: 08/10/2007) |
| 08/17/2007 | Ï 47 | MOTION to Compel *Arbitration and Payment of Fees* by Fahad Siddiqui.(Lingle, Michael) (Entered: 08/17/2007) |
| 08/17/2007 | Ï 48 | MEMORANDUM IN SUPPORT re 47 MOTION to Compel *Arbitration and Payment of Fees* byFahad Siddiqui. (Lingle, Michael) (Entered: 08/17/2007) |
| 08/17/2007 | Ï 49 | AFFIRMATION signed by Michael J. Lingle re 47 MOTION to Compel *Arbitration and Payment of Fees* filed by Fahad Siddiqui. (Attachments: # 1 Exhibit A – F)(Lingle, Michael) (Entered: 08/17/2007) |
| 08/17/2007 | Ï 50 | CERTIFICATE OF SERVICE by Fahad Siddiqui re 49 Affirmation, 48 Memorandum in Support, 47 MOTION to Compel *Arbitration and Payment of Fees* (Lingle, Michael) (Entered: 08/17/2007) |
| 08/20/2007 | Ï 51 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Leslee Berch. (Thomas, J.) (Entered: 08/20/2007) |
| 08/20/2007 | Ï 52 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Maureen Tinley. (Thomas, J.) Modified on 8/22/2007 (O, T). (Entered: 08/20/2007) |
| 08/21/2007 | Ï | E–Filing Notification: 52 CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Jeffrey Parker. (Thomas, J.) – attachment incorrect, consent by Maureen |

| | | |
|---|---|---|
| | | Tinley, Modified text to read Maureen Tinley (O, T). (Entered: 08/21/2007) |
| 08/21/2007 | Ĭ 53 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Jeffrey Parker. (Thomas, J.) (Entered: 08/21/2007) |
| 08/21/2007 | Ĭ 54 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Jason Warren. (Thomas, J.) (Entered: 08/21/2007) |
| 08/22/2007 | Ĭ 55 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Tiffany Meier. (Thomas, J.) (Entered: 08/22/2007) |
| 08/27/2007 | Ĭ 56 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of David Franklin. (Thomas, J.) (Entered: 08/27/2007) |
| 08/27/2007 | Ĭ 57 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Samuel Jackson. (Thomas, J.) (Entered: 08/27/2007) |
| 08/27/2007 | Ĭ 58 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Maria Jorge. (Thomas, J.) (Entered: 08/27/2007) |
| 08/28/2007 | Ĭ | Set/Reset Deadlines as to 13 MOTION to Compel *Arbitration and Stay Proceeding or* MOTION to Dismiss *Summons and Complaint*, 17 MOTION for Default Judgment as to Steve Y. Khoshabe, Joseph Khoshabe, Jason K. Schiffman, 24 MOTION to Dismiss, 33 Cross MOTION to Compel *Arbitration*. Motion Hearing set for 10/9/2007 02:00 PM before Hon. David G. Larimer. (PR) (Entered: 08/28/2007) |
| 09/04/2007 | Ĭ 59 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Bret Giuliani. (Thomas, J.) (Entered: 09/04/2007) |
| 09/04/2007 | Ĭ 60 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Thelma Rubino. (Thomas, J.) (Entered: 09/04/2007) |
| 09/04/2007 | Ĭ 61 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Timmy Copeland. (Thomas, J.) (Entered: 09/04/2007) |
| 09/04/2007 | Ĭ 62 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Rick Smith. (Thomas, J.) (Entered: 09/04/2007) |
| 09/12/2007 | Ĭ 63 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of James Dail. (Thomas, J.) (Entered: 09/12/2007) |
| 09/19/2007 | Ĭ 64 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Nicole Fernandez. (Thomas, J.) (Entered: 09/19/2007) |
| 09/25/2007 | Ĭ 65 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Dora Robles. (Thomas, J.) (Entered: 09/25/2007) |
| 09/26/2007 | Ĭ 66 | TEXT ORDER re 47 MOTION to Compel *Arbitration and Payment of Fees* filed by Fahad Siddiqui. The Court will hear oral argument on this motion on the same date that the other motions are scheduled to be heard –– 10/9/07 at 2:00 p.m. If the parties wish to file papers regarding this motion 47 , responses due by 10/1/2007; replies due by 10/4/2007. Signed by Hon. David G. Larimer on 9/26/07. (PR) (Entered: 09/26/2007) |
| 09/26/2007 | Ĭ 67 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Darryl McElroy. (Thomas, J.) (Entered: 09/26/2007) |
| 10/01/2007 | Ĭ 68 | MEMORANDUM in Opposition re 47 MOTION to Compel *Arbitration and Payment of Fees* filed by Airlie Opportunity Master Fund, LTD, ARH Mortgage Inc., WDM Fund, L.P.. (Attachments: # 1 Certificate of Service)(Nussbaum, Carolyn) (Entered: 10/01/2007) |

| 10/04/2007 | Ï 69 | REPLY to Response to Motion re 47 MOTION to Compel *Arbitration and Payment of Fees* filed by Fahad Siddiqui. (Thomas, J.) (Entered: 10/04/2007) |
|---|---|---|
| 10/04/2007 | Ï 70 | AFFIRMATION signed by J. Nelson Thomas re 69 Reply to Response to Motion filed by Fahad Siddiqui. (Thomas, J.) (Entered: 10/04/2007) |
| 10/04/2007 | Ï 71 | CERTIFICATE OF SERVICE by Fahad Siddiqui re 69 Reply to Response to Motion, 70 Affirmation (Thomas, J.) (Entered: 10/04/2007) |
| 10/09/2007 | Ï 72 | Minute Entry for proceedings held before Judge David G. Larimer : The Court heard argument on the pending motions 13 , 17 , 24 , 33 and 47 . The Court instructs the parties to work out whether or not these motions should be before the Court or in arbitration. The parties are directed to inform the Court on or before November 9, 2007 as what conclusion they have reached. (Court Reporter CM.) (PR) (Entered: 10/12/2007) |
| 10/30/2007 | Ï 73 | TRANSCRIPT of Proceedings (Motion Hearing) held on October 9, 2007 before Judge David G. Larimer. Court Reporter: Christi A. Macri. 27 Pages. (SMO) (Entered: 10/30/2007) |
| 11/05/2007 | Ï 74 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Patrick Rice. (Thomas, J.) (Entered: 11/05/2007) |
| 11/05/2007 | Ï 75 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Russell Smith. (Thomas, J.) (Entered: 11/05/2007) |
| 11/07/2007 | Ï 76 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Jessie Hennington. (Thomas, J.) (Entered: 11/07/2007) |
| 11/07/2007 | Ï 77 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Chris Schoenthal. (Thomas, J.) (Entered: 11/07/2007) |
| 11/07/2007 | Ï 78 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Janelle L. Schwenk. (Thomas, J.) (Entered: 11/07/2007) |
| 11/07/2007 | Ï 79 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Frank L. Farley, Sr. (Thomas, J.) (Entered: 11/07/2007) |
| 11/07/2007 | Ï 80 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Jimmy Peters. (Thomas, J.) (Entered: 11/07/2007) |
| 11/07/2007 | Ï 81 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Annette Reid. (Thomas, J.) (Entered: 11/07/2007) |
| 11/07/2007 | Ï 82 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of 'Isa Akbar. (Thomas, J.) (Entered: 11/07/2007) |
| 11/09/2007 | Ï 83 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Nilda Ruiz. (Thomas, J.) (Entered: 11/09/2007) |
| 11/09/2007 | Ï 84 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Karuna Agrawal. (Thomas, J.) (Entered: 11/09/2007) |
| 11/09/2007 | Ï 85 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Kenneth Moromi. (Thomas, J.) (Entered: 11/09/2007) |
| 11/09/2007 | Ï 86 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Waajid M. Muhammad. (Thomas, J.) (Entered: 11/09/2007) |
| 11/09/2007 | Ï 87 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Bridget Respress. (Thomas, J.) (Entered: 11/09/2007) |

| 11/13/2007 | Ï 88 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Jennifer L. Belden. (Thomas, J.) (Entered: 11/13/2007) |
| 11/13/2007 | Ï 89 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Lee Dungey. (Thomas, J.) (Entered: 11/13/2007) |
| 11/13/2007 | Ï 90 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of David R. Simmons. (Thomas, J.) (Entered: 11/13/2007) |
| 11/13/2007 | Ï 91 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Elias Benudiz. (Thomas, J.) (Entered: 11/13/2007) |
| 11/13/2007 | Ï 92 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Angie Ramdeholl. (Thomas, J.) (Entered: 11/13/2007) |
| 11/13/2007 | Ï 93 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Tarsha L. Holley. (Thomas, J.) (Entered: 11/13/2007) |
| 11/13/2007 | Ï 94 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Ronald Weissenhofer. (Thomas, J.) (Entered: 11/13/2007) |
| 11/13/2007 | Ï 95 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Robert L. Rotunno. (Thomas, J.) (Entered: 11/13/2007) |
| 11/13/2007 | Ï 96 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Maggi Corrigan. (Thomas, J.) (Entered: 11/13/2007) |
| 11/13/2007 | Ï 97 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Takiyah Givens. (Thomas, J.) (Entered: 11/13/2007) |
| 11/14/2007 | Ï 98 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Rigoberto Contreras. (Thomas, J.) (Entered: 11/14/2007) |
| 11/14/2007 | Ï 99 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Tim Hill. (Thomas, J.) (Entered: 11/14/2007) |
| 11/14/2007 | Ï 100 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Sonia Rios. (Thomas, J.) (Entered: 11/14/2007) |
| 11/14/2007 | Ï 101 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Carlena Tummolillo. (Thomas, J.) (Entered: 11/14/2007) |
| 11/14/2007 | Ï 102 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Yajaira E. Uriostegui. (Thomas, J.) (Entered: 11/14/2007) |
| 11/14/2007 | Ï 103 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Helen Uriostegui. (Thomas, J.) (Entered: 11/14/2007) |
| 11/16/2007 | Ï 104 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Oscar Mejorado. (Thomas, J.) (Entered: 11/16/2007) |
| 11/16/2007 | Ï 105 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Dayana Jones. (Thomas, J.) (Entered: 11/16/2007) |
| 11/19/2007 | Ï 106 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Charles Zrinzo. (Thomas, J.) (Entered: 11/19/2007) |
| 11/19/2007 | Ï 107 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Joseph M. Ellis. (Thomas, J.) (Entered: 11/19/2007) |

| 11/19/2007 | ï108 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Van Coney. (Thomas, J.) (Entered: 11/19/2007) |
|---|---|---|
| 11/21/2007 | ï109 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Santiago L. Cleofas. (Thomas, J.) (Entered: 11/21/2007) |
| 11/21/2007 | ï110 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Rosetta L. Hill. (Thomas, J.) (Entered: 11/21/2007) |
| 11/21/2007 | ï111 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Nancy Alsteen. (Thomas, J.) (Entered: 11/21/2007) |
| 11/21/2007 | ï112 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Steven Talia. (Thomas, J.) (Entered: 11/21/2007) |
| 11/26/2007 | ï113 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Kelley Sundquist. (Thomas, J.) (Entered: 11/26/2007) |
| 11/27/2007 | ï114 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Heather Petroskey. (Thomas, J.) (Entered: 11/27/2007) |
| 11/29/2007 | ï115 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Justin Loveland. (Thomas, J.) (Entered: 11/29/2007) |
| 11/30/2007 | ï116 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Jonathan Wolfe. (Thomas, J.) (Entered: 11/30/2007) |
| 11/30/2007 | ï117 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Joshua–Paul Johnian. (Thomas, J.) (Entered: 11/30/2007) |
| 11/30/2007 | ï118 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Micheal Dean Church. (Thomas, J.) (Entered: 11/30/2007) |
| 11/30/2007 | ï119 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Marilee K. Kuehn. (Thomas, J.) (Entered: 11/30/2007) |
| 12/03/2007 | ï120 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Sadie Akee. (Thomas, J.) (Entered: 12/03/2007) |
| 12/04/2007 | ï121 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of JoAnne Taylor. (Thomas, J.) (Entered: 12/04/2007) |
| 12/04/2007 | ï122 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of David Rice. (Thomas, J.) (Entered: 12/04/2007) |
| 12/04/2007 | ï123 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of April L. Stevens. (Thomas, J.) (Entered: 12/04/2007) |
| 12/04/2007 | ï124 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Frances Crystal Stevens. (Thomas, J.) (Entered: 12/04/2007) |
| 12/04/2007 | ï125 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Vanessa Ordillas. (Thomas, J.) (Entered: 12/04/2007) |
| 12/04/2007 | ï126 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of James Perkins. (Thomas, J.) (Entered: 12/04/2007) |
| 12/04/2007 | ï127 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Trevor Corneal. (Thomas, J.) (Entered: 12/04/2007) |

| | | |
|---|---|---|
| 12/04/2007 | Ï 128 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Rosa M. Carlos. (Thomas, J.) (Entered: 12/04/2007) |
| 12/04/2007 | Ï 129 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Matthew Wittenbrook. (Thomas, J.) (Entered: 12/04/2007) |
| 12/04/2007 | Ï 130 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Eric Jason Slate. (Thomas, J.) (Entered: 12/04/2007) |
| 12/04/2007 | Ï 131 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Cori Floyd. (Thomas, J.) (Entered: 12/04/2007) |
| 12/04/2007 | Ï 132 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Faith Guerrero. (Thomas, J.) (Entered: 12/04/2007) |
| 12/06/2007 | Ï 133 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Nicole Charles. (Thomas, J.) (Entered: 12/06/2007) |
| 12/07/2007 | Ï 134 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Robert K. Day. (Thomas, J.) (Entered: 12/07/2007) |
| 12/10/2007 | Ï 135 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Tiffany Mitchell. (Thomas, J.) (Entered: 12/10/2007) |
| 12/10/2007 | Ï 136 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Lindsey Wright. (Thomas, J.) (Entered: 12/10/2007) |
| 12/10/2007 | Ï 137 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Kelly Nelson. (Thomas, J.) (Entered: 12/10/2007) |
| 12/11/2007 | Ï 138 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Ebony Rhames. (Thomas, J.) (Entered: 12/11/2007) |
| 12/11/2007 | Ï 139 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Richard Q. Bondoc. (Thomas, J.) (Entered: 12/11/2007) |
| 12/11/2007 | Ï 140 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Vicki Reynolds. (Thomas, J.) (Entered: 12/11/2007) |
| 12/11/2007 | Ï 141 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Chris Shortt. (Thomas, J.) (Entered: 12/11/2007) |
| 12/11/2007 | Ï 142 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Jonathan Blocksom. (Thomas, J.) (Entered: 12/11/2007) |
| 12/11/2007 | Ï 143 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Meridith Mimbs. (Thomas, J.) (Entered: 12/11/2007) |
| 12/17/2007 | Ï 144 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Misty D. Waits. (Thomas, J.) (Entered: 12/17/2007) |
| 12/17/2007 | Ï 145 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Jeff Taylor. (Thomas, J.) (Entered: 12/17/2007) |
| 12/17/2007 | Ï 146 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of John Rouintree. (Thomas, J.) (Entered: 12/17/2007) |
| 12/18/2007 | Ï 147 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Andy Kraft. (Thomas, J.) (Entered: 12/18/2007) |

| 12/19/2007 | Ï 148 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Carol Calvillo. (Thomas, J.) (Entered: 12/19/2007) |
|---|---|---|
| 12/21/2007 | Ï 149 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Laura A. Goff. (Thomas, J.) (Entered: 12/21/2007) |
| 12/26/2007 | Ï 150 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Tulay Werderman. (Thomas, J.) (Entered: 12/26/2007) |
| 12/26/2007 | Ï 151 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Paul Doire. (Thomas, J.) (Entered: 12/26/2007) |
| 12/27/2007 | Ï 152 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Leandra Norris. (Thomas, J.) (Entered: 12/27/2007) |
| 01/02/2008 | Ï 153 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Charles Mister. (Thomas, J.) (Entered: 01/02/2008) |
| 01/08/2008 | Ï 154 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of James W. Taylor, Jr. (Thomas, J.) (Entered: 01/08/2008) |
| 01/09/2008 | Ï 155 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Jason Stockard. (Thomas, J.) (Entered: 01/09/2008) |
| 01/16/2008 | Ï 156 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Sergio Hernandez. (Thomas, J.) (Entered: 01/16/2008) |
| 01/16/2008 | Ï 157 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Kurt F. Catalan. (Thomas, J.) (Entered: 01/16/2008) |
| 01/23/2008 | Ï 158 | MOTION to Change Venue by Fahad Siddiqui.(Rook, Sara) (Entered: 01/23/2008) |
| 01/23/2008 | Ï 159 | MEMORANDUM IN SUPPORT re 158 MOTION to Change Venue byFahad Siddiqui. (Rook, Sara) (Entered: 01/23/2008) |
| 01/23/2008 | Ï 160 | AFFIRMATION signed by Sara E. Rook re 158 MOTION to Change Venue filed by Fahad Siddiqui. (Attachments: # 1 Exhibit A–C)(Rook, Sara) (Entered: 01/23/2008) |
| 01/23/2008 | Ï 161 | CERTIFICATE OF SERVICE by Fahad Siddiqui re 160 Affirmation, 158 MOTION to Change Venue, 159 Memorandum in Support (Rook, Sara) (Entered: 01/23/2008) |
| 01/24/2008 | Ï 162 | ORDER re 158 MOTION to Change Venue filed by Fahad Siddiqui. Responses due by 2/25/2008. Signed by Hon. David G. Larimer on 1/24/08. (PR) (Entered: 01/24/2008) |
| 01/29/2008 | Ï 163 | SUGGESTION OF BANKRUPTCY Upon the Record as to ARH Mortgage, Inc. *by letter to Judge Larimer from Diane Windholz* by Steve Y. Khoshabe, Joseph Khoshabe, Jason K. Schiffman. (Attachments: # 1 Certificate of Service)(Yonkers, Jill) (Entered: 01/29/2008) |
| 01/30/2008 | Ï 164 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Malcolm L. Reed. (Thomas, J.) (Entered: 01/30/2008) |
| 02/05/2008 | Ï 165 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Cynthia L. Shutler. (Thomas, J.) (Entered: 02/05/2008) |
| 02/08/2008 | Ï 166 | ORDER denying defendants' request that this case be stayed as to all defendants. Case is stayed only to defendant ARH Mortgage, Inc. because of its petition in bankruptcy. Signed by Hon. David G. Larimer on 2/8/08. (EMA) (Entered: 02/08/2008) |
| 03/10/2008 | Ï 167 | |

| | | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Lynda J. Tallant. (Thomas, J.) (Entered: 03/10/2008) |
|---|---|---|
| 03/19/2008 | Ï 168 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of William H. Johnson. (Thomas, J.) (Entered: 03/19/2008) |
| 03/24/2008 | Ï 169 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Matt Endres. (Thomas, J.) (Entered: 03/24/2008) |
| 03/25/2008 | Ï 170 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Jennifer Balasi. (Thomas, J.) (Entered: 03/25/2008) |
| 03/26/2008 | Ï 171 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Mark D. Stephan. (Thomas, J.) (Entered: 03/26/2008) |
| 03/26/2008 | Ï 172 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Karyn Froman. (Thomas, J.) (Entered: 03/26/2008) |
| 03/26/2008 | Ï 173 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Deborah C. Gordon. (Thomas, J.) (Entered: 03/26/2008) |
| 03/26/2008 | Ï 174 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of John B. Moyers. (Thomas, J.) (Entered: 03/26/2008) |
| 03/26/2008 | Ï 175 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Debra Tate. (Thomas, J.) (Entered: 03/26/2008) |
| 03/28/2008 | Ï 176 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Larry Laub. (Thomas, J.) (Entered: 03/28/2008) |
| 03/28/2008 | Ï 177 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Edward Yunez. (Thomas, J.) (Entered: 03/28/2008) |
| 03/28/2008 | Ï 178 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Gloria Islas. (Thomas, J.) (Entered: 03/28/2008) |
| 03/28/2008 | Ï 179 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Cornell Odanga. (Thomas, J.) (Entered: 03/28/2008) |
| 03/31/2008 | Ï 180 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Alan Stuart Davidson. (Thomas, J.) (Entered: 03/31/2008) |
| 03/31/2008 | Ï 181 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Ansel Eliot Taft. (Thomas, J.) (Entered: 03/31/2008) |
| 03/31/2008 | Ï 182 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Bhupinder K. Puri. (Thomas, J.) (Entered: 03/31/2008) |
| 04/03/2008 | Ï 183 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Edwin Wells. (Thomas, J.) (Entered: 04/03/2008) |
| 04/03/2008 | Ï 184 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Derek Bellamy. (Thomas, J.) (Entered: 04/03/2008) |
| 04/04/2008 | Ï 185 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Marvin R. Kyburz, Jr. (Thomas, J.) (Entered: 04/04/2008) |
| 04/07/2008 | Ï 186 | ORDER granting plaintiff's 158 Motion to Change Venue. The action against the three individual defendants is transferred to the United States District Court for the Northern District |

| | | |
|---|---|---|
| | | of Illinois pursuant to 28 U.S.C. Sec. 1404. ***CLERK TO FOLLOW UP. Signed by Hon. David G. Larimer on 4/7/08. (EMA) (Entered: 04/07/2008) |
| 04/07/2008 | Ï 187 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of Ryan D. Moore. (Thomas, J.) (Entered: 04/07/2008) |
| 04/07/2008 | Ï 188 | CONSENT TO BECOME A PARTY PLAINTIFF by J. Nelson Thomas on behalf of James M. Henry. (Thomas, J.) (Entered: 04/07/2008) |