## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08-cv-2327 |

Fahad Siddiqui, et al.,          Plaintiff,

v.

Steve Y. Khoshabe, Joseph Khoshabe,
and Jason K. Schiffman,          Defendant.

## AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants, Steve Y. Khoshabe, Joseph Khoshabe and Jason K. Schiffman.

| |
|---|
| NAME (Type or print)<br>Nadine C. Abrahams |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/  Nadine C. Abrahams |
| FIRM<br>Jackson Lewis LLP |
| STREET ADDRESS<br>320 West Ohio Street, Suite 500 |
| CITY/STATE/ZIP<br>Chicago, IL 60610 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6209382 | TELEPHONE NUMBER<br>(312) 787-4949 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐