# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William T. Hart | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2327 | **DATE** | 6/11/2008 |
| **CASE TITLE** | Siddiqui, et al. Vs. Airlie Opportunity Master Fund, Ltd., et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 6/25/2008 at 11:00 a.m. Discovery plan is to be filed by 6/23/2008. The Order entered by the U. S. District Court in the Western District of New York transferred only three of the defendants to this district; therefore, the Clerk is directed to terminate defendants Airlie Opportunity Master Fund, Ltd., ARH Mortgage, Inc., and WDM Fund, L.P. as said defendants were not transferred to this district.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | CW |
|---|---|---|