# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Fahad Siddiqui, et al.

                         Plaintiff,

v.                                                  Case No.: 1:08−cv−02327
                                                       Honorable William T. Hart

Steve Y. Khoshabe, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 25, 2008:

      MINUTE entry before the Honorable William T. Hart:Status hearing held on 6/25/2008. Defendants' motion to dismiss is denied; defendants are given to 7/9/2008 to file their answer. Rule 26 disclosures by 7/9/2008. Deadline to add parties 7/25/2008. Discovery on the issue of employer liability set as follows: written discovery is to be completed by 8/1/200 and depositions by 8/29/2008. Status hearing set for 9/10/2008 at 11:00 AM. Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.