UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
_____
_____

FAHAD SIDDIQUI, et al.,

        *Plaintiffs,*

    v.

STEVE Y. KHOSHABE, JOSEPH KHOSHABE and     Civil Action No.
JASON K. SCHIFFMAN,     08-cv-2327

        *Defendants.*
_____
_____

## PLAINTIFFS' AND DEFENDANTS' JOINT MOTION TO MODIFY SCHEDULING ORDER TO ENLARGE THE DISCOVERY DEADLINE

      Plaintiffs and Defendants respectfully request an extension of forty-eight days to the written discovery deadline, enlarging the deadline for completing written discovery from August 1, 2008 to September 17, 2008 and an extension of forty-eight days to the deposition deadline, enlarging the deposition deadline from August 29, 2008 to October 16, 2008    Such an extension will not require the Court to re-set the Status Conference scheduled for September 10, 2008.  In support of this Motion, Plaintiffs and Defendants state as follows:

1. On June 25, 2008, the Court ordered that written discovery on the limited issue of employer liability should be completed by August 1, 2008 and depositions are to be completed by August 29, 2008.

2. Pursuant to the Court's Order of June 25, 2008, Plaintiffs and Defendants have exchanged initial disclosures and discovery requests.

3. Plaintiffs have served deposition notices on Defendants for depositions on August 13, 14, 15, 2008 in Chicago, Illinois, depending on the status of written discovery.

4. Based on initial conversations between the parties, Defendants believe much of the discoverable information that Plaintiffs seek is in the possession of the bankruptcy

trustee. Thus, Plaintiffs believe they will require additional time in order to serve third party subpoenas to obtain the information.

WHEREFORE, for the above-stated reasons, Plaintiffs and Defendants jointly request that the Court extend the August 1, 2008 date for completing written discovery to September 17, 2008 and the date for conducting depositions to October 16, 2008.

Respectfully submitted,

Dated:  July 24, 2008

        DOLIN, THOMAS & SOLOMON LLP

        By: s/Sara E. Rook

        Michael J. Lingle
        Sara E. Rook
        693 East Avenue
        Rochester, New York 14607
        (585) 272-0540
        *Counsel for Plaintiffs*

        Douglas Werman
        Maureen Bantz
        WERMAN LAW OFFICE, P.C.
        77 West Washington Street
        Chicago, Illinois 60602
        (312) 419-1008
        *Local Counsel for Plaintiffs*

        JACKSON LEWIS

        By: s/ Nadine C. Abrahams

        Nadine C. Abrahams
        Neil H. Dishman
        320 West Ohio Street, Suite 500
        Chicago, Illinois 60654
        (t) 312 787-4949
        (f)  312-787-4995
        *Counsel for Defendants*

- 3 -

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on July 24, 2008, he caused a true and correct copy of the foregoing Plaintiffs' and Defendants' Joint Motion to Modify Scheduling Order to Enlarge the Discovery Deadline to be filed with the Court by electronic filing protocols, and that same will therefore be electronically served upon all attorneys of record registered with the Court's ECF/CM system, including:

J. Nelson Thomas
Michael J. Lingle
Sara Rook
693 East Avenue
Rochester, NY 14607

Douglas Werman
Maureen Bantz
Law Offices of Douglas Werman
77 W. Washington
Suite 1402
Chicago, IL 60602

s/ Neil H. Dishman
Neil H. Dishman