IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FAHAD SIDDIQUI,<br>*on behalf of himself and all other employees similarly situated,*<br><br>*Plaintiffs,*<br><br>v.<br><br>STEVE KHOSHABE, JOSEPH KHOSHABE, and JASON SCHIFFMAN,<br><br>*Defendants.* | Case No.: 08-cv-02327 |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that at **11:00 a.m. on Wednesday, July 30, 2008**, Defendants will appear before the Honorable William T. Hart, or any judge sitting in his stead, and present Plaintiffs' and Defendants' Joint Motion to Modify Scheduling Order to Enlarge the Discovery Deadline, a copy of which is hereby served upon you.

Dated:  July 24, 2008

STEVE KHOSHABE, JOSEPH KHOSHABE, AND JASON K. SCHIFFMAN

By:   s/ Nadine C. Abrahams
      One of Defendants' Attorneys

Nadine C. Abrahams
Neil H. Dishman
Jackson Lewis LLP
320 West Ohio Street, Suite 500
Chicago, IL 60610
(312) 787-4949

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on July 24, 2008, he caused a true and correct copy of the foregoing Notice of Motion to be filed with the Court by electronic filing protocols, and that same will therefore be electronically served upon all attorneys of record registered with the Court's ECF/CM system, including:

>J. Nelson Thomas
>Michael J. Lingle
>Sara Rook
>693 East Avenue
>Rochester, NY 14607
>
>Douglas Werman
>Maureen Bantz
>Law Offices of Douglas Werman
>77 W. Washington
>Suite 1402
>Chicago, IL 60602

>>s/ Neil H. Dishman
>>Neil H. Dishman