# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Fahad Siddiqui, et al.
                             Plaintiff,

v.                                              Case No.: 1:08−cv−02327
                                                Honorable William T. Hart

Steve Y. Khoshabe, et al.
                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 30, 2008:

   MINUTE entry before the Honorable William T. Hart:Motion hearing held. Joint motion to modify scheduling order to enlarge the discovery deadline [204] is granted. Written discovery is to be completed by 9/17/2008 and depositions by 10/16/2008. Status hearing reset to 10/22/2008 at 11:00 AM. Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.