UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FAHAD SIDDIQUI,<br>*on behalf of himself and all other employees similarly situated,*<br><br>                                                      *Plaintiffs,*<br><br>v.<br><br>STEVE KHOSHABE, JOSEPH KHOSHABE, and JASON SCHIFFMAN,<br>                                                    *Defendants.* | 08-cv-02327 |

## NOTICE OF FILING

TO:   Nadine C. Abrahams
      Neil H. Dishman
      Jackson Lewis LLP
      320 West Ohio St., Suite 500
      Chicago, Illinois 60610

**PLEASE TAKE NOTICE** that on August 6, 2008 we filed with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, **Notice of Consent to Become a Party Plaintiff in a Collective Action Under the Fair Labor Standards Act** for Joanne Phillips.

                              Respectfully submitted,

                              s/ Sara E. Rook
                              Attorneys for Plaintiffs admitted *pro hac vice*:
                              J. Nelson Thomas, NY Attorney No. 2579159
                              Michael J. Lingle, NY Attorney No. 3925765
                              Sara E. Rook, NY Attorney No. 4391751
                              DOLIN, THOMAS & SOLOMON LLP
                              693 East Avenue
                              Rochester, New York 14607
                              (585) 272-0540

                              Douglas M. Werman (ARDC #6204740)
                              Maureen A. Bantz  (ARDC# 6289000)
                              WERMAN LAW OFFICE, P.C.
                              77 W. Washington, Suite 1402
                              Chicago, Illinois 60602
                              (312) 419-1008
                              *Local Counsel for Plaintiffs*

## CONSENT TO BECOME PARTY PLAINTIFF

I consent to become a "party plaintiff" in litigation to seek payment of unpaid wages, including overtime wages, and related relief against my employer(s), on behalf of myself and other former and current employees of the employer(s). I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_____  7/30/08   Joanne Phillips
Signature              Date      Print Name

H:\McKenzie, B\Consent to Opt In Used for Mailing.doc