UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

FAHAD SIDDIQUI,
*on behalf of himself and all other employees similarly situated,*

*Plaintiffs,*

v.

STEVE KHOSHABE, JOSEPH KHOSHABE, and JASON SCHIFFMAN,

*Defendants.*

08-cv-02327

## NOTICE OF FILING

TO:  Nadine C. Abrahams
Neil H. Dishman
Jackson Lewis LLP
320 West Ohio St., Suite 500
Chicago, Illinois 60610

**PLEASE TAKE NOTICE** that on August 13, 2008 we filed with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, **Notice of Consent to Become a Party Plaintiff in a Collective Action Under the Fair Labor Standards Act** for Dora Robles.

Respectfully submitted,

s/ Sara E. Rook
Attorneys for Plaintiffs admitted *pro hac vice*:
J. Nelson Thomas, NY Attorney No. 2579159
Michael J. Lingle, NY Attorney No. 3925765
Sara E. Rook, NY Attorney No. 4391751
DOLIN, THOMAS & SOLOMON LLP
693 East Avenue
Rochester, New York 14607
(585) 272-0540

Douglas M. Werman (ARDC #6204740)
Maureen A. Bantz (ARDC# 6289000)
WERMAN LAW OFFICE, P.C.
77 W. Washington, Suite 1402
Chicago, Illinois 60602
(312) 419-1008
*Local Counsel for Plaintiffs*

## CONSENT TO BECOME PARTY PLAINTIFF

I consent to become a "party plaintiff" in litigation to seek payment of unpaid wages, including overtime wages, and related relief against my employer(s), on behalf of myself and other former and current employees of the employer(s). I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_____   8-12-08       DORA ROBLES
Signature                   Date          Print Name