UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

FAHAD SIDDIQUI,
*on behalf of himself and all other
employees similarly situated,*

                             *Plaintiffs,*        08-cv-02327

v.

STEVE KHOSHABE, JOSEPH KHOSHABE, and
JASON SCHIFFMAN,
                             *Defendants.*

## NOTICE OF FILING

TO:    Nadine C. Abrahams
          Neil H. Dishman
          Jackson Lewis LLP
          320 West Ohio St., Suite 500
          Chicago, Illinois 60610

**PLEASE TAKE NOTICE** that on August 19, 2008 we filed with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, **Notice of Consent to Become a Party Plaintiff in a Collective Action Under the Fair Labor Standards Act** for Steve Jackson.

                                    Respectfully submitted,

                                      s/ J. Nelson Thomas
                                      Attorneys for Plaintiffs admitted *pro hac vice*:
                                      J. Nelson Thomas, NY Attorney No. 2579159
                                      Michael J. Lingle, NY Attorney No. 3925765
                                      Sara E. Rook, NY Attorney No. 4391751
                                      DOLIN, THOMAS & SOLOMON LLP
                                      693 East Avenue
                                      Rochester, New York 14607
                                      (585) 272-0540

                                      Douglas M. Werman (ARDC #6204740)
                                      Maureen A. Bantz (ARDC# 6289000)
                                      WERMAN LAW OFFICE, P.C.
                                      77 W. Washington, Suite 1402
                                      Chicago, Illinois 60602
                                      (312) 419-1008
                                      *Local Counsel for Plaintiffs*

## CONSENT TO BECOME PARTY PLAINTIFF

I consent to become a "party plaintiff" in litigation to seek payment of unpaid wages, including overtime wages, and related relief against my employer(s), on behalf of myself and other former and current employees of the employer(s). I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_Steve Jackson_  8/15/08          Steve Jackson
Signature              Date          Print Name