IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FAHAD SIDDIQUI,<br>*on behalf of himself and all other employees similarly situated,*<br><br>*Plaintiffs,*<br>v.<br>STEVE KHOSHABE, JOSEPH KHOSHABE, and JASON SCHIFFMAN,<br>*Defendants.* | Case No.: 08-cv-02327 |

## DEFENDANTS' MOTION FOR PROTECTIVE ORDER

Pursuant to Fed. R. Civ. P. 26(c), Defendants Steve Khoshabe, Joseph Khoshabe, and Jason Schiffman hereby move this Court for an Order preventing Plaintiffs from obtaining production of certain documents and information from four non-parties via subpoena. In support of this Motion, Defendants submit herewith their Memorandum in Support.

Dated: August 29, 2008

STEVE KHOSHABE, JOSEPH KHOSHABE,
AND JASON K. SCHIFFMAN

By:  s/ Nadine C. Abrahams
     One of Defendants' Attorneys

Nadine C. Abrahams
Neil H. Dishman
Jackson Lewis LLP
320 West Ohio Street, Suite 500
Chicago, IL 60610
(312) 787-4949

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on August 29, 2008, he caused a true and correct copy of the foregoing Defendants' Motion for Protective Order to be filed with the Court by electronic filing protocols, and that same will therefore be electronically served upon all attorneys of record registered with the Court's ECF/CM system, including:

> J. Nelson Thomas
> Michael J. Lingle
> Sara Rook
> 693 East Avenue
> Rochester, NY 14607
>
> Douglas Werman
> Maureen Bantz
> Law Offices of Douglas Werman
> 77 W. Washington
> Suite 1402
> Chicago, IL 60602

s/ Neil H. Dishman
Neil H. Dishman