### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| **FAHAD SIDDIQUI,**<br>*on behalf of himself and all other*<br>*employees similarly situated,* | **Case No.: 08-cv-02327** |
| *Plaintiffs,* | |
| v.<br>**STEVE KHOSHABE, JOSEPH KHOSHABE, and**<br>**JASON SCHIFFMAN,** | |
| *Defendants.* | |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that at **11:00 a.m. on Wednesday, September 3, 2008**, Defendants will appear before the Honorable William T. Hart, or any judge sitting in his stead, and present Defendants' Motion for Protective Order, a copy of which is hereby served upon you.

Dated:  August 29, 2008

**STEVE KHOSHABE, JOSEPH KHOSHABE,**
**AND JASON K. SCHIFFMAN**

By:    s/ Nadine C. Abrahams
        One of Defendants' Attorneys

Nadine C. Abrahams
Neil H. Dishman
Jackson Lewis LLP
320 West Ohio Street, Suite 500
Chicago, IL 60610
(312) 787-4949

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney, certifies that on August 29, 2008, he caused a true and correct copy of the foregoing Notice of Motion to be filed with the Court by electronic filing protocols, and that same will therefore be electronically served upon all attorneys of record registered with the Court's ECF/CM system, including:

J. Nelson Thomas
Michael J. Lingle
Sara Rook
693 East Avenue
Rochester, NY 14607

Douglas Werman
Maureen Bantz
Law Offices of Douglas Werman
77 W. Washington
Suite 1402
Chicago, IL 60602

s/ Neil H. Dishman
Neil H. Dishman