Order Form (01/2005)

# United States District Court, Northern District of Illinois

HHN

| Name of Assigned Judge or Magistrate Judge | William T. Hart | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2327 | **DATE** | 9/2/2008 |
| **CASE TITLE** | Siddiqui vs. Airlie Opportunity Master Fund, LTD | | |

**DOCKET ENTRY TEXT**

Defendants' motion for protective order [215] is entered and continued to September 10, 2008 at 11:00 a.m. Defendants are reminded that Local Rule 5.2(e) requires that, for electronically filed documents, a paper copy for the judge be timely provided. Defendants shall promptly comply with that requirement.

Docketing to mail notices.



| | Courtroom Deputy Initials: | rjm |
|---|---|---|