UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

FAHAD SIDDIQUI,
*on behalf of himself and all other
employees similarly situated,*

                            Plaintiffs,      08-cv-02327

v.

STEVE KHOSHABE, JOSEPH KHOSHABE,
and JASON SCHIFFMAN,
                          *Defendants.*

## NOTICE OF FILING

TO:    Neil Dishman
         Jackson, Lewis, LLP
         320 W. Ohio Street, Suite 500
         Chicago, IL 60610

**PLEASE TAKE NOTICE** that on September 8, 2008 we filed with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, **Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion for a Protective Order and Attorney Fees,** a copy of which is attached hereto and hereby served upon you.

                                              Respectfully submitted,

Date:  September 8, 2008                 s/Maureen A. Bantz
                                              Douglas M. Werman (ARDC #6204740)
                                              Maureen A. Bantz (ARDC# 6289000)
                                              Werman Law Office, P.C.
                                              77 W. Washington, Suite 1402
                                              Chicago, Illinois 60602
                                              (312) 419-1008
                                              Attorneys for Plaintiffs