

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William T. Hart | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2327 | **DATE** | 4/16/2009 |
| **CASE TITLE** | Farad Siddiqui, et al. v. Airlie Opportunity Master Fund, Ltd., et al. | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Defendants' motion to dismiss with prejudice [243] is granted. The Court approves the Agreement and General Release as a just and fair resolution of this case. This case is dismissed with prejudice, without fees or costs aseessed to any party..

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:03

| | | Courtroom Deputy Initials: | CW |
|---|---|---|---|

2009 APR 17 PM 5: 12