

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

FAHAD SIDDIQUI,
*on behalf of himself and all other*
*employees similarly situated,*

Case No.: 08-cv-02327

*Plaintiffs,*

v.

STEVE KHOSHABE, JOSEPH KHOSHABE, and JASON
SCHIFFMAN,

*Defendants.*

### ORDER OF DISMISSAL

On January 12, 2009, the parties filed an Agreed Motion and Stipulation for Dismissal with Prejudice, to which was attached a copy of an Agreement and General Release. The Court has scrutinized this Agreement and General Release and finds that it provides for a just and fair resolution of Plaintiffs' claims against Defendants. Accordingly, the parties' Agreed Motion and Stipulation for Dismissal with Prejudice is GRANTED, and it is hereby ORDERED that:

1. This Court has jurisdiction over the subject matter of this litigation, and over all parties to this litigation.
2. The Agreement and General Release provides for a just and fair resolution of Plaintiffs' claims against Defendants; and
3. This action is DISMISSED with prejudice, without fees or costs assessed to any party.

Entered this *16TH* day of *APRIL*, 2009.

*William T. Hart*
_____
The Honorable William T. Hart
U.S. District Judge